**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

---

```
------------------------------------------------------- x
                                             :
In re:                                       :   Chapter 11
                                             :
MODIVCARE INC.,                              :   Case No. 25-90309 (ARP)
                                             :
              Debtor.                        :
                                             :
Tax I.D. No. (86-0845127)                    :
------------------------------------------------------- x
                                             :
In re:                                       :   Chapter 11
                                             :
A & B HOMECARE SOLUTIONS, L.L.C.,            :   Case No. 25-90310 (ARP)
                                             :
              Debtor.                        :
                                             :
Tax I.D. No. (06-1565019)                    :
------------------------------------------------------- x
                                             :
In re:                                       :   Chapter 11
                                             :
A.E. MEDICAL ALERT, INC.,                    :   Case No. 25-90308 (ARP)
                                             :
              Debtor.                        :
                                             :
Tax I.D. No. (56-2348300)                    :
------------------------------------------------------- x
                                             :
In re:                                       :   Chapter 11
                                             :
ABC HOMECARE LLC,                            :   Case No. 25-90311 (ARP)
                                             :
              Debtor.                        :
                                             :
Tax I.D. No. (47-5312537)                    :
------------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ALL METRO AIDS, INC.,                              :   Case No. 25-90312 (ARP)
                                                   :
                Debtor.                            :
                                                   :
Tax I.D. No. (11-2542379)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ALL METRO ASSOCIATE PAYROLL                        :   Case No. 25-90313 (ARP)
SERVICES CORPORATION,                              :
                                                   :
                Debtor.                            :
                                                   :
Tax I.D. No. (13-4312222)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ALL METRO CGA PAYROLL SERVICES                     :   Case No. 25-90314 (ARP)
CORPORATION,                                       :
                                                   :
                Debtor.                            :
                                                   :
Tax I.D. No. (47-3753810)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ALL METRO FIELD SERVICE WORKERS                    :   Case No. 25-90315 (ARP)
PAYROLL SERVICES CORPORATION,                      :
                                                   :
                Debtor.                            :
                                                   :
Tax I.D. No. (13-4312220)                          :
-------------------------------------------------- x
```

2

```
--------------------------------------------------------  x
                                                          :
In re:                                                    :  Chapter 11
                                                          :
ALL METRO HEALTH CARE SERVICES, INC.,                     :  Case No. 25-90316 (ARP)
                                                          :
                      Debtor.                             :
                                                          :
Tax I.D. No. (84-1623916)                                 :
--------------------------------------------------------  x
                                                          :
In re:                                                    :
                                                          :  Chapter 11
ALL METRO HOME CARE SERVICES OF                           :
FLORIDA, INC.,                                            :  Case No. 25-90317 (ARP)
                                                          :
                      Debtor.                             :
                                                          :
Tax I.D. No. (43-2015287)                                 :
--------------------------------------------------------  x
                                                          :
In re:                                                    :  Chapter 11
                                                          :
ALL METRO HOME CARE SERVICES OF                           :  Case No. 25-90318 (ARP)
NEW JERSEY, INC.,                                         :
                                                          :
                      Debtor.                             :
                                                          :
Tax I.D. No. (77-0612030)                                 :
--------------------------------------------------------  x
                                                          :
In re:                                                    :  Chapter 11
                                                          :
ALL METRO HOME CARE SERVICES OF                           :  Case No. 25-90319 (ARP)
NEW YORK, INC.,                                           :
                                                          :
                      Debtor.                             :
                                                          :
Tax I.D. No. (84-1623899)                                 :
--------------------------------------------------------  x
```

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ALL METRO HOME CARE SERVICES, INC.,                :   Case No. 25-90320 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (84-1623924)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ALL METRO MANAGEMENT AND PAYROLL                   :   Case No. 25-90321 (ARP)
SERVICES CORPORATION,                              :
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (83-0439830)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ALL METRO PAYROLL SERVICES                         :   Case No. 25-90322 (ARP)
CORPORATION,                                       :
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (11-3353755)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
AM HOLDCO, INC.,                                   :   Case No. 25-90323 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (37-1744530)                          :
-------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
AM INTERMEDIATE HOLDCO, INC.,                      :   Case No. 25-90324 (ARP)
                                                   :
                    Debtor.                        :
                                                   :
