United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 21, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MODIVCARE INC., | : | Case No. 25-90309 (ARP) |
| Debtor. | : | |
| Tax I.D. No. (86-0845127) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| A & B HOMECARE SOLUTIONS, L.L.C., | : | Case No. 25-90310 (ARP) |
| Debtor. | : | |
| Tax I.D. No. (06-1565019) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| A.E. MEDICAL ALERT, INC., | : | Case No. 25-90308 (ARP) |
| Debtor. | : | |
| Tax I.D. No. (56-2348300) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ABC HOMECARE LLC, | : | Case No. 25-90311 (ARP) |
| Debtor. | : | |
| Tax I.D. No. (47-5312537) | : | |

```
------------------------------------------------------- x
                                                        :
In re:                                                  :  Chapter 11
                                                        :
ALL METRO AIDS, INC.,                                   :  Case No. 25-90312 (ARP)
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. (11-2542379)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :  Chapter 11
                                                        :
ALL METRO ASSOCIATE PAYROLL                             :  Case No. 25-90313 (ARP)
SERVICES CORPORATION,                                   :
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. (13-4312222)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :  Chapter 11
                                                        :
ALL METRO CGA PAYROLL SERVICES                          :  Case No. 25-90314 (ARP)
CORPORATION,                                            :
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. (47-3753810)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :  Chapter 11
                                                        :
ALL METRO FIELD SERVICE WORKERS                         :  Case No. 25-90315 (ARP)
PAYROLL SERVICES CORPORATION,                           :
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. (13-4312220)                               :
------------------------------------------------------- x
```

2

```
----------------------------------------------------- x
                                                      :
In re:                                                :   Chapter 11
                                                      :
ALL METRO HEALTH CARE SERVICES, INC.,                 :   Case No. 25-90316 (ARP)
                                                      :
         Debtor.                                      :
                                                      :
Tax I.D. No. (84-1623916)                             :
----------------------------------------------------- x
                                                      :
In re:                                                :
                                                      :   Chapter 11
ALL METRO HOME CARE SERVICES OF                       :
FLORIDA, INC.,                                        :   Case No. 25-90317 (ARP)
                                                      :
         Debtor.                                      :
                                                      :
Tax I.D. No. (43-2015287)                             :
----------------------------------------------------- x
                                                      :
In re:                                                :   Chapter 11
                                                      :
ALL METRO HOME CARE SERVICES OF                       :   Case No. 25-90318 (ARP)
NEW JERSEY, INC.,                                     :
                                                      :
         Debtor.                                      :
                                                      :
Tax I.D. No. (77-0612030)                             :
----------------------------------------------------- x
                                                      :
In re:                                                :   Chapter 11
                                                      :
ALL METRO HOME CARE SERVICES OF                       :   Case No. 25-90319 (ARP)
NEW YORK, INC.,                                       :
                                                      :
         Debtor.                                      :
                                                      :
Tax I.D. No. (84-1623899)                             :
----------------------------------------------------- x
```

