**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISON**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MODIVCARE INC., et al., | : | Case No. 25-90309 (ARP) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Jeffrey Kurtzman, Esquire of Kurtzman | Steady, LLC hereby appears for Keystone Quality Transport in the above-captioned Chapter 11 cases.  The undersigned hereby enters his appearance pursuant to §1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 9010 and 2002.  All such notices should be addressed as follows:

> Jeffrey Kurtzman, Esquire
> **KURTZMAN | STEADY, LLC**
> 101 N. Washington, Suite 4A
> Margate, NJ  08402
> Telephone:  (215) 839-1222
> Email:  kurtzman@kurtzmansteady.com

PLEASE TAKE FURTHER NOTICE that, pursuant to §1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Dated:  August 25, 2025                **KURTZMAN | STEADY, LLC**


                                       By:___/s/ Jeffrey Kurtzman_____
                                          Jeffrey Kurtzman, Esquire
                                          101 N. Washington Avenue, Suite 4A
                                          Margate, NJ 08402
                                          Telephone: (215) 839-1222
                                          Email:  kurtzman@kurtzmansteady.com

                                       Attorneys for Keystone Quality Transport


<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on August 25, 2025, he caused a copy of the foregoing Notice of Appearance and Request for Service of Papers Pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 9010 and 2002 to be served upon all registered parties via the Court's CM/ECF electronic filing system.


                                       _/s/ Jeffrey Kurtzman_____
                                       JEFFREY KURTZMAN