# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

------------------------------------------------------------ x
:
In re:                                                       :    Chapter 11
                                                             :
MODIVCARE, INC., *et al.*,                                   :    Case No. 25-90309 (ARP)
                                                             :
         Debtors. [1]                                        :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x

## THE UNITED STATES TRUSTEE'S
## NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE ALFREDO R. PÉREZ, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Members | Counsel for Member |
|---|---|
| Wilmington Savings Fund Society, FSB<br>As Indentured Trustee<br>Patrick Healy<br>500 Delaware Avenue<br>Wilmington, DE 19801<br>(302) 888-7420<br>phealy@wsfsbank.com | Jon Levine<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-4641<br>jonlevine@winston.com |
| Madison Avenue International LP<br>Chris Carroll, CFO<br>150 East 58th Street, Suite 1403<br>New York, NY 10155<br>(212) 702-8648<br>eli@madisonavelp.com | N/A |
| Jupiter Asset Management<br>David Rowe, Investment Analyst<br>70 Victoria Street<br>London SW1E 6SQ | N/A |

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/ModivCare. Debtor ModivCare Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 6900 E. Layton Avenue, Suite 1100 & 1200, Denver, Colorado 80237.

| | |
|---|---|
| England<br>+44 20 3817 1472<br>david.rowe@jupiteram.com | |
| Uber Health, LLC<br>Niels Melius<br>Randall Haimovici, Associate GC<br>1725 3rd Street<br>San Francisco, CA 94158<br>(415) 612-8582<br>nielsm@uber.com | N/A |
| MedEx Medical Transport Service, Inc.<br>Dillon Lowe<br>902 East Memorial Drive<br>Ahoskie, NC 27910<br>(252) 287-7365<br>dillon@medextransport.com | Zachry McKay<br>Jackson Walker LLP<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010<br>(713) 752-4261<br>zmckay@jw.com |
| Randstad North America<br>Ken Wilson, Manager, Business Services<br>3625 Cumberland Boulevard SE, Ste 600<br>Atlanta, GA 30339<br>(770) 937-7000<br>Ken.wilson@randstadusa.com | N/A |
| Marquis Hines<br>C/O: Zev Antell<br>Butler Curwood, PLC<br>140 Virginia Street, Suite 302<br>Richmond, VA 23219<br>(804) 347-5740<br>zev@butlercurwood.com | Zev Antell<br>Butler Curwood, PLC<br>140 Virginia Street, Suite 302<br>Richmond, VA 23219<br>(804) 347-5740<br>zev@butlercurwood.com |

SIGNED on September 5, 2025.

Respectfully submitted,

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS
515 Rusk Avenue, Suite 3516
Houston, Texas 77002
(713) 718-4673 - Telephone
(713) 718-4670  - Fax

By:    /s/ *Jana Smith Whitworth*
          Jana Smith Whitworth, Trial Attorney

SBOT No. 00797453/Fed. ID No. 20656
Email: Jana.Whitworth@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on September 5, 2025.

*/s/Jana Smith Whitworth*
Jana Smith Whitworth