# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PEREZ
## Friday, October 3, 2025

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Brandon | Bell | Hunton Andrews Kurth LLP | Debtors |
| Ashley | Chase | White & Case LLP | Official Committee of Unsecured Creditors |
| Tad | Davidson | Hunton Andrews Kurth LLP | Debtors |
| Scott | Greissman | White & Case LLP | Official Committee of Unsecured Creditors |
| Kristopher | Hansen | Paul Hastings LLP | DIP Parties |
| Lindsey | Henrikson | Paul Hastings LLP | DIP Parties |
| George | Klidonas | Latham & Watkins LLP | Debtors |
| Charles | Koster | White & Case LLP | Official Committee of Unsecured Creditors |
| Elizabeth ("Betsy") | Marks | Latham & Watkins LLP | Debtors |
| Catherine | Rankin | Hunton Andrews Kurth LLP | Debtors |
| Ray | Schrock | Latham & Watkins LLP | Debtors |
| Christopher | Shore | White & Case LLP | Official Committee of Unsecured Creditors |
| Keith | Simon | Latham & Watkins LLP | Debtors |
| Matthew | Warren | Paul Hastings LLP | DIP Parties |
| Jamie | Wine | Latham & Watkins LLP | Debtors |
| Jason | Zakia | White & Case LLP | Official Committee of Unsecured Creditors |
| Andrew | Zatz | White & Case LLP | Official Committee of Unsecured Creditors |