# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Monday, October 6, 2025

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Brandon | Bell | Hunton Andrews Kurth LLP | Debtors |
| Ashley | Chase | White & Case LLP | Official Committee of Unsecured Creditors |
| Tad | Davidson | Hunton Andrews Kurth LLP | Debtors |
| Scott | Greissman | White & Case LLP | Official Committee of Unsecured Creditors |
| Kristopher | Hansen | Paul Hastings LLP | The DIP Parties |
| Lindsey | Henrikson | Paul Hastings LLP | The DIP Parties |
| George | Klidonas | Latham & Watkins LLP | Debtors |
| Charles | Koster | White & Case LLP | Official Committee of Unsecured Creditors |
| Elizabeth ("Betsy") | Marks | Latham & Watkins LLP | Debtors |
| Catherine | Rankin | Hunton Andrews Kurth LLP | Debtors |
| Ray | Schrock | Latham & Watkins LLP | Debtors |
| J. Christopher | Shore | White & Case LLP | Official Committee of Unsecured Creditors |
| Keith | Simon | Latham & Watkins LLP | Debtors |
| Craig | Stanfield | Paul Hastings LLP | The DIP Parties |
| Matt | Warren | Paul Hastings LLP | The DIP Parties |
| Jon | Weichselbaum | Latham & Watkins | Debtors |
| Jana | Whitworth | Trustee | U.S. Trustee |
| Jamie | Wine | Latham & Watkins LLP | Debtors |
| Jason | Zakia | White & Case LLP | Official Committee of Unsecured Creditors |
| Andrew | Zatz | White & Case LLP | Official Committee of Unsecured Creditors |