# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Friday, October 10, 2025

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Tad | Davidson | Hunton Andrews Kurth LLP | Co-Counsel to the Debtors |
| Kris | Hansen | Paul Hastings LLP | DIP Parties |
| George | Klidonas | Latham & Watkins LLP | Debtors |
| Charles R. | Koster | White & Case LLP | Official Committee of Unsecured Creditors |
| Elizabeth ("Betsy") | Marks | Latham & Watkins LLP | Debtors |
| J. Christopher | Shore | White & Case LLP | Official Committee of Unsecured Creditors |
| Keith | Simon | Latham & Watkins LLP | Debtors |
| Matt | Warren | Paul Hastings LLP | DIP Parties |
| Jamie | Wine | Latham & Watkins LLP | Debtors |
| Andrew | Zatz | White & Case LLP | Official Committee of Unsecured Creditors |