IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| MODIVCARE INC., *et al.*, | : | Case No. 25-90309 (ARP) |
| Debtors.[1] | : | (Jointly Administered) |

---

## AGENDA OF DEBTORS FOR MATTERS
## SET FOR HEARING ON OCTOBER 30, 2025

The debtors and debtors in possession in the above-captioned cases (collectively, the "***Debtors***") file this Agenda of matters set for hearing on **October 30, 2025, at 1:00 p.m. (prevailing Central Time)**.

**A.   Matters Set For Hearing.**

1. ***9019 Motion***. Motion of Debtors For Entry of an Order Pursuant to Bankruptcy Rule 9019 (A) Approving a Global Settlement Agreement By and Among the Debtors and UHC and (B) Granting Related Relief [Docket No. 439].[2]

    **Status:** This matter is going forward on a contested basis.

    **Objections/Responses:**

    A. ***UCC Objection***. The Official Committee of Unsecured Creditors' Preliminary Objection to the Motion of Debtors For Entry of an Order Pursuant to Bankruptcy Rule 9019 (A) Approving a Global Settlement Agreement By and Among the Debtors and UHC and (B) Granting Related Relief [Docket No. 576]

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://veritaglobal.net/ModivCare. Debtor ModivCare Inc.'s principal place of business and the Debtors' service address in the Chapter 11 Cases is 6900 E. Layton Avenue, Suite 1100 & 1200, Denver, Colorado 80237.

[2] This version of the motion was filed under seal, a publicly-available version was filed at Docket No. 440.

        B.  *Debtors' Reply*.  Debtors' Reply in Support of Their Motion For Entry of an Order Pursuant to Bankruptcy Rule 9019 (A) Approving a Global Settlement Agreement By and Among the Debtors and UHC and (B) Granting Related Relief [Docket No. 594]

**B.  Related Documents**

1.  ***Shandler Declaration***.  Declaration of Chad J. Shandler in Support of the Motion of Debtors For Entry of an Order Pursuant to Bankruptcy Rule 9019 (A) Approving a Global Settlement Agreement By and Among the Debtors and UHC and (B) Granting Related Relief [Docket No. 543]

2.  ***Notice of Hearing***.  Notice of Hearing to Be Held on October 30, 2025, at 1:00 p.m. (prevailing Central Time) [Docket No. 580]

3.  ***UCC's Witness and Exhibit List***.  [Docket No. 584][3]

4.  ***Debtors' Witness and Exhibit List***.  [Docket No. 586][4]

5.  ***Notice of Intent to Adduce Remote Testimony***.  Notice of Intent to Adduce Testimony From a Remote Location By Telephone and Video Technology [Docket No. 591]

[*Remainder of page intentionally left blank.*]

---

[3] The Official Committee of Unsecured Creditors also filed a copy of exhibit 1 to their witness and exhibit list under seal at Docket No. 585.

[4] This version of the Debtors' witness and exhibit list was filed under seal, a publicly-available version was filed at Docket No. 587.

Dated: October 29, 2025         Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*
**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Catherine A. Rankin (Texas Bar No. 24109810)
Brandon Bell (Texas Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
         catherinerankin@hunton.com
         bbell@hunton.com

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Keith A. Simon (NY Bar No. 4636007)
George Klidonas (NY Bar No. 4549432)
Jonathan J. Weichselbaum (NY Bar No. 5676143)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
         keith.simon@lw.com
         george.klidonas@lw.com
         jon.weichselbaum@lw.com

*Co-Counsel to the Debtors
and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

      I certify that on October 6, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                                    */s/ Timothy A. ("Tad") Davidson II*
                                                    Timothy A. ("Tad") Davidson II

129214.0000001 DMS 353435439v2