**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MODIVCARE INC., *et al.*, | ) | Case No. 25-90309 (ARP) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**AMENDED WITNESS AND EXHIBIT LIST FOR THE HEARING SCHEDULED**
**FOR OCTOBER 30, 2025, AT 1:00 P.M. (PREVAILING CENTRAL TIME)**

The Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 cases hereby files its Witness and Exhibit List for the hearing to be held on October 30, 2025 at 1:00 p.m. (prevailing Central Time) (the "**Hearing**"):

**WITNESSES**

The Committee reserves the right to supplement or amend this witness list and to identify witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing. The Committee also reserves the right to call any witness or submit any declaration necessary to establish the authenticity or admissibility of documents; call any witness identified by any other party; cross examine any witness called by another party; and call rebuttal witnesses as necessary.

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/ModivCare. Debtor ModivCare Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 6900 E. Layton Avenue, Suite 1100 & 1200, Denver, Colorado 80237.

1

## EXHIBITS

The Committee may introduce the following exhibits:

| EXHIBIT NO. | DESCRIPTION[2] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| **1.** | Lender Discussion Materials, dated as of July 11, 2025 (Bates Range MODV_000000698 – 000000710) [Filed Under Seal] | | | | |
| **2.** | UnitedHealth Group, *UnitedHealthcare's Network Negotiations Are About Protecting Access to Affordable Care*, dated October 6, 2025 | | | | |
| **3.** | Financial Projections, Ex. D to *Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and Its Debtor Affiliates* [Docket No. 466] | | | | |
| **4.** | ModivCare Inc., Minutes of a Meeting of the Board of Directors, dated as of July 21, 2025 (Bates Number MODV_000032953) [Filed Under Seal] | | | | |
| **5.** | Email chain between United HealthCare and Company, dated August 12, 2025 (Bates Range MODV 000181081 – 181086) [Filed Under Seal] | | | | |
| **6.** | ModivCare Inc., Minutes of a Meeting of the Capital Structure Committee of the Board of Directors, dated as of August 7, 2025 (Bates Range MODV_000078922 – 78923) [Filed Under Seal] | | | | |
| **7.** | Email chain between Company and advisors attaching Board and Lender Presentation, dated as of September 4, 2025 (Bates Range MODV 000184381 – 184399) [Filed Under Seal] | | | | |

The Committee reserves all rights, including, without limitation, to: (i) amend and/or

supplement the Exhibit List, including to add and/or remove documents at any time prior to the

---

[2]   Exhibits 1, 4 -7 are being filed under seal because such documents were produced on a "Confidential Information" or "Highly Confidential Information" basis, as such terms are defined in the Confidentiality Agreement and Stipulated Protective Order [Docket No. 174] (the **"Stipulated Protective Order"**).  The Stipulated Protective Order expressly authorizes filing documents containing "Confidential Information" or "Highly Confidential Information" under seal without filing a separate motion requesting authority to do so.  Stipulated Protective Order, ¶ 7(c).

conclusion of the Hearing, as appropriate; (ii) use additional exhibits (a) for purposes of rebuttal, impeachment, or refreshing recollection, (b) in response to arguments, evidence, objections, filings, exhibits, or demonstratives of other parties, or (c) as a consequence of the unexpected unavailability of a witness, or a witness unexpectedly testifying; and (iii) rely upon, and use as evidence, (a) any exhibits included on the exhibit lists of other parties and (b) any pleading, hearing transcript, order, or other document filed with the Court in these chapter 11 cases. Designation of any document on the Exhibit List does not waive any objection that the Committee may have if other parties seek to introduce into evidence any documents that the Committee has included on the Exhibit List. The Committee reserves all rights to object to any document listed on any party's exhibit list. The Committee further reserves the right to use and rely upon demonstratives. By including a document on this Exhibit List, the Committee does not agree or admit that a document or category of documents is admissible for any or all purposes or that the producing party has properly designated a document. The Committee reserves the right to object if other parties seek to introduce into evidence exhibits that the Committee has identified.

## **RESERVATION OF RIGHTS**

The Committee reserves the right to call or introduce one or more, or none, of these witnesses or exhibits listed above.  The Committee reserves the right to supplement, add to, subtract from, or otherwise amend this Witness and Exhibit List at any time prior to the conclusion of the Hearing.

[*Remainder of Page Intentionally Left Blank*]

October 30, 2025
Houston, Texas

/s/ *Charles R. Koster*

| | |
|---|---|
| **WHITE & CASE LLP** | **WHITE & CASE LLP** |
| Charles R. Koster (Texas Bar No. 24128278) | J. Christopher Shore (admitted *pro hac vice*) |
| 609 Main Street, Suite 2900 | Scott Greissman (admitted *pro hac vice*) |
| Houston, Texas 77002 | Andrew Zatz (admitted *pro hac vice*) |

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:      (713) 496-9700
Facsimile:      (713) 496-9701
Email:            charles.koster@whitecase.com

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Scott Greissman (admitted *pro hac vice*)
Andrew Zatz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:      (212) 819-8200
Facsimile:      (212) 354-8113
Email:            cshore@whitecase.com
                      sgreissman@whitecase.com
                      azatz@whitecase.com

- and -

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:      (312) 881-5400
Facsimile:      (312) 881-5450
Email:            gregory.pesce@whitecase.com

*Proposed Counsel for the Official Committee of
Unsecured Creditors*

4

**<u>Certificate of Service</u>**

I certify that on October 30, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Charles R. Koster*
Charles R. Koster
