# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
# Thursday, October 30, 2025

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Kaleb | Bailey | Hunton Andrews Kurth LLP | Co-counsel to the Debtors |
| Tad | Davidson | Hunton Andrews Kurth LLP | Debtors |
| Eric | Goldstein | Shipman & Goodwin LLP | UnitedHealthcare Insurance Company |
| Kris | Hansen | Paul Hastings LLP | First Lien/DIP Lenders |
| Andrew | Jimenez | U.S. Department of Justice | United States Trustee |
| George | Klidonas | Latham & Watkins | Debtors |
| Charles | Koster | White & Case LLP | Official Committee of Unsecured Creditors |
| Betsy | Marks | Latham & Watkins | Debtors |
| Catherine | Rankin | Hunton Andrews Kurth LLP | Debtors |
| Christopher | Shore | White & Case LLP | Official Committee of Unsecured Creditors |
| Matthew | Warren | Paul Hastings LLP | First Lien/DIP Lenders |