IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MODIVCARE INC., *et al.*, | ) ) ) | Case No. 25-90309 (ARP) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |

**THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS' AMENDED PRELIMINARY WITNESS LIST FOR
THE HEARING SCHEDULED TO BEGIN ON
DECEMBER 8, 2025, AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

The Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 cases hereby files its amended preliminary Witness List for the hearing to be held on December 8, 2025 at 9:00 a.m. (prevailing Central Time) (the "**Hearing**") in accordance with the *Stipulation and Agreed Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and Associated Proceedings, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 548]:

**WITNESSES**

The Committee may call any of the following witnesses at the Hearing:

1. Marc Brown, Partner & Managing Director, Alix Partners, LLP;[2]

2. Greg Magrisi, Partner & Managing Director, Alix Partners, LLP;[3]

3. Daniel Silvers, Director, ModivCare, Inc.; and

---

[1] A complete list of each of the Debtors in these chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/ModivCare. Debtor ModivCare Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 6900 E. Layton Avenue, Suite 1100 & 1200, Denver, Colorado 80237.

[2] This witness will be offered as an expert witness.

[3] This witness will be offered as an expert witness.

1

4. Any witness identified by any other party.

The Committee reserves the right to supplement or amend this witness list and to identify witnesses, including rebuttal and impeachment witnesses, prior to the conclusion of the Hearing. The Committee also reserves the right to call any witness or submit any declaration necessary to establish the authenticity or admissibility of documents; call any witness identified by any other party; cross examine any witness called by another party; and call rebuttal witnesses as necessary.

## **RESERVATION OF RIGHTS**

The Committee reserves the right to call one or more, or none, of these witnesses listed above. The Committee reserves the right to supplement, add to, subtract from, or otherwise amend this Witness List at any time prior to the conclusion of the Hearing.

[*Remainder of Page Intentionally Left Blank*]

November 7, 2025
Houston, Texas

/s/ *Charles R. Koster*

| | |
|---|---|
| **WHITE & CASE LLP** | **WHITE & CASE LLP** |
| Charles R. Koster (Texas Bar No. 24128278) | J. Christopher Shore (admitted *pro hac vice*) |
| 609 Main Street, Suite 2900 | Scott Greissman (admitted *pro hac vice*) |
| Houston, Texas 77002 | Andrew Zatz (admitted *pro hac vice*) |
| Telephone: (713) 496-9700 | 1221 Avenue of the Americas |
| Facsimile: (713) 496-9701 | New York, New York 10020 |
| Email: charles.koster@whitecase.com | Telephone: (212) 819-8200 |
| | Facsimile: (212) 354-8113 |
| | Email: cshore@whitecase.com |
| | sgreissman@whitecase.com |
| | azatz@whitecase.com |

- and -

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com

*Counsel for the Official Committee of Unsecured Creditors*

**Certificate of Service**

    I certify that on November 7, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Charles R. Koster*
                                                  Charles R. Koster