IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

NOV 17 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| In re: | Chapter 11 |
| *MODIVCARE INC., et al.,* | Case No. 25-90309 (ARP) |
| Debtors. | Re: Docket No. 605 |

### THE RONALD MCDONALD HOUSE ENTITIES' LIMITED OBJECTION TO DEBTORS' NOTICE OF POTENTIAL ASSUMPTION OF CERTAIN DEBTORS' EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Ronald McDonald House entities set forth on **Exhibit A** attached hereto (together, the "RMHC Entities") hereby files this limited objection and reservation of rights (the "Limited Objection") to the *Notice of Potential Assumption of Certain of Debtors' Executory Contracts and Unexpired Leases* [Docket No. 605] (the "Cure Notice") filed by the debtors in the above-captioned chapter 11 proceeding (collectively, the "Debtors") and in support thereof state as follows:

### BACKGROUND

1.      On August 20, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas. The Debtors continue to operate the business and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      Prior to the Petition Date, the RMHC Entities were each counterparties to separate trip providers agreements (the "Trip Providers Agreements") with Debtor ModivCare Solutions, LLC ("ModivCare Solutions").

3.      On the Petition Date, the Debtors owed the Ronald McDonald Entities a total of $1,996,460 under the Trip Advisor Agreements for services rendered prior to the Petition Date. The following table details the prepetition amounts outstanding as of the Petition Date owed to each RMHC Entity under the Trip Providers Agreements.[1]

| RMHC Entity | Amount Owed by ModivCare Solutions, LLC as of the Petition Date | Proof of Claim Number |
|---|---|---|
| CHAPEL HILL, RONALDMCDONALD HOUS | $1,160,922 | 449 |
| MCDONALD, RONALD | $ 835,538 | 455 |
| RONALD MCDONALDHOUSE, DURHAM | $ 835,538 | 492 |
| Ronald McDonald House Charities of the Triangle | $1,996,460 | 610 |
| RONALD MCDONALD HOUSE OF CHAPEL HILL INC | $1,996,460 | 1058 |
| RONALD MCDONALDHOUSE, CHAPEL HILL | $1,996,460 | 1090 |

4.      Details of the petition amounts owed under the Trip Providers Agreements can be found at Proof of Claims Nos. 449, 455, 492, 610, 1058, and 1090 (collectively, the "RMHC Proofs of Claim").

5.      Since the Petition Date, ModivCare Solutions has continued to request services and the RMHC Entities have continued to provide them pursuant to the Trip Advisors Agreements.

---

[1]   Historically, each of the RMCH Entities operated and contracted with ModivCare Solutions on a standalone basis, which resulted in multiple Trip Providers Agreements between ModivCare Solutions and the RMCH Entities. However, now, each of the RMCH Entities operates under the corporate umbrella of the Ronald McDonald House Charities of the Triangle, and the RMCH Entities and the Ronald McDonald House of the Charities of the Triangle should be viewed as one single entity within the broader Ronald McDonald House Charities' corporate structure. Accordingly, the amounts set forth in the table below are duplicative to capture each RMCH Entity that is owed amounts by ModivCare Solutions based on historical operations; however, $1,996,460 is the total aggregate amount owed to all of RMCH Entities that now should be viewed as consolidated under the Ronald McDonald House Charities of the Triangle.

2

6.      On October 30, 2025, the Debtors filed the Cure Notice which included a list, attached as Schedule 1-B to the Cure Notice, of contracts to be potentially assumed. Only the Trip Provider Agreement with RONALD MCDONALD HOUSE OF CHAPEL HILL INC was listed as a contract to potentially be assumed and assigned with a cure amount of $0.00.

**Limited Objection**

7.      The RMHC Entities do not generally object to assumption of the Trip Advisors Agreements, but file this Limited Objection to ensure that the Debtors or other responsible parties pay for all defaults under the Trip Advisors Contracts if it is assumed.

The Debtors have been working constructively with the RMHC Entities to pay all outstanding petition obligations, however, as of the date of this Limited Objection, $774,698[2] still remains outstanding under the Trip Advisors Agreements as follows:

| RMHC Entity | Amount Owed by ModivCare Solutions, LLC as of the Petition Date | Proof of Claim Number |
|---|---|---|
| CHAPEL HILL, RONALDMCDONALD HOUS | $   370,400 | 449 |
| MCDONALD, RONALD | $   404,299 | 455 |
| Ronald MCDONALDHOUSE, DURHAM | $   404,299 | 492 |
| Ronald McDonald House Charities of the Triangle | $   774,698 | 610 |
| RONALD MCDONALD HOUSE OF CHAPEL HILL INC | $   774,698 | 1058 |
| RONALD MCDONALDHOUSE, CHAPEL HILL | $   774,698 | 1090 |

---

[2]   As detailed above, while each RMCH Entity is listed in the below table for completeness, only the total amount owed to the Ronald McDonald House Charities of the Triangle should be referenced for purposes of determining the total remaining prepetition amounts owed to the RMCH Entities for purposes of determining the cure costs to assume the Trip Providers Agreements.

8.      The RMHC Entities respectfully requests that this Court enter an order sustaining this objection, and granting The RMHC Entities relief consistent with the relief requested herein and such other relief as is just and proper.

9.      Notice of the Limited Objection has been provided in accordance with the Cure Notice.

*[Remainder of Page Intentionally Left Blank]*

4

Dated: November 17, 2025          **On Behalf of the RMHC Entities**

Patricia Few
Chief Financial Officer
Ronald McDonald House Charities of the Triangle

## EXHIBIT A

### Ronald McDonald House Entities

1. Ronald McDonald House Charities of the Triangle
2. RONALD MCDONALD HOUSE OF CHAPEL HILL INC
3. RONALD MCDONALDHOUSE, CHAPEL HILL
4. CHAPEL HILL, RONALDMCDONALD HOUS
5. MCDONALD RONALD
6. RONALD MCDONALDHOUSE, DURHAM