UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS

In re:
MODIVCARE,
Debtor.
Case No. 25-90309
Chapter 11

United States Courts
Southern District of Texas
FILED

NOV 18 2025

Nathan Ochsner, Clerk of Court

## OBJECTION TO DEBTOR'S PROPOSED ASSUMPTION OF CONTRACT FOR AMBULANCE TRANSPORTATION SERVICES AND TO PROPOSED CURE AMOUNT

**Wake County EMS** ("Objecting Party"), by and through its undersigned representative, hereby submits this Objection to the Debtor's proposed assumption (or assumption and assignment) of the Ambulance Transportation Services Contract (the "Contract") and to the Debtor's stated cure amount in the above-captioned Chapter 11 case of ModivCare ("Debtor").

## I. BACKGROUND

1. The Objecting Party is a counterparty to the Contract with ModivCare for **Ambulance Transportation Services**.

2. On or about **10-30-25** the Debtor filed or served a **Notice of Assumption** or **Cure Notice** identifying the Contract and assigning a cure amount of **$0.00** (the "Proposed Cure Amount").

3. The Proposed Cure Amount is **incorrect**. The Objecting Party is owed outstanding amounts for services provided under the Contract that must be cured before assumption can occur under 11 U.S.C. § 365(b)(1).

## II. BASIS FOR OBJECTION

4. Under 11 U.S.C. § 365, a debtor may not assume an executory contract unless it:
   (a) cures all existing defaults,
   (b) compensates the counterparty for all actual pecuniary losses resulting from the default, and
   (c) provides adequate assurance of future performance.

5. The Debtor's Proposed Cure Amount of **$0.00** fails to account for outstanding unpaid sums owed to the Objecting Party under the Contract.

6. As of the date of this filing, the amount owed is **$1,259.09** which includes:

    o  unpaid invoices for ambulance transportation services

7. Because the Debtor's Proposed Cure Amount materially understates the true cure amount, assumption cannot be approved unless the Debtor pays the proper cure amount as required by the Bankruptcy Code.

## III. RESERVATION OF RIGHTS

8. The Objecting Party reserves all rights to supplement, amend, or update this Objection, including the right to assert additional amounts owed or raise additional grounds for objection.

## IV. REQUEST FOR RELIEF

WHEREFORE, the Objecting Party respectfully requests that the Court:

A. **Sustain this Objection;**

B. **Determine that the correct cure amount is $1,259.09**

C. Prohibit the Debtor from assuming the Contract unless and until the full cure amount is paid; and

D. Grant such other relief as the Court deems just and proper.

Respectfully submitted this 18th day of November 2025.

**Wake County EMS**

**By: Ajenay Drummond**

P.O. Box 603428, Charlotte, NC 28260
336-397-3978
hipaacompliance@emsmc.com