**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

---------------------------------------------------------  x

: 

In re:                                                              :        Chapter 11

                                                                     :

MODIVCARE INC., *et al.*,                                :        Case No. 25-90309 (ARP)

                                                                     :

Debtors.[1]                                              :        (Jointly Administered)

                                                                     :

---------------------------------------------------------  x

**DEBTORS' EXHIBIT LIST FOR
THE CONFIRMATION HEARING**

In accordance with the Agreed Scheduling Order and the parties' agreement,[2] ModivCare

Inc. and its debtor affiliates in the above-captioned cases, as debtors and debtors in possession

(collectively, the "***Debtors***"), through their undersigned counsel, hereby submit this Exhibit List

(this "***Exhibit List***") for the hearing to consider confirmation of the Debtors' Plan[3] and the Official

Committee of Unsecured Creditors' standing motions which is currently scheduled to begin on

December 8, 2025, at 9:00 a.m. (prevailing Central Time) (the "***Confirmation Hearing***").

---

[1]   A complete list of each of the Debtors in these chapter 11 cases (the "***Chapter 11 Cases***") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/ModivCare. Debtor ModivCare Inc.'s principal place of business and the Debtors' service address in the Chapter 11 Cases is 6900 E. Layton Avenue, Suite 1100 & 1200, Denver, Colorado 80237.

[2]   *Stipulation and Agreed Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and Associated Proceedings, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 548] (the "***Agreed Scheduling Order***")

[3]   *First Amended Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and Its Debtor Affiliates* [Docket No. 465] (as subsequently modified or amended, the "***Plan***").

## EXHIBIT LIST

The Debtors may offer into evidence any one or more of the following exhibits at the Hearing:

