**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MODIVCARE INC., *et al.*, | ) | Case No. 25-90309 (ARP) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
EXHIBIT LIST FOR THE CONFIRMATION HEARING SCHEDULED TO
BEGIN ON DECEMBER 8, 2025 AT 9:00 A.M. (PREVAILING CENTRAL TIME)**

In accordance with the Agreed Scheduling Order and the parties' agreement,[2] the Official Committee of Unsecured Creditors (the "**Committee**") in the above-captioned chapter 11 cases hereby files its exhibit list (the "**Exhibit List**") for the hearing to consider confirmation of the Debtors' proposed Plan[3] and the Standing Motions,[4] which is scheduled to begin on December 8, 2025 at 9:00 a.m. (prevailing Central Time) (the "**Confirmation Hearing**").

**EXHIBITS**

The Committee may introduce the following exhibits:

---

[1]   A complete list of each of the debtors (the "**Debtors**") in these chapter 11 cases (the "**Chapter 11 Cases**") and the last four digits of each Debtor's taxpayer identification number (if applicable) may be obtained on the website of the Debtors' proposed claims and noticing agent at https://www.veritaglobal.net/ModivCare. Debtor ModivCare Inc.'s principal place of business and the Debtors' service address in these Chapter 11 Cases is 6900 E. Layton Avenue, Suite 1100 & 1200, Denver, Colorado 80237.

[2]   *Stipulation and Agreed Order (I) Scheduling Certain Dates and Deadlines in Connection with Confirmation of the Debtors' Plan of Reorganization and Associated Proceedings, (II) Establishing Certain Protocols, and (III) Granting Related Relief* [Docket No. 548] (the "**Agreed Scheduling Order**").

[3]   *First Amended Joint Chapter 11 Plan of Reorganization of ModivCare Inc. and Its Debtor Affiliates* [Docket No. 465] (as subsequently modified or amended, the "**Plan**").

[4]   *Motion of the Official Committee of Unsecured Creditors for (I) Leave, Derivative Standing, and Authority to Commence and Prosecute Certain Uptier Transaction Claims and Causes of Action on Behalf of the Debtors' Estates and (II) Exclusive Settlement Authority* [Docket Nos. 728, 732], and *Omnibus Motion of the Official Committee of Unsecured Creditors (I) Objecting to Claims and (II) for (A) Leave, Derivative Standing, and Authority to Commence and Prosecute Certain Lien Challenge Claims Causes of Action on Behalf of the Debtors' Estates and (B) Exclusive Settlement Authority* [Docket Nos. 729, 733] (collectively, the "**Standing Motions**").

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 1. | First Lien Credit Agreement, dated as of February 3, 2022 *[Filed under Seal]* | | | | |
| 2. | Joinder and Supplement to Pledge and Security Agreement, dated as of July 13, 2022 *[Filed under Seal]* | | | | |
| 3. | Agreement to Modify Letter of Credit Commitment, dated as of July 26, 2022 *[Filed under Seal]* | | | | |
| 4. | Joinder and Supplement to Pledge and Security Agreement, dated as of January 8, 2024 [*Filed under Seal*] | | | | |
| 5. | Joinder and Supplement to Pledge and Security Agreement, dated as of June 28, 2024 [*Filed under Seal*] | | | | |
| 6. | Amendment No. 4 to Credit Agreement, dated as of September 30, 2024 *[Filed under Seal]* | | | | |
| 7. | Solvency Certificate, dated January 9, 2025 *[Filed under Seal]* | | | | |
| 8. | Omnibus Officer's Certificate for 5th Amendment, dated January 9, 2025 *[Filed under Seal]* | | | | |
| 9. | Officer's Closing Certificate, dated January 9, 2025 *[Filed under Seal]* | | | | |
| 10. | July 2024 2Q 2024 Financial Review - Board of Directors Deck (MODV_000036541 - MODV_000036572) [*Filed under Seal*] | | | | |
| 11. | Capital Update - Board Discussion Materials Deck, dated September 11, 2024 (MODV_000036621 - MODV_000036629) [*Filed under Seal*] | | | | |

---

[5] Certain Exhibits are being filed under seal because such documents were produced on a "Confidential Information" or "Highly Confidential Information" basis, as such terms are defined in the *Confidentiality Agreement and Stipulated Protective Order* [Docket No. 174] (the "**Stipulated Protective Order**"). The Stipulated Protective Order expressly authorizes filing documents containing "Confidential Information" or "Highly Confidential Information" under seal without filing a separate motion requesting authority to do so. Stipulated Protective Order, ¶ 7(c). In addition, because certain Exhibits are large format spreadsheets, the native files will be delivered to the Court, and the slipsheets for the same will be filed herewith.