Tax I.D. No. (47-1765824)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ARSENS HOME CARE, INC.,                            :   Case No. 25-90325 (ARP)
                                                   :
                    Debtor.                        :
                                                   :
Tax I.D. No. (20-2862290)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ARU HOSPICE, INC.,                                 :   Case No. 25-90326 (ARP)
                                                   :
                    Debtor.                        :
                                                   :
Tax I.D. No. (45-5092171)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ASSOCIATED HOME SERVICES, INC.,                    :   Case No. 25-90327 (ARP)
                                                   :
                    Debtor.                        :
                                                   :
Tax I.D. No. (74-2722067)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
AT-HOME QUALITY CARE, LLC,                         :   Case No. 25-90328 (ARP)
                                                   :
                    Debtor.                        :
                                                   :
Tax I.D. No. (26-1552093)                          :
-------------------------------------------------- x
```

5

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
AUDITORY RESPONSE SYSTEMS, INC.,                        :   Case No. 25-90329 (ARP)
                                                        :
                Debtor.                                 :
                                                        :
Tax I.D. No. (02-0442987)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
BARNEY'S MEDICAL ALERT-ERS, INC.,                       :   Case No. 25-90330 (ARP)
                                                        :
                Debtor.                                 :
                                                        :
Tax I.D. No. (27-1724008)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
CALIFORNIA MEDTRANS NETWORK IPA                         :   Case No. 25-90331 (ARP)
LLC,                                                    :
                                                        :
                Debtor.                                 :
                                                        :
Tax I.D. No. (61-1732160)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
CALIFORNIA MEDTRANS NETWORK MSO                         :   Case No. 25-90332 (ARP)
LLC,                                                    :
                                                        :
                Debtor.                                 :
                                                        :
Tax I.D. No. (36-4780748)                               :
------------------------------------------------------- x
```

6

```
----------------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
CARE FINDERS TOTAL CARE LLC,                      :  Case No. 25-90333 (ARP)
                                                  :
              Debtor.                             :
                                                  :
Tax I.D. No. (46-2555599)                         :
----------------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
CAREGIVERS ALLIANCE, LLC,                         :  Case No. 25-90334 (ARP)
                                                  :
              Debtor.                             :
                                                  :
Tax I.D. No. (45-5022161)                         :
----------------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
CAREGIVERS AMERICA HOME HEALTH                    :  Case No. 25-90335 (ARP)
SERVICES, LLC,                                    :
                                                  :
              Debtor.                             :
                                                  :
Tax I.D. No. (20-8167059)                         :
----------------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
CAREGIVERS AMERICA MEDICAL                        :  Case No. 25-90336 (ARP)
STAFFING, LLC,                                    :
                                                  :
              Debtor.                             :
                                                  :
Tax I.D. No. (26-3978350)                         :
----------------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CAREGIVERS AMERICA MEDICAL SUPPLY, :   Case No. 25-90337 (ARP)
LLC,                                               :
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (58-3787187)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CAREGIVERS AMERICA REGISTRY, LLC,   :   Case No. 25-90338 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (27-1302162)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CAREGIVERS AMERICA, LLC,                           :   Case No. 25-90339 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (33-0993363)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CAREGIVERS ON CALL, INC.,                          :   Case No. 25-90340 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (16-1737635)                          :
-------------------------------------------------- x
```

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CGA HOLDCO, INC.,                                  :   Case No. 25-90341 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (47-1880444)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CGA STAFFING SERVICES, LLC,                        :   Case No. 25-90342 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (37-1616908)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
CIRCULATION, INC.,                                 :   Case No. 25-90343 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (61-1780747)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
FLORIDA MEDTRANS NETWORK LLC,                      :   Case No. 25-90344 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (32-0432993)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
FLORIDA MEDTRANS NETWORK MSO LLC,                  :   Case No. 25-90345 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (36-4778512)                          :
-------------------------------------------------- x
```

9

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
GUARDIAN MEDICAL MONITORING, LLC,    :   Case No. 25-90346 (ARP)
                                                   :
                  Debtor.                          :
                                                   :
Tax I.D. No. (38-3432082)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
HEALTH TRANS, INC.,                                :   Case No. 25-90347 (ARP)
                                                   :
                  Debtor.                          :
                                                   :
Tax I.D. No. (65-0613681)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
HEALTHCOM, INC.,                                   :   Case No. 25-90349 (ARP)
                                                   :
                  Debtor.                          :