3

```
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
ALL METRO HOME CARE SERVICES, INC.,                          :  Case No. 25-90320 (ARP)
                                                             :
         Debtor.                                             :
                                                             :
Tax I.D. No. (84-1623924)                                    :
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
ALL METRO MANAGEMENT AND PAYROLL                             :  Case No. 25-90321 (ARP)
SERVICES CORPORATION,                                        :
                                                             :
         Debtor.                                             :
                                                             :
Tax I.D. No. (83-0439830)                                    :
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
ALL METRO PAYROLL SERVICES                                   :  Case No. 25-90322 (ARP)
CORPORATION,                                                 :
                                                             :
         Debtor.                                             :
                                                             :
Tax I.D. No. (11-3353755)                                    :
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
AM HOLDCO, INC.,                                             :  Case No. 25-90323 (ARP)
                                                             :
         Debtor.                                             :
                                                             :
Tax I.D. No. (37-1744530)                                    :
------------------------------------------------------------ x
```

```
------------------------------------------------ x
                                                 :
In re:                                           :   Chapter 11
                                                 :
AM INTERMEDIATE HOLDCO, INC.,                    :   Case No. 25-90324 (ARP)
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. (47-1765824)                        :
------------------------------------------------ x
                                                 :
In re:                                           :   Chapter 11
                                                 :
ARSENS HOME CARE, INC.,                          :   Case No. 25-90325 (ARP)
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. (20-2862290)                        :
------------------------------------------------ x
                                                 :
In re:                                           :   Chapter 11
                                                 :
ARU HOSPICE, INC.,                               :   Case No. 25-90326 (ARP)
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. (45-5092171)                        :
------------------------------------------------ x
                                                 :
In re:                                           :   Chapter 11
                                                 :
ASSOCIATED HOME SERVICES, INC.,                  :   Case No. 25-90327 (ARP)
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. (74-2722067)                        :
------------------------------------------------ x
                                                 :
In re:                                           :   Chapter 11
                                                 :
AT-HOME QUALITY CARE, LLC,                       :   Case No. 25-90328 (ARP)
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. (26-1552093)                        :
------------------------------------------------ x
```

```
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
AUDITORY RESPONSE SYSTEMS, INC.,                        :   Case No. 25-90329 (ARP)
                                                        :
           Debtor.                                      :
                                                        :
Tax I.D. No. (02-0442987)                               :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
BARNEY'S MEDICAL ALERT-ERS, INC.,                       :   Case No. 25-90330 (ARP)
                                                        :
           Debtor.                                      :
                                                        :
Tax I.D. No. (27-1724008)                               :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
CALIFORNIA MEDTRANS NETWORK IPA                         :   Case No. 25-90331 (ARP)
LLC,                                                    :
                                                        :
           Debtor.                                      :
                                                        :
Tax I.D. No. (61-1732160)                               :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
CALIFORNIA MEDTRANS NETWORK MSO                         :   Case No. 25-90332 (ARP)
LLC,                                                    :
                                                        :
           Debtor.                                      :
                                                        :
Tax I.D. No. (36-4780748)                               :
------------------------------------------------------  x
```

6

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
CARE FINDERS TOTAL CARE LLC,                            :   Case No. 25-90333 (ARP)
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. (46-2555599)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
CAREGIVERS ALLIANCE, LLC,                               :   Case No. 25-90334 (ARP)
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. (45-5022161)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
CAREGIVERS AMERICA HOME HEALTH                          :   Case No. 25-90335 (ARP)
SERVICES, LLC,                                          :
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. (20-8167059)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
CAREGIVERS AMERICA MEDICAL                              :   Case No. 25-90336 (ARP)
STAFFING, LLC,                                          :
                                                        :
         Debtor.                                        :
                                                        :
Tax I.D. No. (26-3978350)                               :
------------------------------------------------------- x
```

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
CAREGIVERS AMERICA MEDICAL SUPPLY,                     :   Case No. 25-90337 (ARP)
LLC,                                                   :
                                                       :
         Debtor.                                       :
                                                       :
Tax I.D. No. (58-3787187)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
CAREGIVERS AMERICA REGISTRY, LLC,                      :   Case No. 25-90338 (ARP)
                                                       :
         Debtor.                                       :
                                                       :
Tax I.D. No. (27-1302162)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
CAREGIVERS AMERICA, LLC,                               :   Case No. 25-90339 (ARP)
                                                       :
         Debtor.                                       :
                                                       :
Tax I.D. No. (33-0993363)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
CAREGIVERS ON CALL, INC.,                              :   Case No. 25-90340 (ARP)
                                                       :
         Debtor.                                       :
                                                       :
Tax I.D. No. (16-1737635)                              :
------------------------------------------------------ x
```

8

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CGA HOLDCO, INC., | : | Case No. 25-90341 (ARP) |
| Debtor. | : | |
| Tax I.D. No. (47-1880444) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CGA STAFFING SERVICES, LLC, | : | Case No. 25-90342 (ARP) |
| Debtor. | : | |
| Tax I.D. No. (37-1616908) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| CIRCULATION, INC., | : | Case No. 25-90343 (ARP) |
| Debtor. | : | |
| Tax I.D. No. (61-1780747) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FLORIDA MEDTRANS NETWORK LLC, | : | Case No. 25-90344 (ARP) |
| Debtor. | : | |
| Tax I.D. No. (32-0432993) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| FLORIDA MEDTRANS NETWORK MSO LLC, | : | Case No. 25-90345 (ARP) |
| Debtor. | : | |
| Tax I.D. No. (36-4778512) | : | |

```
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
GUARDIAN MEDICAL MONITORING, LLC,                       :   Case No. 25-90346 (ARP)
                                                        :
          Debtor.                                       :
                                                        :
Tax I.D. No. (38-3432082)                               :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
HEALTH TRANS, INC.,                                     :   Case No. 25-90347 (ARP)
                                                        :
          Debtor.                                       :
                                                        :
Tax I.D. No. (65-0613681)                               :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
HEALTHCOM, INC.,                                        :   Case No. 25-90349 (ARP)
                                                        :
          Debtor.                                       :
                                                        :
Tax I.D. No. (37-1285320)                               :
------------------------------------------------------  x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
HEALTHCOM HOLDINGS LLC,                                 :   Case No. 25-90348 (ARP)
                                                        :
          Debtor.                                       :
                                                        :
Tax I.D. No. (82-2311720)                               :
------------------------------------------------------  x
```