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| | **UCC & DEBTORS' JOINT EXHIBITS** | | | | |
| JX-001 | Notice of Default, dated as of January 2, 2025 (FLL_0000014) | | | | |
| JX-002 | Amendment No. 5 to Credit Agreement, dated as of January 9, 2025 (FLL_0001939) | | | | |
| JX-003 | Restructuring Term Sheet Deck, dated as of July 24, 2025 (MODV_000001109) | | | | |
| JX-004 | Minutes of A Meeting of the Capital Structure Committee of the Board of Directors, dated as of July 3, 2025 (MODV_000017743) | | | | |
| JX-005 | Minutes of A Meeting of the Board of Directors, dated as of July 10, 2025 (MODV_000017748) | | | | |
| JX-006 | Minutes of A Meeting of the Capital Structure Committee of the Board of Directors, dated as of July 14, 2025 (MODV_000017753) | | | | |
| JX-007 | Minutes of A Meeting of the Capital Structure Committee of the Board of Directors, dated as of August 9, 2025 (MODV_000017768) | | | | |
| JX-008 | Minutes of A Meeting of the Board of Directors, dated as of June 20, 2025 (MODV_000017770) | | | | |
| JX-009 | Minutes of A Meeting of the Capital Structure Committee of the Board of Directors, dated as of June 23, 2025 (MODV_000017776) | | | | |
| JX-010 | Board of Directors Meeting Agenda and Package, dated as of July 21, 2025 (MODV_000018337) | | | | |
| JX-011 | Capital Structure Committee Meeting Agenda and Package, dated July 3, 2025 (MODV_000019128) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| JX-012 | Discussion Materials Deck, dated as of August 8, 2025 (MODV_000019319) | | | | |
| JX-013 | DIP Precedents, dated September 2025 (Native Version of Document Produced at Bates Range MODV_000029710 – 000029713) [*Filed Under Seal*] | | | | |
| JX-014 | Minutes of A Meeting of the Board of Directors and the Strategic Alternatives Committee of the Board of Directors, dated as of January 9, 2025 (MODV_000032793) | | | | |
| JX-015 | Minutes of A Meeting of the Board of Directors, dated as of July 21, 2025 (MODV_000032953) | | | | |
| JX-016 | Minutes of A Joint Meeting of the Board of Directors and Capital Structure Committee, dated as of August 14, 2025 (MODV_000032983) | | | | |
| JX-017 | Minutes of A Meeting of the Capital Structure Committee of the Board of Directors, dated as of August 19, 2025 (MODV_000032987) | | | | |
| JX-018 | Minutes of A Joint Meeting of the Board of Directors and Capital Structure Committee, dated as of August 20, 2025 (MODV_000032990) | | | | |
| JX-019 | Minutes of A Meeting of the Board of Directors, dated as of January 21, 2025 (MODV_000033020) | | | | |
| JX-020 | Finance Report to the Audit Committee – Q4 Deck, dated as of February 24, 2025 (MODV_000033329) | | | | |
| JX-021 | Board Discussion Materials Deck, dated as of December 20, 2024 (MODV_000033581) | | | | |
| JX-022 | Board Discussion Materials Deck, dated as of December 23, 2024 (MODV_000033610) | | | | |
| JX-023 | Special Meeting of the Board of Directors Agenda and Package, dated as of December 26, 2024 (MODV_000033626) | | | | |
| JX-024 | Board Discussion Deck, dated as of December 30, 2024 (MODV_000033686) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| JX-025 | Special Meeting of the Board of Directors Agenda and Package, dated as of January 21, 2025 | | | | |
| JX-026 | Minutes of A Meeting of the Board of Directors, dated as of January 2, 2025 (MODV_000034259) | | | | |
| JX-027 | Minutes of A Meeting of the Board of Directors, dated as of November 29, 2024 (MODV_000034276) | | | | |
| JX-028 | Minutes of a Meeting of the Board of Directors, dated as of December 13, 2024 | | | | |
| JX-029 | Minutes of A Meeting of the Nominating and Governance Committee, dated as of December 10, 2024 (MODV_000034283) | | | | |
| JX-030 | Minutes of A Meeting of the Board of Directors, dated December 19, 2024 (MODV_000034286) | | | | |
| JX-031 | Minutes of A Meeting of the Board of Directors, dated as of December 20, 2024 (MODV_000034289) | | | | |
| JX-032 | Minutes of A Meeting of the Nominating and Governance Committee, dated as of December 22, 2024 (MODV_000034291) | | | | |
| JX-033 | Minutes of A Meeting of the Board of Directors, dated as of December 23, 2024 (MODV_000034292) | | | | |
| JX-034 | Minutes of A Meeting of the Boart of Directors, dated as of December 26, 2024 (MODV_000034306) | | | | |
| JX-035 | Minutes of A Meeting of the Board of Directors, dated as of December 30, 2024 (MODV_000034321) | | | | |
| JX-036 | February 2025 Financial Update Deck (MODV_000034413) | | | | |
| JX-037 | Minutes of A Meeting of the Board of Directors, dated as of February 10, 2025 (MODV_000034705) | | | | |
| JX-038 | Special Meeting of the Board of Directors Agenda and Package, dated as of March 25, 2025 (MODV_000034811) | | | | |
| JX-039 | March 2025 CEO Update – Board of Directors Deck (MODV_000034828) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| JX-040 | Email: M. Warren to Z. Jamal, T. Roberts, D. Nemecek, Z. Hitzert, C. Dalton, S. Lawand, V. Baliga, L. Henrikson, J. Canfield, K. Hansen, A. Schwarzman, C. Shandler re: DIP Term Sheet, dated as of December 21, 2024 (MODV_000037276) | | | | |
| JX-041 | Cleansing Materials Deck, dated as of January 8, 2025 (MODV_000043212) | | | | |
| JX-042 | Presentation to the Board of Directors Deck, dated as of November 29, 2024 (MODV_000055485) | | | | |
| JX-043 | Minutes of A Meeting of the Board of Directors, dated as of January 6, 2025 (MODV_000059632) | | | | |
| JX-044 | Minutes of A Meeting of the Board of Directors, dated as of April 25, 2025 (MODV_000074092) | | | | |
| JX-045 | Minutes of A Meeting of the Board of Directors, dated as of April 28, 2025 (MODV_000074101) | | | | |
| JX-046 | Minutes of A Meeting of the Nominating & Governance Committee of the Board of Directors, dated as of April 11, 2025 (MODV_000078851) | | | | |
| JX-047 | Email: S. Dye to H. Sampson, C. Huffman re: Amendment, dated as of August 12, 2025 (MODV_000181081) | | | | |
| JX-048 | Email: D. Kiyosaki to K. Shepard re: ModivCare UHC Contract, dated as of September 3, 2025 (MODV_000204741) | | | | |
| JX-049 | Resolutions of the Board of Directors, dated as of June 20, 2025 (MODV_000240330) | | | | |
| JX-050 | Minutes of A Meeting of the Board of Directors, dated as of October 22, 2024 (MODV_00034268) | | | | |
| JX-051 | Email: N. Kanchanapoomi to M. Patel, K. Levy, Z. Jamal, D. Murphy re: Term Sheet + Expense Reimbursement Letter, dated as of December 28, 2024 (MODV_00041072) | | | | |
| JX-052 | Email: Z. Jamal to M. Warren, T. Roberts, D. Nemecek, Z. Hitzert, C. Dalton, S. Lawand, V. Baliga, L. Henrikson, | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| | J. Canfield, K. Hansen, A. Schwarzman, C. Shandler re: DIP Term Sheet, dated as of December 21, 2024 (MODV_00042282) | | | | |
| JX-053 | Email: S. Kern re: D. Mounts Gonzales re: Quick Question, dated as of March 21, 2025 (MODV_00063687) | | | | |
| JX-054 | DIP Budget [Docket No. 106, Schedule 1] | | | | |
| JX-055 | Amendment No. 14 to the Network Access Agreement (UHCCS) dated September 5, 2025 [Docket No. 439-1, Ex. A] [*Filed Under Seal*] | | | | |
| JX-056 | Financial Projections [Docket No. 466, Ex. D] | | | | |
| JX-057 | ModivCare Board Presentation Materials, dated as of August 20, 2025 (Bates Range MODV_000018654 – 000018722) [*Filed Under Seal*] | | | | |
| JX-058 | CEO Update Presentation | | | | |
| JX-059 | Board Resolution Establishing Strategic Alternatives Committee | | | | |
| JX-060 | Second Lien Senior Secured PIK Toggle Notes Indenture, dated as of March 7, 2025 | | | | |
| JX-061 | Subordination Agreement, dated as of March 7, 2025 | | | | |
| JX-062 | Intercreditor Agreement, dated as of March 7, 2025 | | | | |
| JX-063 | Amendment No. 1 to Exchange Agreement, dated as of January 31, 2025 | | | | |
| JX-064 | Amendment No. 2 to Exchange Agreement, dated as of February 14, 2025 | | | | |
| JX-065 | Amendment No. 3 to Exchange Agreement, dated as of February 28, 2025 | | | | |
| JX-066 | First Supplemental Indenture, dated as of March 14, 2025 | | | | |
| JX-067 | Amendment No. 1 to Credit Agreement, dated as of June 22, 2023 | | | | |
| JX-068 | Amendment No. 2 to Credit Agreement, dated as of February 22, 2024 | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| JX-069 | Amendment No. 3 to Credit Agreement, dated as of July 1, 2024 | | | | |
| JX-070 | Pledge and Security Agreement, dated as of February 3, 2022 | | | | |
| JX-071 | Senior Notes Indenture, dated as of August 24, 2021 | | | | |
| JX-072 | Form 10-Q, dated as of March 31, 2025 | | | | |
| JX-073 | Form 10-K, dated as of December 31, 2024 | | | | |
| JX-074 | Moelis Engagement Letter, dated as of December 13, 2024 | | | | |
| JX-075 | Moelis Engagement Letter, dated as of August 7, 2025 | | | | |
| JX-076 | Exchange Agreement, dated as of January 9, 2025 | | | | |
| JX-077 | Fifth Supplemental Indenture, dated as of March 7, 2025 | | | | |
| JX-078 | Form 8-K, dated as of April 24, 2025 | | | | |
| JX-079 | Form 8-K, dated as of January 9, 2025 | | | | |
| JX-080 | 2025 Projections Progression – Materials Produced from Committee Discovery Requests Deck, dated as of October 14, 2025 | | | | |
| JX-081 | Form 8-K, dated as of November 9, 2025 | | | | |
| JX-082 | Form 10-K, dated as of December 31, 2020 | | | | |
| JX-083 | Form 10-K, dated as of December 31, 2021 | | | | |
| JX-084 | Form 10-K, dated as of December 31, 2022 | | | | |
| JX-085 | Form 10-K, dated as of December 31, 2023 | | | | |
| JX-086 | Presentation to the Board of Directors Concerning Potential Estate Causes of Action and proposed Releases in Joint Chapter 11 Plan of ModivCare, Inc. and its Affiliated Debtors in Possession, dated as of November 7, 2025 | | | | |
| JX-087 | The Insight Partners – US Non-Emergency Medical Transportation Market – Market Size and Forecast (2021-2031), Regional Growth Opportunity Analysis, | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| JX-088 | Home Care Services Market Deck – U.S. Industry Analysis 2020 – 2024 and Opportunity Assessment 2025 – 2035 | | | | |
| JX-089 | Notes Pledge and Security Agreement, dated as of March 7, 2025 | | | | |
| JX-090 | ModivCare Inc. Form 10-K | | | | |
| JX-091 | ModivCare Inc. Form 10-K | | | | |
| JX-092 | ModivCare Inc. Form 10-K | | | | |
| JX-093 | ModivCare Inc. Form 10-K | | | | |
| JX-094 | Escrow Release Date Supplemental Indenture, dated as of September 22, 2021 | | | | |
| JX-095 | Second Supplemental Indenture, dated as of July 22, 2022 | | | | |
| JX-096 | Third Supplemental Indenture, dated as of February 21, 2024 | | | | |
| JX-097 | Fourth Supplemental Indenture, dated as of January 13, 2025 | | | | |
| JX-098 | Coliseum Purchase and Exchange Agreement, dated as of January 9, 2025 | | | | |
| **DEBTORS' EXHIBITS** | | | | | |
| DX-001 | Declaration of Chad J. Shandler in Support of Chapter 11 Petitions and First Day Relief [Docket No. 14] | | | | |
| DX-002 | Declaration of Zul Jamal in Support of the Debtors' Motion to Obtain Postpetition Debtor-in-Possession Financing [Docket No. 12] | | | | |
| DX-003 | DIP Credit Agreement [Docket No. 4-1, Exhibit A] | | | | |
| DX-004 | DIP Milestones [Docket No. 4-1, Exhibit B] | | | | |
| DX-005 | Form of DIP Backstop Commitment Letter [Docket No. 4-2, Exhibit B] | | | | |
| DX-006 | Cash Management Schematic [Docket No. 16, Exhibit A] | | | | |
| DX-007 | Bank Accounts [Docket No. 16, Exhibit B] | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-008 | Insurance Policies [Docket No. 7-1, Exhibit A] | | | | |
| DX-009 | Letters of Credit [Docket No. 7-1, Exhibit B] | | | | |
| DX-010 | Surety Bonds [Docket No. 7-1, Exhibit C] | | | | |