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 12. | Minutes of a Meeting of the Board of Directors, dated September 11, 2024 (MODV_000036695 - MODV_000036700) [*Filed under Seal*] | | | | |
| 13. | Special Meeting of the Board of Directors Agenda and Package, dated September 13, 2024 (MODV_000036636 - MODV_000036640) [*Filed under Seal*] | | | | |
| 14. | Board Update - Discussion Materials Deck, dated September 13, 2024 (MODV_000036641 - MODV_000036643) [*Filed under Seal*] | | | | |
| 15. | October 2024 3Q 2024 Financial Review - Board of Directors Deck (MODV_000036747 - MODV_000036776) [*Filed under Seal*] | | | | |
| 16. | Minutes of a Meeting of the Board of Directors, dated October 21, 2024 (MODV_000034263) [*Filed under Seal*] | | | | |
| 17. | Q3 2024 Finance Report to Audit Committee, dated October 30, 2024 (MODV_000036453 - MODV_000036473) [*Filed under Seal*] | | | | |
| 18. | Management Update - Board of Directors Presentation Deck, dated November 20, 2024 (MODV_000033492 - MODV_000033502) [*Filed under Seal*] | | | | |
| 19. | Minutes of a Meeting of the Board of Directors, dated November 22, 2024 (MODV_000034274) [*Filed under Seal*] | | | | |
| 20. | Minutes of a Meeting of the Finance Subcommittee, dated November 26, 2024 (MODV_000034275) [*Filed under Seal*] | | | | |
| 21. | Presentation to the Board of Directors, dated November 29, 2024 (MODV_000055484 - MODV_000055497) [*Filed under Seal*] | | | | |
| 22. | Minutes of a Meeting of the Board of Directors, dated December 9, 2024 (MODV_000034281 - MODV_000034282) [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 23. | Special Meeting of the Board of Directors Agenda and Package, dated December 13, 2024 (MODV_000033531 - MODV_000033541) [*Filed under Seal*] | | | | |
| 24. | 2025 Outlook Spreadsheet, dated January 4, 2025 (MODV_000057254) *[Filed under Seal]* | | | | |
| 25. | 2025 Preliminary Outlook (Board Discussion Materials), dated January 6, 2025 (MODV_000046228 - MODV_000046237) *[Filed under Seal]* | | | | |
| 26. | Minutes of a Meeting of the Board of Directors, dated January 7, 2025 (MODV_000033016 - MODV_000033019) [*Filed under Seal*] | | | | |
| 27. | Board Discussion Deck, dated January 21, 2025 (MODV_000050380 - MODV_000050441) [*Filed under Seal*] | | | | |
| 28. | Special Meeting of the Board of Directors Agenda and Materials, dated January 21, 2025 (MODV_000034076 - MODV_000034243) [*Filed under Seal*] | | | | |
| 29. | Minutes of a Meeting of the Board of Directors, dated January 26, 2025 (MODV_000033025) [*Filed under Seal*] | | | | |
| 30. | KPMG Audit Committee Discussion Deck, dated February 24, 2025 (MODV_000033292 - MODV_000033322) [*Filed under Seal*] | | | | |
| 31. | Audit Committee Meeting Agenda and Materials, dated April 25, 2025 (MODV_000033354 - MODV_000033427) [*Filed under Seal*] | | | | |
| 32. | Finance Report to the Audit Committee, dated April 25, 2025 (MODV_000033441 - MODV_000033463) [*Filed under Seal*] | | | | |
| 33. | Board of Directors Meeting Agenda, dated April 28, 2025 (MODV_000034902 - MODV_000035088) [*Filed under Seal*] | | | | |