                                                   :
Tax I.D. No. (37-1285320)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
HEALTHCOM HOLDINGS LLC,                            :   Case No. 25-90348 (ARP)
                                                   :
                  Debtor.                          :
                                                   :
Tax I.D. No. (82-2311720)                          :
-------------------------------------------------- x
```

```
------------------------------------------------------ x
                                                      :
In re:                                                :   Chapter 11
                                                      :
HELPING HAND HOME HEALTH CARE                         :   Case No. 25-90350 (ARP)
AGENCY INC,                                           :
                                                      :
            Debtor.                                   :
                                                      :
Tax I.D. No. (27-4209787)                             :
------------------------------------------------------ x
                                                      :
In re:                                                :   Chapter 11
                                                      :
HELPING HAND HOSPICE INC.,                            :   Case No. 25-90351 (ARP)
                                                      :
            Debtor.                                   :
                                                      :
Tax I.D. No. (27-1752958)                             :
------------------------------------------------------ x
                                                      :
In re:                                                :   Chapter 11
                                                      :
HIGI CARE HOLDINGS, LLC,                              :   Case No. 25-90352 (ARP)
                                                      :
            Debtor.                                   :
                                                      :
Tax I.D. No. (N/A)                                    :
------------------------------------------------------ x
                                                      :
In re:                                                :   Chapter 11
                                                      :
HIGI CARE, LLC,                                       :   Case No. 25-90353 (ARP)
                                                      :
            Debtor.                                   :
                                                      :
Tax I.D. No. (92-3529673)                             :
------------------------------------------------------ x
```

11

```
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
HIGI SH HOLDINGS INC.,                             :    Case No. 25-90354 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (82-0738014)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
HIGI SH LLC,                                       :    Case No. 25-90355 (ARP)
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (38-3931574)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
INDEPENDENCE HEALTHCARE                            :    Case No. 25-90356 (ARP)
CORPORATION,                                       :
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (74-3074366)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
METROPOLITAN MEDICAL                               :    Case No. 25-90357 (ARP)
TRANSPORTATION IPA, LLC,                           :
                                                   :
              Debtor.                              :
                                                   :
Tax I.D. No. (20-8998027)                          :
-------------------------------------------------- x
```

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MLA SALES, LLC,                                         :   Case No. 25-90358 (ARP)
                                                        :
                Debtor.                                 :
                                                        :
Tax I.D. No. (N/A)                                      :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MODIVCARE SOLUTIONS, LLC,                               :   Case No. 25-90359 (ARP)
                                                        :
                Debtor.                                 :
                                                        :
Tax I.D. No. (58-2491253)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
MULTICULTURAL HOME CARE INC.,                           :   Case No. 25-90360 (ARP)
                                                        :
                Debtor.                                 :
                                                        :
Tax I.D. No. (04-3280270)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
NATIONAL MEDTRANS, LLC,                                 :   Case No. 25-90361 (ARP)
                                                        :
                Debtor.                                 :
                                                        :
Tax I.D. No. (47-2336925)                               :
------------------------------------------------------- x
```

```
----------------------------------------------------------  x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
NEW ENGLAND EMERGENCY RESPONSE                              :   Case No. 25-90363 (ARP)
SYSTEMS, INC.,                                              :
                                                            :
            Debtor.                                         :
                                                            :
Tax I.D. No. (02-0432833)                                   :
----------------------------------------------------------  x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
OEP AM, INC.,                                               :   Case No. 25-90365 (ARP)
                                                            :
            Debtor.                                         :
                                                            :
Tax I.D. No. (81-1260939)                                   :
----------------------------------------------------------  x
                                                            :
In re:                                                      :
                                                            :   Chapter 11
PANHANDLE SUPPORT SERVICES, INC.,                           :
                                                            :   Case No. 25-90366 (ARP)
            Debtor.                                         :
                                                            :
Tax I.D. No. (55-0728651)                                   :
----------------------------------------------------------  x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
PERSONAL IN-HOME SERVICES, INC.,                            :   Case No. 25-90368 (ARP)
                                                            :
            Debtor.                                         :