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
HELPING HAND HOME HEALTH CARE                           :   Case No. 25-90350 (ARP)
AGENCY INC,                                             :
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. (27-4209787)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
HELPING HAND HOSPICE INC.,                              :   Case No. 25-90351 (ARP)
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. (27-1752958)                               :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
HIGI CARE HOLDINGS, LLC,                                :   Case No. 25-90352 (ARP)
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. (N/A)                                      :
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
HIGI CARE, LLC,                                         :   Case No. 25-90353 (ARP)
                                                        :
        Debtor.                                         :
                                                        :
Tax I.D. No. (92-3529673)                               :
------------------------------------------------------- x
```

---------------------------------------------------------- x
                                                           :
In re:                                                     :  Chapter 11
                                                           :
HIGI SH HOLDINGS INC.,                                     :  Case No. 25-90354 (ARP)
                                                           :
        Debtor.                                          :
                                                           :
Tax I.D. No. (82-0738014)                                  :
---------------------------------------------------------- x
                                                           :
In re:                                                     :  Chapter 11
                                                           :
HIGI SH LLC,                                               :  Case No. 25-90355 (ARP)
                                                           :
        Debtor.                                          :
                                                           :
Tax I.D. No. (38-3931574)                                  :
---------------------------------------------------------- x
                                                           :
In re:                                                     :  Chapter 11
                                                           :
INDEPENDENCE HEALTHCARE                                    :  Case No. 25-90356 (ARP)
CORPORATION,                                               :
                                                           :
        Debtor.                                          :
                                                           :
Tax I.D. No. (74-3074366)                                  :
---------------------------------------------------------- x
                                                           :
In re:                                                     :  Chapter 11
                                                           :
METROPOLITAN MEDICAL                                       :  Case No. 25-90357 (ARP)
TRANSPORTATION IPA, LLC,                                   :
                                                           :
        Debtor.                                          :
                                                           :
Tax I.D. No. (20-8998027)                                  :
---------------------------------------------------------- x

12

```
------------------------------------------------ x
                                                 :
In re:                                           :  Chapter 11
                                                 :
MLA SALES, LLC,                                  :  Case No. 25-90358 (ARP)
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. (N/A)                               :
------------------------------------------------ x
                                                 :
In re:                                           :  Chapter 11
                                                 :
MODIVCARE SOLUTIONS, LLC,                        :  Case No. 25-90359 (ARP)
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. (58-2491253)                        :
------------------------------------------------ x
                                                 :
In re:                                           :  Chapter 11
                                                 :
MULTICULTURAL HOME CARE INC.,                    :  Case No. 25-90360 (ARP)
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. (04-3280270)                        :
------------------------------------------------ x
                                                 :
In re:                                           :  Chapter 11
                                                 :
NATIONAL MEDTRANS, LLC,                          :  Case No. 25-90361 (ARP)
                                                 :
            Debtor.                              :
                                                 :
Tax I.D. No. (47-2336925)                        :
------------------------------------------------ x
```

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
NEW ENGLAND EMERGENCY RESPONSE                         :   Case No. 25-90363 (ARP)
SYSTEMS, INC.,                                         :
                                                       :
           Debtor.                                     :
                                                       :
Tax I.D. No. (02-0432833)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
OEP AM, INC.,                                          :   Case No. 25-90365 (ARP)
                                                       :
           Debtor.                                     :
                                                       :
Tax I.D. No. (81-1260939)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :
                                                       :   Chapter 11
PANHANDLE SUPPORT SERVICES, INC.,                      :
                                                       :   Case No. 25-90366 (ARP)
           Debtor.                                     :
                                                       :
Tax I.D. No. (55-0728651)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
PERSONAL IN-HOME SERVICES, INC.,                       :   Case No. 25-90368 (ARP)
                                                       :
           Debtor.                                     :
                                                       :
Tax I.D. No. (20-5107362)                              :
------------------------------------------------------ x
```