| DX-011 | Senior Notes Indenture, dated as of August 24, 2021 (as supplemented through the Fifth Supplemental Indenture, dated as of March 7, 2025) | | | | |
| DX-012 | DIP Lien/Claim Priorities [Docket No. 106, Schedule 2] | | | | |
| DX-013 | DIP Credit Agreement [Docket No. 106, Exhibit A] | | | | |
| DX-014 | DIP Milestones [Docket No. 106, Exhibit B] | | | | |
| DX-015 | Declaration of Chad Shandler in Support of the Debtors' Motion to Obtain Postpetition  Debtor-In-Possession Financing [Docket No. 42-23] | | | | |
| DX-016 | First Lien Credit Agreement, dated as of February 3, 2022 (as amended, restated, amended and restated, supplemented, waived or otherwise modified through that certain Waiver and Consent, dated August 14, 2025) | | | | |
| DX-017 | Restructuring Term Sheet Proposal (Company Counter Proposal), dated as of August 14, 2025 (Bates Range MODV_000019374 – 000019381) [*Filed Under Seal*] | | | | |
| DX-018 | DIP Precedents | | | | |
| DX-019 | Declaration of Chad J. Shandler in Support of  the Emergency Motion and Notice of Debtors to Authorize Payments in Excess of Interim Cap Under Interim Critical Vendor Order [Docket  No. 288] | | | | |
| DX-020 | Declaration of Chad J. Shandler in Support of the Motion of Debtors for Entry of an Order Pursuant to Bankruptcy Rule 9019 Debtors and UHC and (B) Granting Related Relief [Docket No. 543] (A) Approving a Global Settlement Agreement by and Among the Debtors and UHC and (B) Granting Related Relief [Docket No. 543] | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-021 | Notice of Termination of Markets dated July 1, 2025 (Bates Range MODV_000000534 - MODV_000000536) [*Filed Under Seal*] | | | | |
| DX-022 | Notice of Termination of Market dated July 31, 2025 (Bates Range MODV_000178443 - MODV_000178445) [*Filed Under Seal*] | | | | |
| DX-023 | Notice of Termination of Markets dated August 4, 2025 (Bates Number MODV_000180375) [*Filed  Under Seal*] | | | | |
| DX-024 | Notice of Termination of Medicaid Markets dated September 2, 2025 (Bates Number MODV_000184129) [*Filed Under Seal*] | | | | |
| DX-025 | ModivCare – UHC Contract and Amendment Board Presentation dated September 2025 (Native Version) (Bates Number MODV_000184117 [*Filed Under Seal*] | | | | |
| DX-026 | Email: D. Mounts Gonzales re: A. Matina, C. Mounts, B. Koszarsky  re: Thoughts on this, dated as of April  4,  2025 (MODV_000213440) | | | | |
| DX-027 | Email: B. Gutierrez to D. Mounts Gonzales re: Follow up Items, dated as of March 19, 2025 (MODV_000087696) | | | | |
| DX-028 | Email: H. Sampson to S. Kern, F. Khan re: To Amend or Not to Amend Thoughts, dated  as of March 27, 2025 (MODV_000089219) | | | | |
| DX-029 | Email: A. Matina to D. Mounts Gonzales, dated as of March 14, 2025 (MODV_000213187) | | | | |
| DX-030 | 2025 Questionnaire for Directors and Executive Officers – Daniel B. Silvers (FLL_0047466) | | | | |
| DX-031 | Nominating & Governance Committee Meeting Agenda and  Package,  dated  as  of  April  14,  2025 (MODV_000036017) | | | | |
| DX-032 | Minutes of A Meeting of the Nominating  & Governance Committee of the Board of Directors, dated as of April 8, 2025 (MODV_000036169) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-033 | Email: J. Gart to B. Kurnoff, S. Sauler, M. Kanieski, S. Shnayber, S. Yousuf, R. Garson, P. Clarke, S. Purdy, J. Weiner, A. Szalecki, D. Ornstein re: PotentialCandidate, dated as of March 27, 2025 (FLL_0030567) | | | | |
| DX-034 | Email: J. Gart to D. Silvers re: Background Materials, dated as of March 27, 2025 (FLL_0022593) | | | | |
| DX-035 | UCC Letter Debtors re: Deposition Notices, dated as of November 17, 2025 | | | | |
| DX-036 | Letter to Quinn Emanuel Urquhart & Sullivan LLP, dated as of November 18, 2025 | | | | |
| DX-037 | Guaranty, dated as of February 3, 2022 | | | | |
| DX-038 | Amendment No. 4 to Credit Agreement, dated as of September 30, 2024 | | | | |
| DX-039 | October 2024 3Q 2024 Financial Review – Board of Directors Deck (MODV_000036747) | | | | |
| DX-040 | Special Meeting of the Board of Directors Agenda and Package, dated as of December 30, 2024 (MODV_000033658) | | | | |
| DX-041 | Project Victory/Pacer: Board Update Deck, dated as of February 25, 2025 | | | | |
| DX-042 | Project Victory: Board Update, dated as of April 28, 2025 | | | | |
| DX-043 | Special Meeting of the Board of Directors Agenda and Package, dated as of June 6, 2025 (MODV_000018010) | | | | |
| DX-044 | Minutes of A Meeting of the Board of Directors, dated as of June 6, 2025 (MODV_000032790) | | | | |
| DX-045 | Minutes of A Meeting of the Board of Directors, dated as of July 22, 2025 (MODV_000032954) | | | | |
| DX-046 | Lender Discussion Materials Deck, dated as of July 24, 2025 (FLL_0056565) | | | | |
| DX-047 | Resolutions of the Board of Directors of ModivCare Inc., dated as of August 2025 (MODV_000018004) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-048 | Restructuring Term Sheet Deck, dated as of August 15, 2025 (MODV_000003833) | | | | |
| DX-049 | Board Meeting Agenda and Package, dated as of September 19, 2025 (MODV_000140171) | | | | |
| DX-050 | Minutes of A Meeting of the Board of Directors, dated as of September 19, 2025 (MODV_000139976) | | | | |
| DX-051 | Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and Its Debtor Affiliates [Docket No. 550] | | | | |
| DX-052 | Application of Debtors for Entry of an Order (A) Authorizing the Debtors to (I) Employ and Retain FTI Consulting, Inc. as Financial Advisor, (II) Designate Chad J. Shandler to Serve as Chief Transformation Officer, and (III) Provide Additional Personnel for the Debtors Effective as of The Petition Date; and (B) Granting Related Relief [Docket No. 341] | | | | |
| DX-053 | Notice of Filing of (I) Liquidation Analysis, (II) Financial Projections, and (III) Valuation Analysis with Respect to Disclosure Statement for Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and Its Debtor Affiliates [Docket No. 350] | | | | |
| DX-054 | Notice of Filing of Liquidation Analysis with Respect to Disclosure Statement for First Amended Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and Its Debtor Affiliates [Docket No. 452] | | | | |
| DX-055 | Declaration of Daniel B. Silvers, Investigating Director of ModivCare Inc., in Support of Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and Its Debtor Affiliates [Docket No. 687] | | | | |
| DX-056 | First Amended Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and Its Debtor Affiliates [Docket No. 465] | | | | |
| DX-057 | Form 8-K, dated as of January 6, 2021 | | | | |
| DX-058 | FTI Engagement Letter, dated as of November 29, 2024 | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-059 | Form 8-K, dated as of June 17, 2025 | | | | |
| DX-060 | Liquidity Update – Board Discussion Materials Deck, dated as of June 2025 | | | | |
| DX-061 | Quinn Emanuel Engagement Letter, dated as of September 15, 2025 | | | | |
| DX-062 | FTI CTO Engagement Letter, dated as of January 1, 2025 | | | | |
| DX-063 | Correction to Notice of Termination of Medicaid Markets, dated as of September 2, 2025 | | | | |
| DX-064 | ModivCare – UHC Contracts and Amendment Deck, September 2025 | | | | |
| DX-065 | Form of Notices, Opt-out Forms, and Ballots | | | | |
| DX-066 | Assumption Notice and Procedures | | | | |
| DX-067 | Equity Rights Offering Procedures and Subscription Form | | | | |
| DX-068 | Certificate of Service re: Plan, DS & DS Approval Motion [Docket No. 154] | | | | |
| DX-069 | Reorganized Debtors' Valuation Analysis | | | | |
| DX-070 | Declaration of Chad J. Shandler in Support of the Debtors' Motion to Obtain Postpetition Debtor-in-Possession Financing [Docket No. 366-10] | | | | |
| DX-071 | Notices, Restrictions and Other Procedures Regarding (A) Certain Transfers of Interests in the Debtors, and (B) Claims of Certain Worthless Stock Deductions [Docket No. 5, Ex. 1] | | | | |
| DX-072 | Director Qualification Matrix Board of Directors | | | | |
| DX-073 | Automation & IT Update – Board of Directors – Q1 2025, dated as of April 2025 | | | | |
| DX-074 | Project Helix – First Round Indications of Interest Summary Deck, dated as of August 1, 2025 | | | | |
| DX-075 | Minutes of a Meeting of the Board of Directors, dated as of September 19, 2025 | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-076 | Notification of Agent Resignation, dated as of August 6, 2025 (FLL_0000011) | | | | |
| DX-077 | Lender Presentation Deck, dated as of June 10, 2024 (FLL_0000675) | | | | |
| DX-078 | Senior Secured Credit Facilities Amendment No. 5 Fee Letter, dated as of January 9, 2025 (FLL_0003232) | | | | |
| DX-079 | Intercreditor Agreement, dated as of February 25, 2025 (FLL_0004639) | | | | |
| DX-080 | Master Consent to Assignment, dated as of January 9, 2025 (FLL_0005081) | | | | |
| DX-081 | Solvency Certificate, dated as of February 3, 2022 | | | | |
| DX-082 | Agency Fee Letter, dated as of August 22, 2025 | | | | |
| DX-083 | Debtor-In-Possession Pledge and Security Agreement, dated as of August 22, 2025 (FLL_0012775) | | | | |
| DX-084 | Email: J. Gart to E. Russell, D. Silvers re: Quick Intro Call, dated as of May 1, 2025 (FLL_0019920) | | | | |
| DX-085 | Email: S. Yousuf to L. Norwalk re: MODV Board Follow Up, dated as of February 24, 2025 (FLL_0029084) | | | | |
| DX-086 | Email: L. Henrikson to M. Warren, V. Baliga re: ModivCare – Director Candidates (D&O Questionnaire), dated as of April 6, 2025 (FLL_0047420) | | | | |
| DX-087 | February 2024 Investor Presentation Deck (JPMC_00000339) | | | | |
| DX-088 | Letter from JP Morgan Chase Bank, N.A. to ModivCare Inc. Re Director Candidate List, dated April 4, 2025 (FLL_0064263) | | | | |
| DX-089 | Email: F. Khan to L. Norwalk, C. Barbarosh re: Draft UWC for the SAC & Updated Corp. Gov Guidelines + D. Silvers Nominee Update, dated as of April 20, 2025 (MODV_000000076) | | | | |
| DX-090 | Email: K. Hansen to G. Klidonas re: MODV Other Bankers, dated as of July 31, 2025 (MODV_000001467) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-091 | AHG Restructuring Proposal, dated as of August 7, 2025 (MODV_000001817) | | | | |
| DX-092 | General Unsecured Claims & Lease Analysis, dated as of August 8, 2025 (MODV_000001844) | | | | |
| DX-093 | Email: C. Shandler to A. Taylor, K. Glodowski re: Retention/Transaction Program, dated as of August 13, 2025 (MODV_000002491) | | | | |
| DX-094 | Minutes of A Meeting of the Capital Structure Committee of the Board of Directors, dated as of August 6, 2025 (MODV_000017764) | | | | |
| DX-095 | Minutes of A Meeting of the Capital Structure Committee of the Board of Directors, dated as of August 8, 2025 (MODV_000017766) | | | | |
| DX-096 | Email: S. Kern to D. Murphy, K. Shepard, F. Khan re: Potential Surety Program – Items Needed, dated as of June 17, 2025 (MODV_000019844) | | | | |
| DX-097 | Email: Z. Jamal to S. Kern re:: Notice of Default, dated as of July 14, 2025 (MODV_000020089) | | | | |
| DX-098 | Email: H. Sampson to S. Kern, K. Shepard, C. Shandler re: Potential Stand-Alone LOC/Bond Back-Stop, dated as of June 7, 2025 (MODV_000021390) | | | | |
| DX-099 | Email: C. Shandler to H. Sampson re: MODV: Further Cost Cuts, dated as of June 13, 2025 (MODV_000021682) | | | | |
| DX-100 | Email: P. Valdez to H. Sampson, K. Shepard, D. Ziegler, M. Lewis re: VA DMS, dated as of June 23, 2025 | | | | |
| DX-101 | Email: D. Mounts Gonzales to C. Shandler re: CashForecast Sensitivity, dated as of June 26, 2025 (MODV_000022568) | | | | |
| DX-102 | July 2025 Financial Update: 2026 Pro Forma Forecast Deck – Board Discussion Materials (MODV_0000024343) | | | | |
| DX-103 | Email: D. Kiyosaki to S. Kern, C. Shandler, K. Shepard, R. Orcutt re:: MODVCovenants, dated as of July 21, 2025 (MODV_000024555) | | | | |