4

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 34. | Special Meeting of the Board of Directors Agenda and Materials, dated June 6, 2025 (MODV_000018010 - MODV_000018100) [*Filed under Seal*] | | | | |
| 35. | UBS Pitch Materials to ModivCare Board of Directors, dated June 9, 2025 (MODV_000018230 - MODV_000018268) [*Filed under Seal*] | | | | |
| 36. | D. Silvers Update to Board of Directors on Capital Structure Committee, dated June 28, 2025 (MODV_000018333 - MODV_000018334) [*Filed under Seal*] | | | | |
| 37. | ModivCare Inc., The Capital Structure Committee Meeting Minutes, dated August 7, 2025 (MODV_000078922 - MODV_000078923) [*Filed under Seal*] | | | | |
| 38. | ModivCare - State of the Union Q2 2025 - Board of Directors Presentation, dated July 2025 (MODV_000018421 - MODV_000018431) [*Filed under Seal*] | | | | |
| 39. | Q4 2024 State of the Union, dated February 2025 (MODV_000034620 - MODV_000034627) [*Filed under Seal*] | | | | |
| 40. | Debt Covenant Compliance Excel Spreadsheet, dated April 28, 2025 (MODV_000092747) [*Filed under Seal*] | | | | |
| 41. | 4PM Funds Flow Excel Spreadsheet, dated January 8, 2025 (MODV_000041899) [*Filed under Seal*] | | | | |
| 42. | 10PM 5A Funds Flow Excel Spreadsheet, dated January 8, 2025 (MODV_000043168) [*Filed under Seal*] | | | | |
| 43. | Borrowing Request with Funds Flow from C. Shandler to JPMorgan, dated January 8, 2025 (MODV_000043979 - MODV 000043993) [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 44. | Kirkland & Ellis Legal Opinion, dated February January 9, 2025 [*Filed under Seal*] | | | | |
| 45. | Project Nuggets Net Leverage and Interest Covenant Analysis (MODV_000044921) [*Filed under Seal*] | | | | |
| 46. | ModivCare Top Lenders/Debt/Equity Holders Chart, dated as of March 2025 [*Filed under Seal*] | | | | |
| 47. | ModivCare Inc., Form 8-K, dated March 7, 2025 | | | | |
| 48. | ModivCare Inc., Form 8-K, dated March 13, 2025 | | | | |
| 49. | ModivCare Inc., Form 8-K, dated April 2, 2025 | | | | |
| 50. | ModivCare Inc., Form 8-K, dated August 20, 2025 | | | | |
| 51. | ModivCare Inc. August Cleansing Materials, dated August 20, 2025 | | | | |
| 52. | JPMorgan Chase Bank Director Candidate List, dated April 4, 2025 (MODV_000036088 - MODV_000036103) [*Filed under Seal*] | | | | |
| 53. | Email: D. Kiyosaki to V. Christianson re: Refreshed Punch List dated January 8, 2025 (MODV_000043151 - MODV_000043168) [*Filed under Seal*] | | | | |
| 54. | Email: S. Yousu to G. Raynor re: Updated MODV Materials for Bob, dated January 24, 2025 (FLL_0029354 - FLL_0029359) [*Filed under Seal*] | | | | |
| 55. | Email: K. Ellich to H. Sampson, B. Gutierrez, S. Kern and F. Khan re: Q Global call notes and slides, dated December 4, 2024 (MODV_000055529 - MODV_000055552) [*Filed under Seal*] | | | | |
| 56. | Email: Z. Jamal to R. Goldstein, S. Kern, and J. Buchanan re: MODV Update / Intro, dated December 5, 2024 (MODV_000099891 - MODV_000099898) [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 57. | Email: H. Sampson to F. Khan, S. Kern, and B. Gutierrez re: Updated Letter, dated December 14, 2024 (MODV_000080682 - MODV_000080685) [*Filed under Seal*] | | | | |
| 58. | Email: K. Ellich to A. Matina and D. Mounts Gonzales re: Call, dated December 16, 2024 (MODV_000102076 - MODV_000102084) [*Filed under Seal*] | | | | |
| 59. | Email: Z. Hitzert to M. Warren, V. Baliga, L. Henrikson, J. Canfield, K. Hansen, and S. Lawand re: ModivCare - NDA, dated December 18, 2024 (MODV_CH11_00042602 - MODV_CH11_00042657) [*Filed under Seal*] | | | | |
| 60. | Email: M. Warren to N. Kanchanapoomi, K. Hansen, L. Henrikson, J. Canfield, S. Lawand, and A. Taylor re: ModivCare - Term Sheet, dated December 29, 2024 (MODV_000038019 - MODV_000038038) [*Filed under Seal*] | | | | |
| 61. | Email: H. Sampson to B. Gutierrez re: Edit, dated December 20, 2024 (MODV_000056351 - MODV_000056354) [*Filed under Seal*] | | | | |
| 62. | Email: M. Stamer to J. Sussberg re: ModivCare DIP, dated December 21, 2024 (MODV_000230673 - MODV_000230675) [*Filed under Seal*] | | | | |
| 63. | Email: C. Dalton to M. Warren, S. Lawand, V. Baliga, L. Henrikson, J. Canfield, and K. Hansen re: ModivCare - NDA, dated December 22, 2024 (MODV_CH11_00042229 - MODV_CH11_00042251) [*Filed under Seal*] | | | | |
| 64. | Email: N. Kanchanapoomi to M. Patel, K. Levy, Z. Jamal, D. Murphy re: MODV: Term Sheet + Expense Reimbursement Letter, dated December 27, 2024 (MODV_000037714 - MODV_000037739) [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 65. | Email: J. Gart to L. Klingbaum, Z. Jamal, and J. Sussberg re: MODV: Term Sheet + Expense Reimbursement Letter, dated December 28, 2024 (MODV_000037747 - MODV_000037765) [*Filed under Seal*] | | | | |
| 66. | Email: N. Kanchanapoomi to M. Patel, K. Levy, Z. Jamal, D. Murphy re: MODV: Term Sheet + Expense Reimbursement Letter, dated December 28, 2024 (MODV_000037881 - MODV_000037909) [*Filed under Seal*] | | | | |