                                                            :
Tax I.D. No. (20-5107362)                                   :
----------------------------------------------------------  x
```

14

```
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
PHILADELPHIA HOME CARE AGENCY, INC.,:                   Case No. 25-90371 (ARP)
                                                   :
            Debtor.                                :
                                                   :
Tax I.D. No. (20-1524491)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
PROVADO TECHNOLOGIES, LLC,                         :    Case No. 25-90362 (ARP)
                                                   :
            Debtor.                                :
                                                   :
Tax I.D. No. (22-3895026)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
RED TOP TRANSPORTATION, INC.,                      :    Case No. 25-90364 (ARP)
                                                   :
            Debtor.                                :
                                                   :
Tax I.D. No. (59-2499262)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
RIDE PLUS, LLC,                                    :    Case No. 25-90367 (ARP)
                                                   :
            Debtor.                                :
                                                   :
Tax I.D. No. (27-2769684)                          :
-------------------------------------------------- x
                                                   :
In re:                                             :    Chapter 11
                                                   :
SAFE LIVING TECHNOLOGIES, LLC,                     :    Case No. 25-90369 (ARP)
                                                   :
            Debtor.                                :
                                                   :
Tax I.D. No. (32-0413522)                          :
-------------------------------------------------- x
```

---------------------------------------------------------- x
           :
In re:               :    Chapter 11
           :
SECURA HOME HEALTH HOLDINGS, INC.,  :    Case No. 25-90370 (ARP)
           :
       Debtor.       :
           :
Tax I.D. No. (47-2928880)       :
---------------------------------------------------------- x
           :
In re:               :    Chapter 11
           :
SECURA HOME HEALTH, LLC,      :    Case No. 25-90372 (ARP)
           :
       Debtor.       :
           :
Tax I.D. No. (47-2908342)       :
---------------------------------------------------------- x
           :
In re:               :    Chapter 11
           :
SOCRATES HEALTH HOLDINGS, LLC,  :    Case No. 25-90373 (ARP)
            :
       Debtor.       :
           :
Tax I.D. No. (85-4229682)       :
---------------------------------------------------------- x
           :
In re:               :    Chapter 11
           :
TRIMED, LLC,            :    Case No. 25-90374 (ARP)
           :
       Debtor.       :
           :
Tax I.D. No. (47-5088596)       :
---------------------------------------------------------- x
           :
In re:               :    Chapter 11
           :
UNION HOME CARE LLC,       :    Case No. 25-90375 (ARP)
           :
       Debtor.       :
           :
Tax I.D. No. (82-3229500)       :
---------------------------------------------------------- x

```
------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
VALUED RELATIONSHIPS, INC.,                              :   Case No. 25-90376 (ARP)
                                                         :
              Debtor.                                    :
                                                         :
Tax I.D. No. (31-1274364)                                :
------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
VICTORY HEALTH HOLDINGS, LLC,                            :   Case No. 25-90377 (ARP)
                                                         :
              Debtor.                                    :
                                                         :
Tax I.D. No. (87-2147451)                                :
------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
VRI INTERMEDIATE HOLDINGS, LLC,                          :   Case No. 25-90378 (ARP)
                                                         :
              Debtor.                                    :
                                                         :
Tax I.D. No. (46-4570913)                                :
------------------------------------------------------- x
```

## <u>EMERGENCY</u> MOTION OF DEBTORS FOR AN ORDER
## <u>DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>

> **Emergency relief has been requested. Relief is requested not later than 2:30 p.m. (prevailing Central Time) on August 21, 2025.**
>
> **If you object to the relief requested or you believe that emergency consideration is not warranted, you must appear at the hearing if one is set, or file a written response prior to the date that relief is requested in the preceding paragraph. Otherwise, the Court may treat the pleading as unopposed and grant the relief requested.**
>
> **A hearing will be conducted on this matter on August 21, 2025 at 2:30 p.m. (prevailing Central Time) in Courtroom 400, 4th floor, 515 Rusk Street, Houston, Texas 77002. Participation at the hearing will only be permitted by an audio and video connection.**
>
> **Audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Pérez's home page. The meeting code is "Judge**

> **Pérez".** Click the settings icon in the upper right corner and enter your name under the personal information setting.
>
> **Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Pérez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.**

ModivCare Inc. and its debtor affiliates in the above-captioned cases, as debtors and debtors in possession (collectively, the "***Debtors***"), respectfully state as follows in support of this motion (this "***Motion***"):

## RELIEF REQUESTED

1.      By this Motion, the Debtors seek entry of an order, substantially in the form attached hereto (the "***Proposed Order***"), directing joint administration of the Chapter 11 Cases (defined below) for procedural purposes only and granting related relief.  The Debtors request that one file and one docket be maintained for all of the jointly administered cases under the case of ModivCare Inc., *et al.*, Case No. 25-90309 (ARP) and that the cases be administered under a consolidated caption, as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ---------------------------------------------------------- x | : | |
| In re: | : | Chapter 11 |
| | : | |
| MODIVCARE INC., *et al.*, | : | Case No. 25-90309 (ARP) |
| | : | |
| Debtors.[1] | : | (Jointly Administered) |
| | : | |
| ---------------------------------------------------------- x | | |

---

[1]      A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/ModivCare.   Debtor ModivCare Inc.'s principal place of business and the Debtors' service address in the Chapter 11 Cases is 6900 E. Layton Avenue, Suite 1100 & 1200, Denver, Colorado 80237.