14

```
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
PHILADELPHIA HOME CARE AGENCY, INC.,:                      Case No. 25-90371 (ARP)
                                                       :
         Debtor.                                       :
                                                       :
Tax I.D. No. (20-1524491)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
PROVADO TECHNOLOGIES, LLC,                             :   Case No. 25-90362 (ARP)
                                                       :
         Debtor.                                       :
                                                       :
Tax I.D. No. (22-3895026)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
RED TOP TRANSPORTATION, INC.,                          :   Case No. 25-90364 (ARP)
                                                       :
         Debtor.                                       :
                                                       :
Tax I.D. No. (59-2499262)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
RIDE PLUS, LLC,                                        :   Case No. 25-90367 (ARP)
                                                       :
         Debtor.                                       :
                                                       :
Tax I.D. No. (27-2769684)                              :
------------------------------------------------------ x
                                                       :
In re:                                                 :   Chapter 11
                                                       :
SAFE LIVING TECHNOLOGIES, LLC,                         :   Case No. 25-90369 (ARP)
                                                       :
         Debtor.                                       :
                                                       :
Tax I.D. No. (32-0413522)                              :
------------------------------------------------------ x
```

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SECURA HOME HEALTH HOLDINGS, INC., | : | Case No. 25-90370 (ARP) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. (47-2928880) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SECURA HOME HEALTH, LLC, | : | Case No. 25-90372 (ARP) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. (47-2908342) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| SOCRATES HEALTH HOLDINGS, LLC, | : | Case No. 25-90373 (ARP) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. (85-4229682) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TRIMED, LLC, | : | Case No. 25-90374 (ARP) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. (47-5088596) | : | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| UNION HOME CARE LLC, | : | Case No. 25-90375 (ARP) |
| | : | |
| Debtor. | : | |
| | : | |
| Tax I.D. No. (82-3229500) | : | |

16

```
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
VALUED RELATIONSHIPS, INC.,                                  :  Case No. 25-90376 (ARP)
                                                             :
         Debtor.                                             :
                                                             :
Tax I.D. No. (31-1274364)                                    :
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
VICTORY HEALTH HOLDINGS, LLC,                                :  Case No. 25-90377 (ARP)
                                                             :
         Debtor.                                             :
                                                             :
Tax I.D. No. (87-2147451)                                    :
------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
VRI INTERMEDIATE HOLDINGS, LLC,                              :  Case No. 25-90378 (ARP)
                                                             :
         Debtor.                                             :
                                                             :
Tax I.D. No. (46-4570913)                                    :
------------------------------------------------------------ x
```

**ORDER DIRECTING JOINT
ADMINISTRATION OF CHAPTER 11 CASES**

Upon the emergency motion (the "***Motion***")[1] of the Debtors for entry of an order (this "***Order***") directing the joint administration of the Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015-1, all as more fully set forth in the Motion; and the Court having reviewed the Motion and the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and

---

[1] Capitalized terms used but not otherwise defined herein have the meaning assigned given to them in the Motion.

17

the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary, except as set forth in the Motion with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and all objections, if any, to the Motion having been withdrawn, resolved, or overruled; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The above-captioned Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 25-90309 (ARP). All of the jointly administered cases are assigned to Judge Pérez.

2. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the above-captioned Chapter 11 Cases, the Debtors, or the Debtors' estates.

3. Additionally, the following checked items are ordered:

    ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

    ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

    ☒ Other: See below.

18

4. The caption of the jointly administered cases satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code, and shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| MODIVCARE INC., *et al.*, | Case No. 25-90309 (ARP) |
| Debtors.[1] | (Jointly Administered) |

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/ModivCare. Debtor ModivCare Inc.'s principal place of business and the Debtors' service address in the Chapter 11 Cases is 6900 E. Layton Avenue, Suite 1100 & 1200, Denver, Colorado 80237.

5. All pleadings and notices shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the case of ModivCare Inc., Case No. 25-90309 (ARP).

6. The following docket entry shall be made in each of the above-captioned Chapter 11 Cases (except the case of ModivCare Inc.) substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of ModivCare Inc., *et al*. The docket in Case No. 25-90309 (ARP) should be consulted for all matters affecting this case.

7. The Debtors shall maintain, and the Clerk of this Court shall keep, one consolidated docket, one file, and one consolidated service list for the above-captioned Chapter 11 Cases.

8. Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

9. The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

10. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: August 21, 2025

*[signature]*
Alfredo R Pérez
United States Bankruptcy Judge