15

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-104 | Email: S. Kern to D. Mounts Gonzales re: MODV:: CapitalStructure Committee Meeting, dated as of August 10, 2025 (MODV_000026762) | | | | |
| DX-105 | Email: K. Shepard to C. Shandler, S. Kern, D. Kiyosaki re: MODV Capital Structure Committee Meeting, dated as of August 11, 2025 (MODV_000026791) | | | | |
| DX-106 | Lender Discussion Materials Deck, dated as of July 25, 2025 (MODV_000027119) | | | | |
| DX-107 | Minutes of A Meeting of the Capital Structure Committee of the Board of Directors, dated as of August 12, 2025 (MODV_000032982) | | | | |
| DX-108 | Email: J. Shapiro to L. Norwalk re: MODV – FY25 PO to FY25 Risk Adjusted PO, dated as of January 6, 2025 (MODV_000041037) | | | | |
| DX-109 | Email: K. Shepard to S. Moors, C. Shandler, D. Kiyosaki re: ModivCare Travelers – 50% Collateral Deadline, dated as of February 26, 2025 (MODV_000046922) | | | | |
| DX-110 | Email: L. Norwalk to C. Shandler re: Customer Contract Compliance, dated as of April 3, 2025 (MODV_000048078) | | | | |
| DX-111 | Email: L. Dumont to P. Valdez, D. Kiyosaki re: NEMT Budget Review w/ FTI – Mobility Budget Review, dated as of January 17, 2025 (MODV_000050324) | | | | |
| DX-112 | Email: C. Shandler to L. Norwalk re: SGA Preliminary Results, dated as of March 25, 2025 (MODV_000051016) | | | | |
| DX-113 | Special Meeting of the Board of Directors Agenda and Package, dated as of November 20, 2024 (MODV_000055149) | | | | |
| DX-114 | Presentation to the Board of Directors Deck, dated as of November 29, 2024 (MODV_000055290) | | | | |
| DX-115 | Email: S. Kern to H. Sampson re: 2025 Outlook, dated as of December 30, 2024 (MODV_000056943) | | | | |
| DX-116 | Fee Comparison Chart (MODV_000056989) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-117 | Email: J. Mertens to B. Gutierrez, H. Sampson, S. Kern, K. Shepard, dated as of January 5, 2025 (MODV_000057290) | | | | |
| DX-118 | Email: S. Kern to E. Toledo, J. Bennett, J. Mozzicato re: Request for Recommendation on Transaction Plan for Monitoring Sale, dated as of January 10, 2025 (MODV_000058306) | | | | |
| DX-119 | Email: E. Toledo to L. Norwalk re: Project Align BOD Status Update, dated as of January 14, 2025 (MODV_000058405) | | | | |
| DX-120 | Enterprise Risk Management Risk Update Deck, dated as of September 30, 2024 (MODV_000058640) | | | | |
| DX-121 | Email: J. Mertens to A. Czarnocki, S. Kern, R. Verdier re: Project Victory Next Steps: Fabric, dated as of February 5, 2025 (MODV_000059281) | | | | |
| DX-122 | Cash Forecast Analysis Deck, dated as of February 14, 2025 (MODV_000060032) | | | | |
| DX-123 | Email: K. Casterline to B. Gutierrez re: Covenant Sensitivities – Strategic Alternatives, dated as of February 20, 2025 (MODV_000060387) | | | | |
| DX-124 | Email: C. Therien to H. Sampson, B. Gutierrez re: Analyst Note Summary, dated as of March 3, 2025 (MODV_000062512) | | | | |
| DX-125 | SG&A People & Non-People Costs: Outside-In Assessment – FTI Preliminary Outputs and Next Steps, dated as of March 2025 (MODV_000062742) | | | | |
| DX-126 | Email: B. Roth to J. Manzella, H. Sampson, C. Huffman re: Deal Win/Loss Data – Including Lost & Delayed Deals, dated as of March 6, 2025 (MODV_000062952) | | | | |
| DX-127 | Email: J. Mertens to H. Sampson, S. Kern, B. Gutierrez re: Liquidity, dated as of March 6, 2025 (MODV_000062973) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-128 | Email: J. Kohnstam to B. Gutierrez, H. Sampson, K. Shepard, J. Mertens re: Research Notes, dated as of March 10, 2025 (MODV_000063198) | | | | |
| DX-129 | Email: R. Ferrara to K. Shepard, B. Gutierrez, H. Sampson re: ModivCare Financial Solvency Concern, dated as of March 12, 2025 (MODV_000063387) | | | | |
| DX-130 | Email: A. Raghu to C. Shandler, dated as of March 20, 2025 (MODV_000063661) | | | | |
| DX-131 | Email: K. Shepard to H. Sampson, J. Mozzicato, B. Gutierrez, S. Kern, J. Mertens re:: CEONotes for Finance Presentation, dated as of March 25, 2025 (MODV_000063897) | | | | |
| DX-132 | Email: K. Quinlan to K. Shepard re: ModivCare Financial Solvency Concern, dated as of March 25, 2025 (MODV_000063960) | | | | |
| DX-133 | Email: K. Shepard to L. Norwalk, H. Sampson, B. Gutierrez, F. Khan, A. Cunningham re: Centene Corp Financial Response, dated as of March 26, 2025 | | | | |
| DX-134 | All Company Town Hall, dated as of March 18, 2025 (MODV_000064196) | | | | |
| DX-135 | Email: D. Mounts Gonzales to B. Gutierrez re: 8K Regarding PIK Interest Election, dated as of April 3, 2025 (MODV_000064628) | | | | |
| DX-136 | 2025 D&O Underwriter Meeting Preparation Document, dated as of April 2025 (MODV_000064631) | | | | |
| DX-137 | Email: H. Sampson to C. Shandler, L. Norwalk, C. Barbarosh re: WeeklyUpdate to the Board of Directors, dated as of April 8, 2025 (MODV_000064908) | | | | |
| DX-138 | Email: J. Larson to K. Shepard, B. Gutierrez, K. Hardy, F. Khan, R. Ferrara, J. Kepler re: Monthly ModivCare Discussion with Julie – Agenda, dated as of April 11, 2025 (MODV_000065038) | | | | |
| DX-139 | NEMT Financial Contract Compliance & Risk Mitigation, dated as of April 15, 2025 (MODV_000065154) | | | | |