| 67. | Email: N. Kanchanapoomi to M. Patel, K. Levy, Z. Jamal, D. Murphy re: MODV: Term Sheet + Expense Reimbursement Letter, dated December 28, 2024 (MODV_000037952 - MODV_000037980) [*Filed under Seal*] | | | | |
| 68. | Email: Z. Jamal to J. Gart re: ModivCare, dated December 31, 2024 (MODV_000038574 - MODV_000038576) [*Filed under Seal*] | | | | |
| 69. | Email: M. Warren to N. Kanchanapoomi, Z. Jamal, D. Nemecek, K. Hansen, J. Canfield, J. Gallagher, and K. Levy re: can we catch-up on ModivCare?, dated December 31, 2024 (MODV_000038580 - MODV_000038582) [*Filed under Seal*] | | | | |
| 70. | Letter: FTI Consulting, Inc. to S. Kern re: ModivCare Interim Management, dated January 1, 2025 (MODV_000000034 - MODV_000000050) [*Filed under Seal*] | | | | |
| 71. | Email: A. Surinak to J. Gallagher and N. Kanchanapoomi re: ModivCare Call re Financing Proposal, dated January 1, 2025 (MODV_000038665 - MODV_000038698) [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 72. | Email: N. Kanchanapoomi to M. Warren, K. Hansen, Z. Jamal, D. Nemecek, J. Canfield, and J. Gallagher re: ModivCare Call re Financing Proposal, dated January 1, 2025 (MODV_000038699 - MODV_000039053) [*Filed under Seal*] | | | | |
| 73. | Email: H. Sampson to S. Kern, B. Gutierrez, and F. Khan re: Bonds, dated January 4, 2025 (MODV_000057195) [*Filed under Seal*] | | | | |
| 74. | Email: B. Gutierrez to H. Lowe, H. Sampson, S. Kern, and K. Quinlan re: 1/3/25 - Updated Liquidity, dated January 4, 2025 (MODV_000057200 - MODV_000057201) [*Filed under Seal*] | | | | |
| 75. | Email: J. Mertens to J. Shapiro re: MODV - 2025 Forecast, dated January 4, 2025 (MODV_000057251 - MODV_000057254) [*Filed under Seal*] | | | | |
| 76. | Email: C. Shandler to J. Gart, dated January 6, 2025 (MODV_000041025 - MODV_000041028) [*Filed under Seal*] | | | | |
| 77. | Email: S. Yousuf to Board Directors re: Shareholder Feedback dated January 6, 2025 (MODV_000231751) [*Filed under Seal*] | | | | |
| 78. | Email: P. Ranjan Das to L. Klingbaum re: Amendment Documentation dated January 7, 2025 (MODV_CH11_00026105 - MODV_CH11_00026108) [*Filed under Seal*] | | | | |
| 79. | Email: K. Levy to C. Shandler re: Amendment Documentation dated January 8, 2025 (MODV_000041309 - MODV_000041817) [*Filed under Seal*] | | | | |
| 80. | Email: J. Doe to J. Gallagher re: Refreshed Punch List dated January 8, 2025 (MODV_000041893 - MODV_000041899) [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 81. | Email: V. Christianson to PH / RG dated January 8, 2025 re: Refreshed Punch List Attaching 5A Ancillary Documents, Solvency Certificate (MODV_CH11_00022738 - MODV_CH11_00022778) [*Filed under Seal*] | | | | |
| 82. | Email: D. Murphy to D. Kiyosaki, C. Adrianpoli, T. Robert, and J. Sharpiro re: Confidential 2025 Business Plan Support, dated January 4, 2025 (MODV_000057248 - MODV_000057250) [*Filed under Seal*] | | | | |
| 83. | Email: J. Shapiro to J. Mertens re: MODV-Covenant Analysis (MODV_000044920 - MODV_000044921) [*Filed under Seal*] | | | | |
| 84. | Email: R. Chesley to Z. Jamal re: Investor Call, dated January 11, 2025 (MODV_000232167 - MODV_000232169) [*Filed under Seal*] | | | | |
| 85. | Email: A. Surinak to B. McDonald re: D&O Coverage, dated January 14, 2025 (MODV_000197217 - MODV_000197245) [*Filed under Seal*] | | | | |
| 86. | Email: N. Ethridge to S. Badavi re: MODV-Consent Process, dated January 14, 2025 (MODV_CH11_00037702 - MODV_CH11_00037704) [*Filed under Seal*] | | | | |
| 87. | Email: B. Valiga to N. Ethridge to S. Badavi re: MODV-Consent Process, dated January 17, 2025 (MODV_CH11_00037481 - MODV_CH11_00037490) [*Filed under Seal*] | | | | |
| 88. | Email: A. Szalecki to G. Raynor re: MODV RCF, dated January 19, 2025 (FLL_0030911 - FLL_0030915) [*Filed under Seal*] | | | | |
| 89. | Email: S. Yousuf to G. Raynor re: PCS Sale, dated February 5, 2025 (FLL_0029460 - FLL_0029464) [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 90. | Email: B. Hannon to J. Monson re: D&O Insurance, dated February 20, 2025 (MODV_000106271 - MODV_000106325) [*Filed under Seal*] | | | | |
| 91. | Email: A. Szalecki to G. Raynor re: TCW Call, dated February 28, 2025 (FLL_0030033 - FLL_0030034) [*Filed under Seal*] | | | | |
| 92. | Email: M. Warren to R. Garson re: Lender Appointed Directors, dated March 14, 2025 (FLL_0019873 -FLL_0019893) [*Filed under Seal*] | | | | |
| 93. | Email: J. Doe to A. Magan re: Bankruptcy Claims Waterfall, dated March 8, 2025 (MODV_000233328 - MODV_000233340) [*Filed under Seal*] | | | | |
| 94. | Email: R. Ferrara to K. Shepard, B. Gutierrez, H. Sampson re: Elevance Concerns, dated March 12, 2025 (MODV_000063387 - MODV_000063389) [*Filed under Seal*] | | | | |
| 95. | Email: M. Pezold to S. Kern re: Purchasing ModivCare Assets, dated July 30, 2025 (MODV_000074286 - MODV_000074288) [*Filed under Seal*] | | | | |
| 96. | Email: H. Sampson to re: Cash and EBITDA Drivers for Q3 2025, dated March 14, 2025 (MODV_000063456 - MODV_000063457) [*Filed under Seal*] | | | | |