2.       The Debtors also seek the Court's direction that a notation substantially similar to the following notation be entered on the docket in each of the Chapter 11 Cases (other than the case of ModivCare Inc.) to reflect the joint administration of these cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of ModivCare Inc., *et al*.  The docket in Case No. 25-90309 (ARP) should be consulted for all matters affecting this case.

## JURISDICTION AND VENUE

3.       The United States Bankruptcy Court for the Southern District of Texas (the "***Court***") has jurisdiction to consider this Motion under 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b) and this Court may enter a final order consistent with Article III of the United States Constitution.

4.       Venue of these cases and this Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

5.       The statutory and legal predicates for the relief requested herein are sections 105(a) and 342(c) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "***Bankruptcy Code***"), rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), rule 1015-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "***Bankruptcy Local Rules***"), and the Procedures for Complex Cases in the Southern District of Texas (the "***Complex Case Procedures***").

## BACKGROUND

6.       On the August 20, 2025 (the "***Petition Date***"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors in possession under sections 1107(a) and 1108

of the Bankruptcy Code.  No trustee, examiner, or statutory committee has been appointed in the Chapter 11 Cases.

7.      The factual background regarding the Debtors, including their business, their capital structure, and the events leading to the commencement of the Chapter 11 Cases is set forth in the *Declaration of Chad J. Shandler in Support of Chapter 11 Petitions and First Day Relief* (the "***First Day Declaration***"), and incorporated herein by reference.[1]

8.      ModivCare is a technology-based healthcare services company that helps people (especially those in vulnerable situations) get the care and support they need.  The Company works with government and private health insurance plans, as well as individuals, to provide: (a) transportation to and from medical appointments (non-emergency medical transportation totaling over 36 million rides per year); (b) in-home personal care (*e.g.*, helping with daily activities); (c) remote monitoring of patients' health from home; and (d) community health kiosks and wellness programs.  ModivCare employs approximately 23,675 people and operates across 48 states and the District of Columbia, including Texas, with corporate offices in Denver, Colorado. ModivCare's goal is to make it easier for patients to get care, remove barriers that keep people from staying healthy, and improve overall health outcomes.

9.      As described in the First Day Declaration, the Debtors are party to that certain Restructuring Support Agreement (the "***RSA***") with certain creditors who collectively hold approximately 90% of the First Lien Claims and approximately 70% of the Second Lien Claims. Pursuant to the RSA, the consenting creditors have agreed to provide $100 million in debtor-in-possession financing to fund the Chapter 11 Cases and support the comprehensive restructuring

---

[1]   Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the First Day Declaration.

transactions set forth in the term sheet attached to the RSA (the "***RSA Term Sheet***").  The RSA

Term Sheet contemplates, among other things:  (a) the equitization of approximately $871 million

in First Lien Claims and approximately $316 million in Second Lien Claims; (b) the commitment

of the consenting creditors to provide exit financing through the Exit Term Loan Facility; (c) the

reorganized Debtors' entry into an exit revolving credit facility to support ongoing operations; and

(d) the discharge of the Unsecured Notes Claims and General Unsecured Claims; with holders of

such claims entitled to participate in an equity rights offering of up to $200 million, subject to the

terms of the RSA.  In total, the transactions contemplated by the RSA Term Sheet are expected to

reduce the Debtors' funded debt obligations by approximately $1.1 billion.

## BASIS FOR RELIEF

10.     Bankruptcy Rule 1015(b) provides, in relevant part, that "[i]f … two or more

petitions are pending in the same court by or against … a debtor and an affiliate, the court may

order a joint administration of the estates."  Fed. R. Bankr. P. 1015(b).

11.     The Debtors are "affiliates" of each other as that term is defined in section 101(2)

of the Bankruptcy Code.  Specifically, section 101(2)(A) of the Bankruptcy Code provides that an

"affiliate" is an "entity that directly or indirectly owns, controls, or holds with power to vote, 20

percent or more of the outstanding voting securities of the debtor …." 11 U.S.C. § 101(2)(A).