18

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-140 | Email: C. Shandler to L. Norwalk re: Draft FTI Fee Review, dated as of April 21, 2025 (MODV_000065617) | | | | |
| DX-141 | Email: E. Toledo to C. Adrianopoli re: Compensation Committee Meeting, dated as of April 24, 2025 (MODV_000066477) | | | | |
| DX-142 | Email: J. Larson to K. Shepard, B. Gutierrez, F. Khan, K. Hardy, J. Kepler re: Priority Meeting – Financial Solvency Discussion with ModivCare Leadership – Remediation Plan Approval, dated as of April 25, 2025 (MODV_000066548) | | | | |
| DX-143 | Email: J. Larson to V. Mischeaux re: Financial Solvency Discussion with ModivCare Leadership – Remediation Plan Approval, dated as of April 25, 2025 (MODV_000066555) | | | | |
| DX-144 | Email: V. Piersa to J. Moore, J. Mozzicato, E. Hoffman, J. Sable, K. Shepard, B. Gutierrez re:: Automation and Purchases Services, dated as of April 27, 2025 (MODV_000066825) | | | | |
| DX-145 | Board of Directors Meeting Agenda and Package, dated as of April 28, 2025 (MODV_000066906) | | | | |
| DX-146 | Email: E. Toledo to D. Mounts Gonzales, F. Khan re:: Severance and Project Forward, dated to April 28, 2025 (MODV_000067091) | | | | |
| DX-147 | Email: K. Quinlan to K. Shepard re: LCSummary, JPM Agreement to Modify Letter of Credit Commitment, dated as of May 8, 2025 (MODV_000067916) | | | | |
| DX-148 | Email: K. Quinlan to Z. Yonas, K. Lundin, J. Wilder, dated as of May 8, 2025 (MODV_000067923) | | | | |
| DX-149 | Email: K. Shepard to F. Khan, B. Gutierrez, C. Shandler re:: ModivCareLC Bond and Collateral May 2025, dated as of May 13, 2025 (MODV_000068521) | | | | |
| DX-150 | Email: S. Kern to J. Mazzicato, H. Sampson re: Forward Phase II – Decision Required, dated as of May 21, 2025 (MODV_000069290) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-151 | Email: J. Gerber to S. Gurpreet, C. Berstler, J. Jones re: PCS Financials – Apr 2025, dated as of May 27, 2025 (MODV_000069498) | | | | |
| DX-152 | Strategic Alternatives Committee Discussion Materials Deck, dated as of May 30, 2025 (MODV_000069682) | | | | |
| DX-153 | Email: J. Ross, to S. Kern re:: RPMUpdates, dated as of June 3, 2025 (MODV_000069753) | | | | |
| DX-154 | Email: S. Johnson to K. Shepard, D. Kiyosaki, C. Shandler, J. Shapiro, S. Kern, K Quinlan re:: LenderCash Flow Report (DRAFT), dated as of June 6, 2025 (MODV_000069903) | | | | |
| DX-155 | Email: S. Kern to D. Klodor re: Lazard Discussion Materials (Main Deck and Follow-up Materials), dated as of June 18, 2025 (MODV_000070414) | | | | |
| DX-156 | Minutes of a Meeting of the Strategic Alternatives Committee of the Board of Directors, dated as of June 13, 2025 (MODV_000070460) | | | | |
| DX-157 | May 2025 Financial Review Deck (MODV_000070480) | | | | |
| DX-158 | Summary of Short Term Collateral Exposure (MODV_000070687) | | | | |
| DX-159 | Liquidity Update – Board Discussion Materials Deck, dated as of June 26, 2025 (MODV_00007076) | | | | |
| DX-160 | Email: R. Saldanha to K. Shepard, D. Kiyosaki, C. Shandler, S. Kern re: Bond Exposure, dated as of June 29, 2025 (MODV_000070951) | | | | |
| DX-161 | Liquidity Update – Board Discussion Materials Deck, dated as of June 30, 2025 (MODV_000070980) | | | | |
| DX-162 | Surety Bond Discussion Materials Deck, dated as of June 30, 2025 (MODV_00070991) | | | | |
| DX-163 | Financial Update: 2026 Pro Forma Forecast – Board Discussion Materials Deck, dated as of July 2025 (MODV_000073211) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-164 | CEO Perspective: Challenging Environment, Long-Term Confidence (MODV_000073247) | | | | |
| DX-165 | Email: J. Bennett to J. Ross, S. Kern, J. Mertens re: Divestiture Candidates (MODV_000073650) | | | | |
| DX-166 | Minutes of A Meeting of the Board of Directors, dated as of December 19, 2024 (MODV_000074106) | | | | |
| DX-167 | Modivcare Project Forward Deck, dated as of July 30, 2025 (MODV_000074360) | | | | |
| DX-168 | Updated Weekly Cash Flow Deck, dated as of August 1, 2025 (MODV_000074430) | | | | |
| DX-169 | Email: S. Kern to B. Gutierrez re: FCF Debt Outlook, Lender Cash & Debt Outlook, dated as of November 26, 2024 (MODV_000080050) | | | | |
| DX-170 | Special Meeting of the Board of Directors Agenda and Package, dated as of November 29, 2024 (MODV_000080118) | | | | |
| DX-171 | Initial Risk and Opportunities Assessment Deck, dated as of December 4, 2024 (MODV_000080244) | | | | |
| DX-172 | Email: H. Sampson to S. Kern re: Illustrative DIP Sizing, dated as of December 28, 2024 (MODV_000081751) | | | | |
| DX-173 | Illustrative DIP Sizing (MODV_000081753) | | | | |
| DX-174 | Email: F. Khan to S. Kern re: Letter from AI Catalyst, dated as of January 23, 2025 (MODV_000083191) | | | | |
| DX-175 | Email: S. Kern to B. Gutierrez, J. Mertens re: Run! Cap Structure Shifts to Full Risk and Unsecureds Taking a Bath, Announced an Exchange, Shifting to Fire Sales, Increase in Restructuring, dated as of January 24, 2025 (MODV_000083219) | | | | |
| DX-176 | Email: J. Haddad to B. Gutierrez re: HighlightingCost Structure Changes from 2023 to 2025, dated as of March 22, 2025 (MODV_000087977) | | | | |
| DX-177 | Email: J. Larson to R. Ferrara, K. Shepard, B. Gutierrez, F. Khan re: HealthNet and Centene – Financial Solvency – | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| | Summary Notes and Follow Up Items, dated as of March 25, 2025 (MODV_000088386) | | | | |
| DX-178 | Email: K. Shepard to B. Gutierrez, S. Kern, D. Kiyosaki re: ModivCare Indications – Chubb, dated as of April 28, 2025 (MODV_000092318) | | | | |
| DX-179 | Email: S. Moors to B. Gutierrez, F. Khan, K. Shepard, K. Quinlan, J. Josephson re: Bonds – Elevance Healthcare – Applied Surety Terms and Collateral Instructions, dated as of May 2, 2025 (MODV_000093319) | | | | |
| DX-180 | Email: F. Khan to K. Shepard, S. Moors, K. Hardy re: Bonds – Elevance Healthcare – Applied Surety Terms and Collateral Instructions, dated as of May 5, 2025 (MODV_000093447) | | | | |
| DX-181 | Memo re: Weekly Transformation Update, dated as of April 21, 2025 (MODV_000093745) | | | | |
| DX-182 | Email: K. Shepard to F. Khan, B. Gutierrez, C. Shandler re: A/C Privileged – NEMT Contract Matrix & RFP Assessment, dated as of May 13, 2025 (MODV_000094272) | | | | |
| DX-183 | Email: C. Therien to S. Kern re: Debt Covenant Compliance – Forecast Higi Dispo, dated as of May 22, 2025 (MODV_000094592) | | | | |
| DX-184 | Email: S. Kern to C. Berstler, H. Sampson re: Open Conversations with Addus?, dated as of June 4, 2025(MODV_000094913) | | | | |
| DX-185 | Email: B. Gutierrez re: Recent NDR Highlights Both Risk & Significant Inherent Value of the Company's Assets, dated as of December 4, 2024 (MODV_000099852) | | | | |
| DX-186 | Email: Z. Jamal to R. Goldstein, S. Kern, J. Buchanan re: Update/Intro, dated as of December 5, 2024 (MODV_000099891) | | | | |
| DX-187 | ModivCare: Administrative Cost Reduction Deck, dated as of November 2024 (MODV_000106019) | | | | |
| DX-188 | Financial Update – Board Supplement Deck, dated as of March 14, 2025 (MODV_000113692) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-189 | Email: K. Shepard to S. Kern re: Compensation Committee Presentation Run Through, dated as of April 29, 2025 (MODV_000118943) | | | | |
| DX-190 | ModivCare Project Forward: Proposed G&E Program Structure, dated as of May 14, 2025 (MODV_000122933) | | | | |
| DX-191 | RPM Strategic Paths – SAC Discussion Materials Deck, dated as of June 20, 2025 (MODV_000128523) | | | | |
| DX-192 | Email: F. Khan to S. Kern re: PCS Acquisition Proposal – Madison Dearborn Partners, dated as of June 4, 2025 (MODV_000128874) | | | | |
| DX-193 | Email: J. Shapiro to C. Shandler, K. Shepard, J. Baltaytis, R. Saldanha, S. Kern, R. Orcutt re:: DraftUpdated Board Materials, dated as of July 21, 2025 (MODV_000134889) | | | | |
| DX-194 | Email: J. Mertens to H. Sampson re: Project Providence – Draft Report, dated as of July 23, 2025 (MODV_000135802) | | | | |
| DX-195 | Discussion Materials Deck, dated as of September 23, 2025 (MODV_000139927) | | | | |
| DX-196 | Email: K. Shepard to D. Ziegler re: Cash Forecast Team Connect, dated as of December 3, 2024 (MODV_000142874) | | | | |
| DX-197 | Email: H. Sampson to S. Shnayder, J. Gart, F. Khan, M. Warren, L. Norwalk re: Resolutions for the Strategic Alternatives Committee, dated as of May 1, 2025 (MODV_000154270) | | | | |
| DX-198 | Email: S. Moors to S. Mohn, C. Follmer re: ModivCare Proposal, dated as of May 7, 2025 (MODV_000154711) | | | | |
| DX-199 | Email: K. Martorana to M. Warren, L. Henrikson, S. Greenberg, F. Khan, S. Griffiths, P. Michael re: Secretary's Certificate of the Company (SAC) (Executed), dated as of May 21, 2025 (MODV_000155472) | | | | |