| 97. | Email: L. Norwalk to D. Gonzales re: DMG Conflicts, dated March 13, 2025 (MODV_000213166 - MODV_000213168) [*Filed under Seal*] | | | | |
| 98. | Email: S. Yousuf to G. Raynor re: Jason Call Script, dated March 19, 2025 (FLL_0030096 - FLL_030099) [*Filed under Seal*] | | | | |
| 99. | Email: S. Kern to D. Mounts Gonzales, dated March 21, 2025 (MODV_000063693 - MODV_000063694) [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 100. | Email: K. Quinlan to K. Shepard re: Elevance Bonds, dated March 25, 2025 (MODV 000063960 - MODV_000063968) [*Filed under Seal*] | | | | |
| 101. | Email: J. Gart to D. Silvers re: Background Cleansing Materials, dated March 27, 2025 (FLL_0022593 - FLL_0022683) [*Filed under Seal*] | | | | |
| 102. | Email: J. Larson to N. Nelson re: Centene Remediation Plan, dated March 28, 2025 (MODV_000089271 - MODV_000089287) [*Filed under Seal*] | | | | |
| 103. | Email: S. Shnayder to B. Gelfand re: Director Candidate List, dated April 2, 2025 (FLL_0021697 - FLL_0021731) [*Filed under Seal*] | | | | |
| 104. | Email: B. Gutierrez to F. Khan re: FTI Fees and Deliverables, dated April 22, 2025 [*Filed under Seal*] | | | | |
| 105. | Email: J. Mertens to B. Gutierrez re: Debt Covenant Compliance, dated April 28, 2025 (MODV_000092745 - MODV_000092748) [*Filed under Seal*] | | | | |
| 106. | Email: M. Warren to F. Khan, J. Gart, L. Norwalk re: Resolutions for the Strategic Alternatives Committee, dated May 1, 2025 (FLL_0064232 - FLL_0064253) [*Filed under Seal*] | | | | |
| 107. | Email: S. Kern to C. Shandler re: FTI Transition Plan, dated May 5, 2025 (MODV_000093738 - MODV_000093740) [*Filed under Seal*] | | | | |
| 108. | Email: S. Yousuf to G. Raynor re: ModivCare, dated May 12, 2025 (FLL_0030230 - FLL_0030236) [*Filed under Seal*] | | | | |
| 109. | Email: S. Kern to S. Fortenberry, F. Khan re: 2025 3+9 Forecast Presentation, dated May 19, 2025 (MODV_000122810 - MODV_000122868) [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 110. | Email: F. Khan to S. Ken re: MDP Letter to Chair of Strategic Alternatives Committee, dated June 4, 2025 (MODV_000126504 - MODV_000126517) [*Filed under Seal*] | | | | |
| 111. | Email: S. Kern and E. Russell re: Fifth Amendment, dated June 10, 2025 (MODV_000070005 - MODV_000070006) [*Filed under Seal*] | | | | |
| 112. | Email: M. Warren to G. Klidonas re: SAC Resolution, dated June 18, 2025 (MODV_000000095 - MODV_000000106) [*Filed under Seal*] | | | | |
| 113. | Email: J. Mertens to D. Murphy, Project Mountains Moelis listserv, S. Kern re FV of Debt, dated June 23, 2025 (MODV_000070621) [*Filed under Seal*] | | | | |
| 114. | Email: D. Gonzalez to C. Shandler re: Cash Forecast Sensitivity, dated June 26, 2025 (MODV_000022568 - MODV_000022574) [*Filed under Seal*] | | | | |
| 115. | Email: J. Zamal to S. Kern and Project Mountain Moelis listserv re: MODV: Capital Structure Committee Meeting, dated June 27, 2025 (MODV_000019919 - MODV_000019923) [*Filed under Seal*] | | | | |
| 116. | Email thread between L. Hendrikson, G. Klidonas, J. Weichselbaum, M. Warren, K. Hansen, L. Montana re: Modiv - Form NDA, dated July 1, 2025 (MODV_000000291 - MODV_000000323) [*Filed under Seal*] | | | | |
| 117. | Email: C. Chaice to R. Garson attaching MODV - Lazard Discussion Materials, dated July 16, 2025 [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 118. | Email: M. Warren to G. Klidonas, K. Hansen, L. Hendrickson, A. Taylor, J. Ellis, and Moelis Team re: ModivCare: Lender Discussion Materials [Confidential] \| FRE 408], dated July 18, 2025 (MODV_000020148 - MODV_000020149) [*Filed under Seal*] | | | | |
| 119. | Email: C. Shandler to FTI listserv, K. Shepherd, C. Adrianopoli re: MODV: initial comments to 2025, attaching Board Discussion Materials - Financial Update, dated July 18, 2025 (MODV_000024357 - MODV_000024363) [*Filed under Seal*] | | | | |
| 120. | Email: C. Shandler to R. Saldanha, R. Orcutt, S. Kern, K. Shepherd re: MODV - [DRAFT] Financial Update Materials (7.18.2025), attaching Board Discussion Materials - Financial Update: 2026 Pro Forma Forecast with Comments, dated July 19, 2025 (MODV_000024423 - MODV_000024463) [*Filed under Seal*] | | | | |
| 121. | Email: D. J. Mark to F. Khan, D. Gonzalez, K. Mantel, J. Ma, D. Fetterman re: Director Information Request, attaching Letter re: Silvers, dated July 25, 2025 (MODV_000240340 - MODV_000240343) [*Filed under Seal*] | | | | |
| 122. | Email: G. Klidonas to A. Taylor, K. Hansen, L. Henrikson, J. Ellis, M. Warren, and Moelis listserv, re: ModivCare: TS & Lender Presentation [Confidential \| FRE 408], attaching Lender Discussion Materials and Restructuring Term Sheet, dated July 25, 2025 (MODV_000001089 - MODV_000001112) [*Filed under Seal*] | | | | |
| 123. | Email: between J. Gart, M. Dunlop, D. Ornstein, G. Moross re: MODV - Thought, dated July 27, 2025 (FLL_0028984 - FLL_0028988) [*Filed under Seal*] | | | | |
| 124. | Email: Z. Jamal to K. Hansen re: MODV Other Bankers, dated July 29, 2025 (MODV_000020262 - MODV_000020263) [*Filed under Seal*] | | | | |