Here, the Debtors are affiliates of one another because, as reflected in the organizational chart

attached as Exhibit B to the First Day Declaration, Debtor ModivCare Inc. owns, either directly or

indirectly, 20% or more of the outstanding ownership interests in each of the Debtors.

Accordingly, the Debtors are "affiliates" under section 101(2) of the Bankruptcy Code and

Bankruptcy Rule 1015(b) and joint administration of the Chapter 11 Cases is appropriate.

12.     Bankruptcy Local Rule 1015-1 provides additional authority for the Court to order

joint administration of the Chapter 11 Cases.  *See* BLR 1015-1 (stating the procedure for filing

motions and proposed orders for joint administration).  The Debtors have filed this Motion in compliance with the Bankruptcy Local Rules.  Accordingly, the Court is authorized to jointly administer the Chapter 11 Cases for procedural purposes.

13.     Joint administration of the Chapter 11 Cases will save the Debtors and their estates substantial time and expense because it will remove the need to prepare, replicate, file, and serve duplicative notices, applications, and orders.  Joint administration will also relieve the Court of entering duplicative orders and maintaining duplicative files and dockets.  The United States Trustee for the Southern District of Texas and other parties-in-interest will similarly benefit from joint administration of the Chapter 11 Cases, sparing them the time and effort of reviewing duplicative dockets, pleadings, and papers.  Further, joint administration will protect parties in interest by ensuring that they will be apprised of the various motions filed with the Court with respect to each of the Debtors' cases.

14.     Moreover, joint administration will not adversely affect the Debtors' respective constituencies because this Motion seeks only administrative combination, and not substantive consolidation, of the Debtors' estates.  As such, each creditor will continue to hold its claim against a particular Debtor's estate after this Motion is approved, and each creditor and party in interest will maintain whatever rights it has against the particular estate in which it allegedly has a claim or right.  In addition, all creditors will benefit from the reduction in costs that will result from joint administration.  Thus, the Debtors submit that joint administration of the Chapter 11 Cases is in the best interests of their estates, their creditors, and all parties in interest.

15.     Based on the foregoing, the Debtors submit that the relief requested is necessary and appropriate, is in the best interests of their estates and creditors, and should be granted in all respects.

## **EMERGENCY CONSIDERATION**

16.    The Debtors respectfully request emergency consideration of this Motion pursuant to Bankruptcy Local Rule 9013-1 and Bankruptcy Rule 6003, which authorize the Court to grant relief within the first 21 days after the commencement of a chapter 11 case to the extent that relief is necessary to avoid immediate and irreparable harm.  As described in detail above and in the First Day Declaration, immediate and irreparable harm would result if the relief requested herein is not granted.  Accordingly, the Debtors submit that the requirements of Bankruptcy Rule 6003 are satisfied.

## **NOTICE**

17.    Notice of this Motion will be served on: (a) the Office of the United States Trustee for the Southern District of Texas; (b) Paul Hastings LLP, as counsel to the First Lien Agent and the Consenting Creditors; (c) counsel to the DIP Lenders; (d) the creditors listed on the Debtors' consolidated list of 30 creditors holding the largest unsecured claims; (e) the United States Attorney for the Southern District of Texas; (f) the Internal Revenue Service; (g) the Securities and Exchange Commission; (h) the state attorneys general for states in which the Debtors conduct business; and (i) any party that has requested notice pursuant to Bankruptcy Rule 2002.  The Debtors submit that, under the circumstances, no other or further notice is required.

18.    A   copy   of   this   Motion   is   available   on   (a) the   Court's   website,   at www.txs.uscourts.gov   and   (b) the   website   maintained   by   the   Debtors'   proposed   claims   and noticing   agent,   Kurtzman   Carson   Consultants,   LLC   d/b/a   Verita   Global,   at https://www.veritaglobal.net/ModivCare.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Proposed Order granting the relief requested in the Motion and such other and further relief as may be just and proper.

Dated:   August 21, 2025            Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Catherine A. Rankin (Texas Bar No. 24109810)
Brandon Bell (Texas Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
        catherinerankin@hunton.com
        bbell@hunton.com

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Keith A. Simon (NY Bar No. 4636007)
George Klidonas (NY Bar No. 4549432)
Jonathan J. Weichselbaum (NY Bar No. 5676143)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
        keith.simon@lw.com
        george.klidonas@lw.com
        jon.weichselbaum@lw.com

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 21, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II