23

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-200 | Secretary's Certificate of ModivCare Inc., dated as of May 20, 2025 (MODV_000155478) | | | | |
| DX-201 | Email: K. Shapiro to S. Lerro, D. Ziegler, J. Crawford, J. Manzella re:: CallUHC Medicaid, dated as of June 25, 2025 (MODV_000162335) | | | | |
| DX-202 | Email: K. Shepard to J. Shapiro re: 5+7 Open Items, dated as of July 1, 2025 (MODV_000168556) | | | | |
| DX-203 | Email: K. Shepard re: Network Access Agreement effective March 15, 2009; Notice of Termination of Markets, dated as of July 1, 2025 (MODV_000168558) | | | | |
| DX-204 | Email: D. Kiyosaki to K. Shepard re: Board Liquidity Update, dated as of July 25, 2025 (MODV_000178396) | | | | |
| DX-205 | Email: H. Sampson to F. Khan, R. Schrock, G. Klidonas re:: NetworkAccess Agreement dated March 15, 2009: Notice of Termination of Markets, dated as of August 4, 2025 (MODV_000180714) | | | | |
| DX-206 | Email: C. Huffman to J. Manzella, J. Crawford re: Amendment dated August 26, 2025 (MODV_000183626) | | | | |
| DX-207 | Email: C. Shandler to J. Weichselbaum, K. Shepard, F. Khan, G. Klidonas re: MODV UHC Amendment, dated as of September 1, 2025 (MODV_000184048) | | | | |
| DX-208 | Email: K. Shepard to G. Klidonas re: Hawaii Update, dated as of September 5, 2025 (MODV_000184433) | | | | |
| DX-209 | Email: K. Shepard to S. Kern re: Updated Materials, dated as of September 26, 2025 (MODV_000187753) | | | | |
| DX-210 | Email: K. Shepard to J. Haddad, J. Jones re: 2026 Annul Enrollment Materials for Budget Discussion – ModivCare and PCS, dated as of October 2, 2025 (MODV_000187916) | | | | |
| DX-211 | Email: F. Khan to S. Hudson, V. Baliga re: NDA, dated as of December 30, 2024 (MODV_000191704) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-212 | Email: J. Shapiro to L. Norwalk, C. Barbarosh, N. Goldman re: Updated Cleansing Materials, dated as of January 6, 2025 (MODV_000193034) | | | | |
| DX-213 | Email: H. Sampson to L. Norwalk re: Q and AI Catalyst, dated as of January 15, 2025 (MODV_000197272) | | | | |
| DX-214 | Email: K. Shepard to F. Khan, D. Silvers, E. Russell, A. Cunningham, D. Mounts Gonzales, T. Carter re: UHC Update, dated as of September 4, 2025 (MODV_000204783) | | | | |
| DX-215 | Email: L. Norwalk to D. Mounts Gonzales re: Report I Worked on Today, dated as of March 9, 2025 (MODV_000213060) | | | | |
| DX-216 | Email: L. Norwalk to D. Mounts Gonzales re: Update, dated as of March 13, 2025 (MODV_000213164) | | | | |
| DX-217 | Email: L. Norwalk to D. Mounts Gonzales re: Update, dated as of March 13, 2025 (MODV_000213166) | | | | |
| DX-218 | April 2025 RCM Update for Monitoring Service Line (MODV_000213769) | | | | |
| DX-219 | Email: S. Moors to J. Norstrom, S. Mohn re: Intact Confirms Terms for CA Centene, dated as of April 28, 2025 (MODV_000213809) | | | | |
| DX-220 | Email: D. Mounts Gonzales to B. Koszarsky re: Thoughts, dated as of May 12, 2025 (MODV_000215164) | | | | |
| DX-221 | Purchase Services Cost Savings Opportunity, 2025 (Initial Identification) (MODV_000215166) | | | | |
| DX-222 | Memo – AI Automation vs. Replatforming: A Strategic Case for Parallel Paths at ModivCare (MODV_000215169) | | | | |
| DX-223 | Email: D. Silvers to D. Mounts Gonzales re: Adaptive Governance, dated as of May 13, 2025 (MODV_000215552) | | | | |
| DX-224 | Email: D. Mounts Gozales to A. Matina re: ISS, dated as of ISS Proxy Research Report, dated as of June 13, 2025 (MODV_000218702) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-225 | Email:  A. Matina to D. Silvers re: Board Update, dated as of June 23, 2025 (MODV_000218916) | | | | |
| DX-226 | Email: L Norwalk to D. Mounts Gonzales re: Recent 8K and Shareholder Votes, dated as of June 24,  2025 (MODV_000219043) | | | | |
| DX-227 | Email: D. Mounts Gonzales to A. Matina re: Press Release/8K Ideation, dated as of July 2, 2025 (MODV_000219321) | | | | |
| DX-228 | Email: D. Mounts Gonzales to C. Mounts re:: PressRelease/8K Ideation, dated as of July 2, 2025 (MODV_000219324) | | | | |
| DX-229 | Email: A. Carlson to D. Mounts Gonzales re:: Scenario dated as of August 8, 2025 (MODV_000221777) | | | | |
| DX-230 | Discussion Materials Deck, dated as of August 8, 2025 (MODV_000221779) | | | | |
| DX-231 | Email: D. Mark to D. Mounts Gonzales, K. Matel, J. Ma,  D. Fetterman re: Director Information Request, dated as of July 25, 2025 (MODV_000240340) | | | | |
| DX-232 | Email: M. Warren to G. Klidonas, K. Hansen, L. Henrikson re: Lender Discussion Materials, dated as of July 18,  2025 (MODV_000020148) | | | | |
| DX-233 | 2025 Preliminary Outlook – Board Discussion Materials, dated as of January 6, 2025 (MODV_000046227) | | | | |
| DX-234 | Email: A. Diaz to B. Gutierrez, H. Sampson, S. Kern, K. Shepard re: Review of Cash and Adjusted EBITDA Drivers  for  Q3 Covenant, dated as of March 14, 2025 (MODV_000063456) | | | | |
| DX-235 | Email: M. Pezold to S. Kern re: Interest in ModivCare's Remote Monitoring (Medical Alert) Business, dated  as of July 30, 2025 (MODV_000074286) | | | | |
| DX-236 | Email: H. Sampson to F. Khan, S. Kern, B. Gutierrez re: Updated Letter, dated as of December 14, 2024 (MODV_000080682) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-237 | New US HY Trade Idea: 5.000% Sr. Unsecured Notes due 2029, dated as of March 3, 2024 | | | | |
| DX-238 | Form 10-Q, dated as of September 30, 2024 | | | | |
| DX-239 | Email: D. Rowe to C. Ali re: Summary, dated as of January 8, 2025 | | | | |
| DX-240 | Email: D. Rowe to C. Ali re: Follow-up, dated as of January 10, 2025 | | | | |
| DX-241 | January 2025 ModivCare – Situation Update | | | | |
| DX-242 | 5.000% Senior Notes Due 2029 Indenture, dated as of August 24, 2021 (Execution Version) | | | | |
| DX-243 | March 2025 ModivCare – Situation Update Deck | | | | |
| DX-244 | ModivCare Inc. and Its Debtor Affiliates in Connection with the Plan and Disclosure Statement | | | | |
| DX-245 | Email: K. Ellich re: AI Catalyst NDA, dated as of December 30, 2024 (MODV_000102076) | | | | |
| DX-246 | Modivcare Inc.'s Securities and Exchange Commission Schedule 13D, dated as of January 10, 2025 | | | | |
| DX-247 | Securities and Exchange Commission Schedule 13D, dated as of March 6, 2025 | | | | |
| DX-248 | Email: S. Holland to A. Matina re: Project Nuggets NDA, dated as of December 31, 2024 | | | | |
| DX-249 | Email: A. Matina to T. Roberts re: Project Nuggets – Catch Up, dated as of January 4, 2025 | | | | |
| DX-250 | Future Market Insights; Home Care Services Market – U.S. Industry Analysis 2020 – 2024 and Opportunity Assessment 2025-2035 Report | | | | |
| DX-251 | ModivCare Top Lenders/Debt/Equity Holders – Ownership Summary, dated as of March 2025 | | | | |
| DX-252 | Email: J. Larson to N. Nelson, M. Baer, V. Mischeaux, T. Walker re: Financial Solvency Discussion with | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| | ModivCare   Leadership, dated as of March 28, 2025 (MODV_000089271) | | | | |
| DX-253 | Minutes of A Meeting of the Capital Structure Committee of the Board of Directors, dated as of August 7, 2025 [*Filed Under Seal*] | | | | |
| DX-254 | Minutes of A Meeting of the Board of Directors, dated as of November 29, 2024 (MODV_00034276) | | | | |
| DX-255 | Minutes of A Meeting of the Board of Directors, dated as of December 26, 2024 (MODV_000034036) | | | | |
| DX-256 | ModivCare Memo re: Director Candidate List, dated as of April 4, 2025 (MODV_000036088) | | | | |
| DX-257 | Form 10-Q, dated as of March 31, 2024 | | | | |
| DX-258 | Form 10-Q, dated as of June 30, 2024 | | | | |
| DX-259 | Form 10-Q, dated as of September 30, 2024 | | | | |
| DX-260 | Intelligize – AI Catalyst Fund, LP – Notice of an Exempt Offering Under Regulation D, dated as of September 6, 2024 | | | | |
| DX-261 | Email: A. Matina to K. Ellich re: Connecting, dated as of November 14, 2024 (Debtors considering removing this exhibit, decision to follow) | | | | |
| DX-262 | Email: V. Baliga to F. Khan re: AI Catalyst Fund Call Follow Up, dated as of December 15, 2024 (Debtors considering removing this exhibit, decision to follow) | | | | |
| DX-263 | Securities and Exchange Commission Schedule 13D/A, dated as of January 23, 2025 | | | | |
| DX-264 | Email: S. Holland to A. Matina re: Project Nuggets NDA, dated as of December 31, 2024 | | | | |
| DX-265 | Email: A. Matina to T. Roberts re: Project Nuggets – Catch Up, dated as of January 4, 2025 | | | | |
| DX-266 | Securities and Exchange Commission Schedule 13D, dated as of January 31, 2025 | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-267 | Proxy Material for Coliseum Vote, dated as of February 3, 2025 | | | | |
| DX-268 | ModivCare Vote Report, dated as of March 13, 2025 | | | | |