14

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 125. | Email thread between P. Clarke and S. Sauler re: Updates, dated August 15, 2025 (FLL_0018388 - FLL_0018389) [*Filed under Seal*] | | | | |
| 126. | Email: A. Carlson to N. Sardi, L. West, G. Klidonas, Moelis listserv, Lazard listserv, J. Ellis, A. Taylor, M. Warren, K. Hansen, L. Henrikson, S. Lawand, re: ModivCare - Daily Check In Call [Company Advisors/Lender Advisors], attaching Company Restructuring Term Sheet Counter Proposal, dated August 15, 2025 (MODV_000003830 - MODV_000003840) [*Filed under Seal*] | | | | |
| 127. | Email: K. Shepherd to M. Lewis, J. Manzella, J. Crawford re: UHC Proposed Amendment Counter, attaching ModivCare Amendment, dated August 19, 2025 (MODV_000236056 - MODV_000236060) [*Filed under Seal*] | | | | |
| 128. | Email: C. Best to G. Klidonas, K. Shepherd, C. Huffman, H. Sampson, D. Scheer, J. Weichselbaum, F. Khan re: Hawaii Update, attaching redlines, dated September 5, 2025 (MODV_000204808 - MODV_000204814) [*Filed under Seal*] | | | | |
| 129. | Email: K. Shepherd to C. Shandler, G. Klidonas, D. Scheer, H. Sampson, F. Khan, S. Kern, FTI listserv, Moelis listserv, attaching UHC Contract, dated September 4, 2025 (MODV_000184381 - MODV_000184399) [*Filed under Seal*] | | | | |
| 130. | Email: H. Sampson to S. Kern, B. Gutierrez, K. Shepherd re: Review of Cash and Adjusted EBITDA Drivers for Q3 Covenant, dated March 13, 2025 (MODV_000114056) [*Filed under Seal*] | | | | |
| 131. | Official Committee of Unsecured Creditors' Notice of Rule 30(b)(6) Deposition to ModivCare Inc. and Its Debtor Affiliates in Connection with the Plan and Disclosure Statement, dated September 10, 2025 | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 132. | Debtors' Responses and Objections to Official Committee of Unsecured Creditors' Notice of Rule 30(b)(6) Deposition to ModivCare Inc. and Its Debtor Affiliates in Connection with Second Day Pleadings, dated September 22, 2025 | | | | |
| 133. | Official Committee of Unsecured Creditors' Notice of 30(b)(6) Deposition to the First Lien Lenders in Connection with the Plan, dated October 7, 2025 | | | | |
| 134. | Debtors' Responses and Objections to Official Committee of Unsecured Creditors' Notice of Rule 30(b)(6) Deposition to ModivCare Inc. and Its Debtor Affiliates in Connection with the UHC Settlement dated October 20, 2025 | | | | |
| 135. | First Lien Lenders Responses and Objections to the Official Committee of Unsecured Creditors' Notice of 30(b)(6) Deposition to the First Lien Lenders in Connection with the Plan, dated October 24, 2025 | | | | |
| 136. | Debtors' Amended Responses and Objections to Official Committee of Unsecured Creditors' First Interrogatories to the Debtors, dated November 9, 2025 | | | | |
| 137. | Verification No. 2 of Daniel B. Silvers to the Debtors; Amended Responses and Objections to Interrogatory Nos. 6-12. | | | | |
| 138. | IOI Fabric Labs, dated May 14, 2025 [*Filed under Seal*] | | | | |
| 139. | IOI Connect America, dated May 15, 2025 [*Filed under Seal*] | | | | |
| 140. | IOI Fabric Labs, dated May 29, 2025 [*Filed under Seal*] | | | | |
| 141. | CareRing Personal Care Proposal, dated June 4, 2025 [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 142. | Letter of Interest from Curai, Inc. to Deutsche Bank Securities Inc. re: Acquisition of Higi Digital Innovation and Virtual Care Platform - Project Helix - Preliminary Non-Binding Indication of Interest, dated July 29, 2025 [*Filed under Seal*] | | | | |
| 143. | Letter of Interest from PharmaSmart International, LLC re: Acquisition of Higi, dated July 30, 2025 [*Filed under Seal*] | | | | |
| 144. | Letter of Interest from Circadian Health, Inc. to ModivCare, dated July 30, 2025 [*Filed under Seal*] | | | | |
| 145. | Letter of Interest from Teleo Capital to Deutsche Bank re: Acquisition of Monitoring and Higi Businesses from ModivCare, dated July 30, 2025 [*Filed under Seal*] | | | | |
| 146. | Letter of Interest from Galileo, Inc. to Deutsche Bank re: Acquisition of equity interests of the Digital Innovation and Virtual Care Platform ("Higi"), dated July 31, 2025 [*Filed under Seal*] | | | | |
| 147. | ModivCare, August 20 DIP Budget [*Filed under Seal*] | | | | |
| 148. | ModivCare Inc. Three-Statement Model, dated September 23, 2025 [*Filed under Seal*] | | | | |
| 149. | Project Mountains Vendor Summary, prepared as of September 25, 2025 [*Filed under Seal*] | | | | |
| 150. | ModivCare Inc. Financial Projections and Three-Statement Model Deck, dated September 25, 2025 [*Filed under Seal*] | | | | |
| 151. | ModivCare Inc. Working Capital Bridge, dated October 14, 2025 [*Filed under Seal*] | | | | |
| 152. | AlixPartners Labor Analysis, dated November 18, 2025 [*Filed under Seal*] | | | | |
| 153. | AlixPartners Non-Labor Analysis, dated November 18, 2025 [*Filed under Seal*] | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 154. | DIP Precedents Deck, dated September 2025 [*Filed under Seal*] | | | | |
| 155. | AlixPartners G&A Savings Analysis [*Filed under Seal*] | | | | |
| 156. | AlixPartners G&A Savings Analysis IT [*Filed under Seal*] | | | | |
| 157. | AlixPartners Merit and Forecast Comparison Analysis [*Filed under Seal*] | | | | |
| 158. | AlixPartners NEMT Transportation Provider Savings Analysis [*Filed under Seal*] | | | | |
| 159. | PCS Branch Ops Savings Analysis [*Filed under Seal*] | | | | |
| 160. | AlixPartners TTM Spend Analysis SGA [*Filed under Seal*] | | | | |
| 161. | WeDriveU - Press Release, dated April 12, 2019 | | | | |
| 162. | National Express 2019 Full Year Results, dated February 27, 2020 | | | | |
| 163. | ModivCare to Acquire CareFinders Total Care Presentation, dated July 26, 2021 | | | | |
| 164. | Reuters Article re: DWS Stagecoach Offer, dated March 9, 2022 | | | | |
| 165. | Railway Technology Article re: Kinetic-Globalvia Acquiring Go-Ahead Group, dated June 14, 2022 | | | | |
| 166. | Globalvia Article re: Purchasing Go-Ahead Group, dated October 12, 2022 | | | | |
| 167. | Amedisys Form 8-K Exhibit 99.1, dated February 15, 2023 | | | | |
| 168. | ModivCare Investor Presentation, dated February 2023 | | | | |
| 169. | ModivCare Investor Presentation, dated May 2024 | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 170. | Oppenheimer Quarterly Update - Addus HomeCare Corp. Acquiring Gentiva, dated June 10, 2024 | | | | |
| 171. | Stephens Research Brief - Addus HomeCare Corp.'s Gentiva M&A, dated June 10, 2024 | | | | |
| 172. | Lyft - Q2 2024 Fiscal Earnings Supplemental Data, dated August 7, 2024 | | | | |
| 173. | Lyft, Inc. - Company Conference Presentation, dated September 10, 2024 | | | | |
| 174. | November 2024 Addus HomeCare Investor Presentation | | | | |
| 175. | ModivCare Inc., Schedule 13D, dated December 11, 2024 | | | | |
| 176. | Kroll - Key Variables as of December 31, 2024 | | | | |
| 177. | Lyft, Inc. Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 178. | Uber Technologies, Inc. Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 179. | Addus HomeCare Corporation Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 180. | Option Care Health, Inc. Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 181. | DocGo Inc. Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 182. | Teladoc Health, Inc. Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 183. | The Pennant Group, Inc. Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 184. | Chemed Corporation Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 185. | BrightSpring Health Services, Inc. Form 10-K, for the fiscal year ended December 31, 2024 | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 186. | Enhabit, Inc. Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 187. | Aveanna Healthcare Holdings Inc. Form 10-K, for the fiscal year ended December 31, 2024 | | | | |
| 188. | AI Catalyst, Schedule 13D, dated January 10, 2025 | | | | |
| 189. | AI Catalyst, Schedule 13D, dated as of March 6, 2025 | | | | |
| 190. | Mobico Proposed Sale of NA School Bus, dated April 25, 2025 | | | | |
| 191. | Mobico Group Plc 2024 Annual Report, dated April 29, 2025 | | | | |
| 192. | CBO January 2025 Report: The Demographic Outlook: 2025 to 2055, dated May 2, 2025 | | | | |
| 193. | Lyft Q1 2025 Earnings, dated May 8, 2025 | | | | |
| 194. | National Health Expenditure Projections 2024-2033 Press Briefing, dated June 25, 2025 | | | | |
| 195. | Mobico Group Plc Half Year Results for the period ended 30 June 2025 | | | | |
| 196. | InnovAge Holding Corp. Form 10-K for the fiscal year ended June 30, 2025 | | | | |
| 197. | I-Squared Article re: National Express Acquisition, dated July 17, 2025 | | | | |
| 198. | Lyft Q2 2025 Earnings Presentation, dated August 6, 2025 | | | | |
| 199. | CBO's September 2025 Report: An Update to the Demographic Outlook, 2025 to 2055 | | | | |
| 200. | 2026 Accrued OpEx Support [*Filed under Seal*] | | | | |
| 201. | FirstGroup plc Annual Report and Accounts 2020 | | | | |
| 202. | FirstGroup plc Annual Report and Accounts 2025 | | | | |