| DX-269 | Special Meeting of the Board of Directors Agenda and Package, dated as of January 26, 2025 (MODV_000035632) | | | | |
| DX-270 | Press Release: ModivCare Reports Fourth Quarter and Full year 2024 Financial Results; Announces Changes to the Board of Directors, dated as of March 6, 2025 | | | | |
| DX-271 | Project Victory: Update Materials Deck, dated as of May 20, 2025 (MODV_000035624) | | | | |
| DX-272 | Capital Structure & Finance Committee Agenda and Package, dated as of June 18, 2025 (MODV_000018926) | | | | |
| DX-273 | Email: S. Shnayder to K. Glodowski, dated as of August 14, 2025 (FLL_0069672) | | | | |
| DX-274 | R. Schrock Letter to U.S. Trustee re: November 10, 2025 Phone Call, dated as of November 12, 2025 | | | | |
| DX-275 | A. Friedman Letter to U.S. Trustee re: November 10, 2025 Phone Call, dated as of November 13, 2025 | | | | |
| DX-276 | Confidentiality Agreement between Modivcare and AI Catalyst Fund, LP, dated as of August 13, 2025 | | | | |
| DX-277 | Certification of James Lee Regarding the Solicitation of Votes and Tabulation of Ballots Case on the First Amended Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and its Debtor Affiliates (including Verita documentation) | | | | |
| DX-278 | The United States Trustee's Notice of Reconstitution of the Official Committee of Unsecured Creditors [Docket No. 568] | | | | |
| DX-279 | Presentation to the Independent Director Concerning Potential Estate Cause of Action and Proposed Releases in Joint Chapter 11 Plan of ModivCare, Inc. and Its Affiliated Debtors in Possession, dated as of November 5, 2025 | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-280 | D. Newman Letter to White & Case in Response to November 18, 2025 Letter, dated as of November 26, 2025 | | | | |
| DX-281 | Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and its Debtor Affiliates [Docket No. 119] | | | | |
| DX-282 | Disclosure Statement for Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and its Debtor Affiliates [Docket No. 120] | | | | |
| DX-283 | Final Order (A) Authorizing the Debtors to Obtain Postpetition Financing, (B) Granting Liens and Providing Claims With Superpriority Administrative Expense Status, (C) Authorizing the Use of Cash Collateral, (D) Modifying the Automatic Stay, (E) Granting Related Relief [Docket No. 463] | | | | |
| DX-284 | Supplemental Declaration of Daniel B. Silvers, Investigating Director of ModivCare Inc., in Support of Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and its Debtor Affiliates [Docket No. 803] | | | | |
| DX-285 | First Supplemental Declaration of George Klidonas Providing Additional Disclosures Related to the Retention of Latham & Watkins LLP as Bankruptcy Counsel [Docket No. 832] [*Filed Under Seal*] | | | | |
| DX-286 | First Supplemental Declaration of Zul Jamal in Connection with Order Authorizing the Employment and Retention of Moelis & Company LLC as Investment Banker and Placement Agent Effective as of the Petition Date [Docket No. 833] [*Filed Under Seal*] | | | | |
| DX-287 | Supplemental Confirmatory Grant of Security Interest in United States Trademarks, dated as of February 3, 2022 | | | | |
| DX-288 | Supplemental Confirmatory Grant of Security Interest in United States Trademarks, dated as of July 13, 2022 | | | | |
| DX-289 | Supplemental Confirmatory Grant of Security Interest in United States Trademarks, dated as of June 28, 2024 | | | | |
| DX-290 | Supplemental Confirmatory Grant of Security Interest in United States Trademarks, dated as of June 28, 2024 | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-291 | Supplemental Confirmatory Grant of Security Interest in United States Trademarks, dated as of July 1, 2024 | | | | |
| DX-292 | Supplemental Confirmatory Grant of Security Interest in United States Trademarks, dated of March 7, 2025 | | | | |
| DX-293 | Supplemental Confirmatory Grant of Security Interest in United States Trademarks, dated of March 7, 2025 | | | | |
| DX-294 | Supplemental Confirmatory Grant of Security Interest in United States Trademarks, dated of March 7, 2025 | | | | |
| DX-295 | Supplemental Confirmatory Grant of Security Interest in United States Copyrights, dated as of March 7, 2025 | | | | |
| DX-296 | Deposit Account Control Agreement (CIBC), dated as of April 4, 2025 | | | | |
| DX-297 | Deposit Account Control Agreement (Citizens Bank), dated as of April 4, 2025 | | | | |
| DX-298 | Blocked Account Control Agreement (JPMorgan), dated as of April 4, 2025 | | | | |
| DX-299 | Deposit Account Control Agreement (PNC Bank - Multicultural Home Care Inc.), dated as of April 4, 2025 | | | | |
| DX-300 | Deposit Account Control Agreement (PNC Bank - VRI Intermediate Holdings, LLC), dated as of April 4, 2025 | | | | |
| DX-301 | Deposit Account Control Agreement (Wells Fargo), dated as of April 4, 2025 | | | | |
| DX-302 | Additional exhibits to the Standing Objection and Confirmation Hearing Briefs | | | | |
| DX-303 | UCC, Federal Tax Lien, State Tax Lien, Judgment Lien Searches, dated as of August 14, 2025 | | | | |
| DX-304 | Federal Tax Lien Search, dated as of August 14, 2025 | | | | |
| DX-305 | UCC & Federal Tax Lien Search, dated as of August 18, 2025 | | | | |
| DX-306 | Notes Pledge and Security Agreement for Second Lien Indenture | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-307 | Email: H. Sampson to S. Kern, B. Gutierrez, F. Khan re: Bonds, dated as of January 4, 2025 (MODV_000057195) | | | | |
| DX-308 | Press Release: ModivCare Reports First Quarter 2023 Financial Results, dated May 4, 2023 (MODV_000075690) | | | | |
| DX-309 | 2025-2030 Financial Projections Overview, Revised Discussion Materials, dated September 25, 2025 (MODV_000139808) | | | | |
| DX-310 | Press Release: ModivCare Reports Third Quarter 2024 Financial Results, dated November 6, 2024 (MODV_000096527) | | | | |
| DX-311 | Letter from S. Balette to ModivCare Board of Directors re: Director Candidate List, dated April 4, 2025 (FLL_0064263) | | | | |
| DX-312 | Email: D. Mounts Gonzalez to L. Norwalk re: MODV: Weekly CEO Transformation Updates, dated April 22, 2025 (MODV_000213719) | | | | |
| DX-313 | Email: L. Norwalk to D. Mounts Gonzalez re: Support Agreement, dated May 18, 2025 (MODV_000216826) | | | | |
| DX-314 | Letter from CareRing to E. Russell re: Transaction, dated June 4, 2025 (MODV_00128945) | | | | |
| DX-315 | Strategic Alternative Committee Meeting Agenda and Package, dated as of June 13, 2025 (MODV_000032878) | | | | |
| DX-316 | Email: D. Mounts Gonzales to A. Matina re: Fwd MODV Weekly CEO Transformation, dated as of June 10, 2025 (MODV_000218528) | | | | |
| DX-317 | ModivCare Inc., Minutes of Annual Stockholders' Meeting, dated as of June 17, 2025 (MODV_000018523) | | | | |
| DX-318 | Email: D. Mounts Gonzales to A. Matina re: Use this draft, dated as of June 23, 2025 (MODV_000218911) | | | | |
| DX-319 | Email: S. Kern to C. Cohen re: MODV - Confidential MDP Proposal, dated as of June 25, 2025 (MODV_000128944) | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-320 | Email: D. Mounts Gonzales to C. Mounts re: Brief, dated as of July 27, 2025 (MODV_000220793) | | | | |
| DX-321 | Email: B. Koszarsky to D. Mounts Gonzales re: Capital Structure, dated as of August 5, 2025 (MODV_000221575) | | | | |
| DX-322 | Letter from D. Fetterman to F. Khan Re Director Information Request, dated July 24, 2025 (MODV_000240340) | | | | |
| DX-323 | Letter from R. Schrock to D. Fetterman Re Director Information Request, dated July 30, 2025 (MODV_000240354) | | | | |
| DX-324 | D. Rowe to S. Shnayder re MODV (MODV TCW_JUP_1) | | | | |
| DX-325 | Joint Board and CSC Meeting Minutes | | | | |
| DX-326 | Email:  D. Rowe to M. Adomanis re: ModivCare, dated as of January 16, 2025 | | | | |
| DX-327 | Project Align Status Update, Janaury 6, 2025 | | | | |
| DX-328 | Project Align Status Update, Janaury 14, 2025 | | | | |
| DX-329 | Project Forward Board Discussion May 2025, Bated begin | | | | |
| DX-330 | BOD Slides August 29, 2024 (Capital Allocation Update) (MODV_000101087) | | | | |
| DX-331 | F. Khan to L. Norwalk, D. Gonzales, C. Shandler, H. Sampson, D. Coulter, A. Cunningham, T. Carter, E. Russel, C. Barbarosh, D. Coulter re MODV: Weekly CEO Transformation Updates | | | | |
| DX-332 | C. Follmer to K. Shepard re Modivcare – Update (5/5/25) | | | | |
| DX-333 | H. Sampson to CSC and K. Shepard re Follow up – UHC Discussion Document | | | | |
| DX-334 | K. Shepard to D. Kiyosaki re Travelers – New Position after Review of First Quarter results and recent news | | | | |
| DX-335 | K. Shepard to S. Kern re MODV: Capital Structure Committee Materials | | | | |
| DX-336 | T. Foley to K. Shepard re Follow up from our discussion | | | | |