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 203. | Aveanna Healthcare LLC Credit Rating BBG | | | | |
| 204. | FRED Graph Observations BAMLH0A2HYB | | | | |
| 205. | FRED Graph Observations BAMLH0A3HYC | | | | |
| 206. | Lyft Inc-A Equity Beta Screenshot | | | | |
| 207. | Bloomberg Beta 20 Year Government Bond Data | | | | |
| 208. | BrightSpring Health Credit Rating BBG | | | | |
| 209. | FRED Graph Observations DFII20, dated November 11, 2025 | | | | |
| 210. | FRED Graph Observations DGS20 | | | | |
| 211. | Historical EBITDA multiples (Capital IQ) | | | | |
| 212. | U.S. Bureau of Labor Statistics, Occupational Projections (2024-2034) | | | | |
| 213. | Centers for Medicare & Medicaid Services, National Health Expenditure (NHE) Projections 2024-2033 Infographic, dated June 2025 | | | | |
| 214. | Projected, CMS.gov, accessed on November 10, 2025 | | | | |
| 215. | ModivCare Inc. Investor Presentation 4Q 2024 | | | | |
| 216. | Capital IQ, Amedisys, Inc., Merger/Acquisition Transaction Details for Deal Closed March 31, 2023 | | | | |
| 217. | Capital IQ, Amedisys, Inc., Merger/Acquisition Transaction Details for Deal Closed August 14, 2025 | | | | |
| 218. | "PE Firms Reportedly Strike $1.4B Deal for Wellspring's Help at Home," Private Equity Insights | | | | |
| 219. | Sarah Pringle, "Centerbridge, Vistria team up in $1.4bn deal for Wellspring's Help at Home," PE Hub, dated September 18, 2020 | | | | |