| JX or DX Exhibit | Description | Offered | Objection | Admitted | Disposition |
|---|---|---|---|---|---|
| DX-337 | Supplemental Dan Silvers Declaration [Docket No. 886] | | | | |
| DX-338 | Demonstratives and Underlying Documents to be Determined | | | | |
| DX-339 | Press Release: ModivCare Reports First Quarter 2023 Financial Results, dated May 4, 2023 (MODV_000075690) | | | | |
| DX-340 | 2025-2030 Financial Projections Overview, Revised Discussion Materials, dated September 25, 2025 (MODV_000139808) | | | | |
| DX-341 | Letter from D. Fetterman to F. Khan Re Director Information Request, dated July 24, 2025 (MODV_000240341) | | | | |
| DX-342 | Email from S. Shnayder to D. Rowe RE Modv follow-up (FLL_0021896) | | | | |
| DX-344 | Email: F. Khan to L. Norwalk, D. Mounts Gonzales, C. Shandler, H. Sampson, C. Barbarosh, T. Carter, D. Coulter re: Weekly CEO Transformation Updates, dated as of April 22, 2025 (MODV_000065670) | | | | |
| DX-345 | Minutes of a Meeting of the Board of Directors, dated as of November 20, 2024 | | | | |
| DX-346 | Securities and Exchange Commission Schedule 14A, dated as of March 3, 2025 | | | | |
| DX-347 | Form 8-K, dated as of May 5, 2025 | | | | |
| DX-348 | Forthcoming Declarations of Chad Shandler & Zul Jamal, and any accompanying exhibits | | | | |
| DX-349 | Any documents filed in the above-captioned bankruptcy case or exhibit listed or introduced by any other party | | | | |
| DX-350 | Rebuttal exhibits as necessary | | | | |

The Debtors reserve their right to amend or supplement this Exhibit List as necessary in advance of the Confirmation Hearing.

Dated:   December 4, 2025          Respectfully submitted,

*/s/ Timothy A. ("Tad") Davidson II*

**HUNTON ANDREWS KURTH LLP**
Timothy A. ("Tad") Davidson II (Texas Bar No. 24012503)
Catherine A. Rankin (Texas Bar No. 24109810)
Brandon Bell (Texas Bar No. 24127019)
600 Travis Street, Suite 4200
Houston, TX 77002
Telephone: (713) 220-4200
Email: taddavidson@hunton.com
        catherinerankin@hunton.com
        bbell@hunton.com

-and-

**LATHAM & WATKINS LLP**
Ray C. Schrock (NY Bar No. 4860631)
Keith A. Simon (NY Bar No. 4636007)
George Klidonas (NY Bar No. 4549432)
Jonathan J. Weichselbaum (NY Bar No. 5676143)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: ray.schrock@lw.com
        keith.simon@lw.com
        george.klidonas@lw.com
        jon.weichselbaum@lw.com

*Co-Counsel to the Debtors and Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on December 4, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

*/s/ Timothy A. ("Tad") Davidson II*
Timothy A. ("Tad") Davidson II