21

| EXHIBIT NO. | DESCRIPTION[5] | OFFERED | OBJECTION | ADMITTED | DATE |
|---|---|---|---|---|---|
| 220. | Capital IQ, Hospice and Person Care Divisions of Kindred at Home, Merger/Acquisition Transaction Details for Deal Closed August 11, 2022 | | | | |
| 221. | "Humana Announces Agreement to Divest Majority Interest in Kindred at Home Hospice and Personal Care Divisions to Clayton, Dubilier & Rice," Business Wire, dated April 21, 2022 | | | | |
| 222. | Nobina Annual and Sustainability Report 2021/22 | | | | |
| 223. | Capital IQ, Simplura Health Group, Merger/Acquisition Transaction Details for Deal Closed November 18, 2020 | | | | |
| 224. | Capital IQ, VRI Intermediate Holdings, LLC, Merger/Acquisition Transaction Details for Deal Closed September 22, 2021 | | | | |
| 225. | Gartner, Inc., Gartner for Finance Leaders, Finance Spend & Headcount: Top 10 Benchmark Metrics | | | | |
| 226. | Computer Economics Avasant Research, IT Spending & Staffing Benchmarks: Chapter 30 Healthcare Payors Subsector Benchmarks 2023/2024 | | | | |
| 227. | Markets and Markets, Remote Patient Monitoring (RPM) Market Global Forecast to 2030, dated February 2025 | | | | |
| | *In addition to the exhibits included herein, the Committee and the Debtors have agreed on a joint exhibit list, which is filed contemporaneously herewith.* | | | | |

The Committee reserves all rights, including, without limitation, to: (i) amend and/or supplement the Exhibit List, including to add and/or remove documents at any time prior to the conclusion of the Confirmation Hearing, as appropriate; (ii) use additional exhibits (a) for purposes of rebuttal, impeachment, or refreshing recollection, (b) in response to arguments, evidence,

objections, filings, exhibits, or demonstratives of other parties, or (c) as a consequence of the unexpected unavailability of a witness, or a witness unexpectedly testifying; and (iii) rely upon, and use as evidence, (a) any exhibits included on the exhibit lists of other parties and (b) any pleading, hearing transcript, order, or other document filed with the Court in these Chapter 11 Cases. Designation of any document on the Exhibit List does not waive any objection that the Committee may have if other parties seek to introduce into evidence any documents that the Committee has included on the Exhibit List. The Committee reserves all rights to object to any document listed on any party's exhibit list. The Committee further reserves the right to use and rely upon demonstratives. By including a document on this Exhibit List, the Committee does not agree or admit that a document or category of documents is admissible for any or all purposes or that the producing party has properly designated a document. The Committee reserves the right to object if other parties seek to introduce into evidence exhibits that the Committee has identified.

## RESERVATION OF RIGHTS

The Committee reserves the right to call or introduce one or more, or none, of these exhibits listed in the Exhibit List at the Confirmation Hearing. The Committee further reserves the right to supplement, add to, subtract from, or otherwise amend this Exhibit List at any time prior to the conclusion of the Confirmation Hearing. The Committee reserves the right to use as their own exhibit, any exhibit identified or offered by any other party. Designation of any exhibit above does not waive any objections the Committee may have to any exhibit listed on any other party's exhibit list. The Committee reserves the right to revise the Exhibit List pending the Court's ruling on any evidentiary motions.

December 4, 2025
Houston, Texas

/s/ *Charles R. Koster*

**WHITE & CASE LLP**
Charles R. Koster (Texas Bar No. 24128278)
609 Main Street, Suite 2900
Houston, Texas 77002
Telephone:     (713) 496-9700
Facsimile:      (713) 496-9701
Email:           charles.koster@whitecase.com

**WHITE & CASE LLP**
J. Christopher Shore (admitted *pro hac vice*)
Scott Greissman (admitted *pro hac vice*)
Andrew Zatz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 819-8200
Facsimile:      (212) 354-8113
Email:           cshore@whitecase.com
                 sgreissman@whitecase.com
                 azatz@whitecase.com

- and -

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone:     (312) 881-5400
Facsimile:      (312) 881-5450
Email:           gregory.pesce@whitecase.com

*Counsel for the Official Committee of Unsecured Creditors*

**<u>Certificate of Service</u>**

I certify that on December 4, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles R. Koster*
Charles R. Koster