**EXHIBIT C**

## Chase, Ashley

| | |
|---|---|
| **From:** | Johnson, Scott <Scott.Johnson@fticonsulting.com> |
| **Sent:** | Friday, October 31, 2025 3:00 PM |
| **To:** | Zatz, Andrew; Saldanha, Riz |
| **Cc:** | Kiyosaki, David (External); Shapiro, Jill; Smith, Erin; Shore, Christopher; Zakia, Jason; Chase, Ashley; Greissman, Scott; Lingle, Barrett; Litz, Dominic; Pesce, Gregory |
| **Subject:** | Re: MODV - Professional Escrow Funding |

Thank you Andrew. In the interest of time we instructed the company to fund the account earlier today. Without an estimate we deferred to the original budget funding amount of $100k. We will true up your balance next week.

Best,

Scott Johnson
Director, Corporate Finance

FTI Consulting
+1 713.452.0523 T | +1.817.709.9592 M
Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>

999 17th St | #700
Denver, CO 80202
www.fticonsulting.com<http://www.fticonsulting.com>

_____

From: Zatz, Andrew <azatz@whitecase.com>
Sent: Friday, October 31, 2025 12:52 PM
To: Saldanha, Riz <Riz.Saldanha@fticonsulting.com>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com>; Shapiro, Jill <Jill.Shapiro@fticonsulting.com>; Smith, Erin <erin.smith@whitecase.com>; Shore, Christopher <cshore@whitecase.com>; Zakia, Jason <jzakia@whitecase.com>; Chase, Ashley <ashley.chase@whitecase.com>; Greissman, Scott <sgreissman@whitecase.com>; Lingle, Barrett <barrett.lingle@whitecase.com>; Litz, Dominic <dominic.litz@whitecase.com>; Pesce, Gregory <gregory.pesce@whitecase.com>; Johnson, Scott <Scott.Johnson@fticonsulting.com>
Subject: [EXTERNAL] RE: MODV - Professional Escrow Funding

Riz – you can put us down for $900K for 10/20-10/26 and we estimate another $1mm the following week.

Best regards,

Andrew Zatz  |  Partner

T  +1 212 819 8504<tel:+12128198504>     M  +1 845 558 1024<tel:+18455581024>     E  azatz@whitecase.com<mailto:azatz@whitecase.com>

White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

[cid:image001.png@01DC4A76.040783F0]

1

From: Saldanha, Riz <Riz.Saldanha@fticonsulting.com>
Sent: Thursday, October 30, 2025 8:59 PM
To: Pesce, Gregory <gregory.pesce@whitecase.com>; Johnson, Scott
<Scott.Johnson@fticonsulting.com>; Zatz, Andrew <azatz@whitecase.com>
Cc: Kiyosaki, David (External) <David.Kiyosaki@fticonsulting.com>; Shapiro, Jill
<Jill.Shapiro@fticonsulting.com>; Smith, Erin <erin.smith@whitecase.com>; Shore, Christopher
<cshore@whitecase.com>; Zakia, Jason <jzakia@whitecase.com>; Chase, Ashley
<ashley.chase@whitecase.com>; Greissman, Scott <sgreissman@whitecase.com>; Lingle, Barrett
<barrett.lingle@whitecase.com>; Litz, Dominic <dominic.litz@whitecase.com>
Subject: RE: MODV - Professional Escrow Funding


Gregory – just following up on this.


Thanks,


Riz Saldanha

240.584.7008 T | 412.352.4341 M

riz.saldanha@fticonsulting.com<mailto:riz.saldanha@fticonsulting.com>


From: Pesce, Gregory <gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>
Sent: Thursday, October 30, 2025 11:24 AM
To: Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>;
Saldanha, Riz <Riz.Saldanha@fticonsulting.com<mailto:Riz.Saldanha@fticonsulting.com>>; Zatz, Andrew
<azatz@whitecase.com<mailto:azatz@whitecase.com>>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>;
Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Smith, Erin
<erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher
<cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason
<jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Chase, Ashley
<ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; Greissman, Scott
<sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>; Lingle, Barrett
<barrett.lingle@whitecase.com<mailto:barrett.lingle@whitecase.com>>; Litz, Dominic
<dominic.litz@whitecase.com<mailto:dominic.litz@whitecase.com>>
Subject: [EXTERNAL] RE: MODV - Professional Escrow Funding


We'll get back to you after hearing

Gregory F. Pesce  |  Partner

T  +1 312 881 5360      E gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>

White & Case LLP  |  111 South Wacker Drive, Suite 5100  |  Chicago, IL 60606-4302

[cid:image002.png@01DC4A76.040783F0]

From: Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>

Date: Thursday, Oct 30, 2025 at 10:35 AM

To: Saldanha, Riz <Riz.Saldanha@fticonsulting.com<mailto:Riz.Saldanha@fticonsulting.com>>, Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>

Cc: Kiyosaki, David (External) <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>, Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>, Smith, Erin <erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>, Shore, Christopher <cshore@whitecase.com<mailto:cshore@whitecase.com>>, Zakia, Jason <jzakia@whitecase.com<mailto:jzakia@whitecase.com>>, Pesce, Gregory <gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>, Chase, Ashley <ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>, Greissman, Scott <sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>

Subject: Re: MODV - Professional Escrow Funding

All,

Following up on this again. Please send us the following by EOD today:

1. Fee estimate for last week (10/20 - 10/26)

1. Fee estimate for this week (10/27 - 11/2)

1. Updated estimates for November/December, if any

    * We currently have ~$5.9M for November and December ($11.9M total)

Best,

Scott Johnson

Director, Corporate Finance

FTI Consulting

+1 713.452.0523 T | +1.817.709.9592 M

Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>

999 17th St | #700

Denver, CO 80202

www.fticonsulting.com<http://www.fticonsulting.com>

_____

From: Saldanha, Riz <Riz.Saldanha@fticonsulting.com<mailto:Riz.Saldanha@fticonsulting.com>>
Sent: Wednesday, October 29, 2025 10:00 AM
To: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>;
Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott
<Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; Smith, Erin
<erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher
<cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason
<jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Pesce, Gregory
<gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; Chase, Ashley
<ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; Greissman, Scott
<sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>
Subject: RE: MODV - Professional Escrow Funding

Apologies for the multiple follow-ups but in addition to the below (last week and November/December estimates), could you also please provide an estimate for this week (10/27 – 11/2) as well?

Thanks in advance,

Riz Saldanha

240.584.7008 T | 412.352.4341 M

riz.saldanha@fticonsulting.com<mailto:riz.saldanha@fticonsulting.com>

From: Saldanha, Riz
Sent: Tuesday, October 28, 2025 9:46 AM
To: 'Zatz, Andrew' <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>;
Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott
<Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; 'Smith, Erin'
<erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; 'Shore, Christopher'
<cshore@whitecase.com<mailto:cshore@whitecase.com>>; 'Zakia, Jason'
<jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; 'Pesce, Gregory'
<gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; 'Chase, Ashley'
<ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; 'Greissman, Scott'

4

<sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>
Subject: RE: MODV - Professional Escrow Funding

Andrew / W&C team,

Following up on the below. Additionally, could you please provide a fee/expense estimate for last week (10/20 – 10/26) by tomorrow morning?

Thanks,

Riz Saldanha

240.584.7008 T | 412.352.4341 M

riz.saldanha@fticonsulting.com<mailto:riz.saldanha@fticonsulting.com>

From: Saldanha, Riz <Riz.Saldanha@fticonsulting.com<mailto:Riz.Saldanha@fticonsulting.com>>
Sent: Friday, October 24, 2025 5:45 PM
To: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>; Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; Smith, Erin <erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher <cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason <jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Pesce, Gregory <gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; Chase, Ashley <ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; Greissman, Scott <sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>
Subject: RE: MODV - Professional Escrow Funding

W&C team,

We have a revised Budget due next Friday and are updating the forecast for all professionals. We currently have ~$5.9M for November and December ($11.9M total) budgeted for W&C. Can you please confirm if this is still accurate or provide updated amounts?

Thanks,

Riz Saldanha

5

240.584.7008 T | 412.352.4341 M

riz.saldanha@fticonsulting.com<mailto:riz.saldanha@fticonsulting.com>

From: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Sent: Thursday, October 23, 2025 5:23 PM
To: Saldanha, Riz <Riz.Saldanha@fticonsulting.com<mailto:Riz.Saldanha@fticonsulting.com>>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>;
Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott
<Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; Smith, Erin
<erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher
<cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason
<jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Pesce, Gregory
<gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; Chase, Ashley
<ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; Greissman, Scott
<sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>
Subject: [EXTERNAL] RE: MODV - Professional Escrow Funding

Riz – you can put us down for $800K for 10/13-10/19 and $5mm from inception to 10/19.

Andrew Zatz  |  Partner

T  +1 212 819 8504<tel:+12128198504>     M  +1 845 558
1024<tel:+18455581024>     E  azatz@whitecase.com<mailto:azatz@whitecase.com>

White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

[cid:image003.png@01DC4A76.040783F0]

From: Saldanha, Riz <Riz.Saldanha@fticonsulting.com<mailto:Riz.Saldanha@fticonsulting.com>>
Sent: Thursday, October 23, 2025 5:20 PM
To: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Cc: Kiyosaki, David (External)
<David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>; Shapiro, Jill
<Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott
<Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; Smith, Erin
<erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher
<cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason
<jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Pesce, Gregory
<gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; Chase, Ashley
<ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; Greissman, Scott
<sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>
Subject: RE: MODV - Professional Escrow Funding

W&C team,

6

Could you please provide your estimate for last week and confirm all fees/expenses incurred through 10/19? We are planning to fund the Escrow Account tomorrow.

Thanks,

Riz Saldanha

240.584.7008 T | 412.352.4341 M

riz.saldanha@fticonsulting.com<mailto:riz.saldanha@fticonsulting.com>

From: Saldanha, Riz
Sent: Thursday, October 23, 2025 12:09 PM
To: 'Zatz, Andrew' <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>; Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; 'Smith, Erin' <erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; 'Shore, Christopher' <cshore@whitecase.com<mailto:cshore@whitecase.com>>; 'Zakia, Jason' <jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; 'Pesce, Gregory' <gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; 'Chase, Ashley' <ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; 'Greissman, Scott' <sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>
Subject: RE: MODV - Professional Escrow Funding

Andrew – just following up on this.

Thanks,

Riz Saldanha

240.584.7008 T | 412.352.4341 M

riz.saldanha@fticonsulting.com<mailto:riz.saldanha@fticonsulting.com>

From: Saldanha, Riz
Sent: Wednesday, October 22, 2025 5:42 PM
To: 'Zatz, Andrew' <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>; Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; Smith, Erin <erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher

&lt;cshore@whitecase.com&lt;mailto:cshore@whitecase.com&gt;&gt;; Zakia, Jason &lt;jzakia@whitecase.com&lt;mailto:jzakia@whitecase.com&gt;&gt;; Pesce, Gregory &lt;gregory.pesce@whitecase.com&lt;mailto:gregory.pesce@whitecase.com&gt;&gt;; Chase, Ashley &lt;ashley.chase@whitecase.com&lt;mailto:ashley.chase@whitecase.com&gt;&gt;; Greissman, Scott &lt;sgreissman@whitecase.com&lt;mailto:sgreissman@whitecase.com&gt;&gt;
Subject: RE: MODV - Professional Escrow Funding

Andrew,

Could you please provide a fee/expense estimate for last week (10/13 – 10/19) by tomorrow morning? Additionally, could you also provide an estimate for all fees/expenses incurred through 10/19?

Thanks,

Riz Saldanha

240.584.7008 T | 412.352.4341 M

riz.saldanha@fticonsulting.com&lt;mailto:riz.saldanha@fticonsulting.com&gt;

From: Zatz, Andrew &lt;azatz@whitecase.com&lt;mailto:azatz@whitecase.com&gt;&gt;
Sent: Thursday, October 16, 2025 5:06 PM
To: Saldanha, Riz &lt;Riz.Saldanha@fticonsulting.com&lt;mailto:Riz.Saldanha@fticonsulting.com&gt;&gt;
Cc: Kiyosaki, David &lt;David.Kiyosaki@fticonsulting.com&lt;mailto:David.Kiyosaki@fticonsulting.com&gt;&gt;; Shapiro, Jill &lt;Jill.Shapiro@fticonsulting.com&lt;mailto:Jill.Shapiro@fticonsulting.com&gt;&gt;; Johnson, Scott &lt;Scott.Johnson@fticonsulting.com&lt;mailto:Scott.Johnson@fticonsulting.com&gt;&gt;; Smith, Erin &lt;erin.smith@whitecase.com&lt;mailto:erin.smith@whitecase.com&gt;&gt;; Shore, Christopher &lt;cshore@whitecase.com&lt;mailto:cshore@whitecase.com&gt;&gt;; Zakia, Jason &lt;jzakia@whitecase.com&lt;mailto:jzakia@whitecase.com&gt;&gt;; Pesce, Gregory &lt;gregory.pesce@whitecase.com&lt;mailto:gregory.pesce@whitecase.com&gt;&gt;; Chase, Ashley &lt;ashley.chase@whitecase.com&lt;mailto:ashley.chase@whitecase.com&gt;&gt;; Greissman, Scott &lt;sgreissman@whitecase.com&lt;mailto:sgreissman@whitecase.com&gt;&gt;
Subject: [EXTERNAL] RE: MODV - Professional Escrow Funding

Riz - you can put us down for $800K.

Andrew Zatz  |  Partner

T  +1 212 819 8504&lt;tel:+12128198504&gt;     M  +1 845 558 1024&lt;tel:+18455581024&gt;     E  azatz@whitecase.com&lt;mailto:azatz@whitecase.com&gt;

White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

[cid:image003.png@01DC4A76.040783F0]

From: Saldanha, Riz <Riz.Saldanha@fticonsulting.com<mailto:Riz.Saldanha@fticonsulting.com>>

Date: Wednesday, Oct 15, 2025 at 9:35 AM

To: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>

Cc: Kiyosaki, David (External) <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>, Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>, Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>, Smith, Erin <erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>, Shore, Christopher <cshore@whitecase.com<mailto:cshore@whitecase.com>>, Zakia, Jason <jzakia@whitecase.com<mailto:jzakia@whitecase.com>>, Pesce, Gregory <gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>, Chase, Ashley <ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>, Greissman, Scott <sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>

Subject: RE: MODV - Professional Escrow Funding

Andrew,

Could you please provide a fee/expense estimate for last week (10/6 – 10/12) by EOD today?

Thanks,

Riz Saldanha

240.584.7008 T | 412.352.4341 M

riz.saldanha@fticonsulting.com<mailto:riz.saldanha@fticonsulting.com>

From: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Sent: Wednesday, October 8, 2025 1:30 PM
To: Twohy, Emma <Emma.Twohy@fticonsulting.com<mailto:Emma.Twohy@fticonsulting.com>>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>; Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; Saldanha, Riz <Riz.Saldanha@fticonsulting.com<mailto:Riz.Saldanha@fticonsulting.com>>; Smith, Erin <erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher <cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason <jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Pesce, Gregory <gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; Chase, Ashley <ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; Greissman, Scott <sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>
Subject: [EXTERNAL] RE: MODV - Professional Escrow Funding

$900K


Andrew Zatz | Partner

T +1 212 819 8504<tel:+12128198504>    M +1 845 558 1024<tel:+18455581024>     E azatz@whitecase.com<mailto:azatz@whitecase.com>

White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

[cid:image003.png@01DC4A76.040783F0]



From: Twohy, Emma <Emma.Twohy@fticonsulting.com<mailto:Emma.Twohy@fticonsulting.com>>
Sent: Wednesday, October 8, 2025 1:09 PM
To: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Cc: Kiyosaki, David (External) <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>; Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; Saldanha, Riz <Riz.Saldanha@fticonsulting.com<mailto:Riz.Saldanha@fticonsulting.com>>; Smith, Erin <erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher <cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason <jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Pesce, Gregory <gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; Chase, Ashley <ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; Greissman, Scott <sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>
Subject: RE: MODV - Professional Escrow Funding


Hi Andrew – could you please provide a fee/expense estimate for last week (9/29 – 10/5) by EOD today? Thank you!


Best,


Emma Twohy

+1.667.453.8095 M

Emma.Twohy@fticonsulting.com<mailto:Emma.Twohy@fticonsulting.com>


From: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Sent: Saturday, October 4, 2025 10:10 AM
To: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>
Cc: Twohy, Emma <Emma.Twohy@fticonsulting.com<mailto:Emma.Twohy@fticonsulting.com>>; Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Johnson, Scott

<Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; Project Mountains FTI
WG <FTIWG_ProjectMountains@fticonsulting.com<mailto:FTIWG_ProjectMountains@fticonsulting.com>>;
ModivCare <ModivCare@alixpartners.com<mailto:ModivCare@alixpartners.com>>; Smith, Erin
<erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher
<cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason
<jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Pesce, Gregory
<gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; Chase, Ashley
<ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>; Greissman, Scott
<sgreissman@whitecase.com<mailto:sgreissman@whitecase.com>>
Subject: [EXTERNAL] RE: MODV - Professional Escrow Funding

David,

 You can put W&C down for about $2mm accrued so far and an estimated $17.8mm go-forward.

Best regards,

Andrew Zatz  |  Partner

T  +1 212 819 8504<tel:+12128198504>     M  +1 845 558
1024<tel:+18455581024>     E  azatz@whitecase.com<mailto:azatz@whitecase.com>

White & Case LLP  |  1221 Avenue of the Americas  |  New York, NY 10020-1095

[cid:image003.png@01DC4A76.040783F0]

From: Kiyosaki, David (External)
<David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>
Sent: Friday, October 3, 2025 2:44 PM
To: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>; Johnson, Scott
<Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>; Smith, Erin
<erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher
<cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason
<jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Pesce, Gregory
<gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; Chase, Ashley
<ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>
Cc: Twohy, Emma <Emma.Twohy@fticonsulting.com<mailto:Emma.Twohy@fticonsulting.com>>;
Shapiro, Jill <Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Project Mountains
FTI WG
<FTIWG_ProjectMountains@fticonsulting.com<mailto:FTIWG_ProjectMountains@fticonsulting.com>>
Subject: RE: MODV - Professional Escrow Funding

Andrew – following up here. Let me know if you have an estimate of fees incurred to date and any
estimate of go-forward fees for inclusion in the 13 week.

11

Thanks,


David


David Kiyosaki

+1.720.238.7644 M

David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>


From: Zatz, Andrew <azatz@whitecase.com<mailto:azatz@whitecase.com>>
Sent: Thursday, September 25, 2025 6:34 AM
To: Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>;
Smith, Erin <erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>; Shore, Christopher
<cshore@whitecase.com<mailto:cshore@whitecase.com>>; Zakia, Jason
<jzakia@whitecase.com<mailto:jzakia@whitecase.com>>; Pesce, Gregory
<gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>; Chase, Ashley
<ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>
Cc: Kiyosaki, David <David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>;
Twohy, Emma <Emma.Twohy@fticonsulting.com<mailto:Emma.Twohy@fticonsulting.com>>; Shapiro, Jill
<Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>; Project Mountains FTI WG
<FTIWG_ProjectMountains@fticonsulting.com<mailto:FTIWG_ProjectMountains@fticonsulting.com>>
Subject: [EXTERNAL] RE: MODV - Professional Escrow Funding


Scott — we'll get back to you on this after Tuesday's hearing.


Best regards,

Andrew Zatz | Partner

T +1 212 819 8504<tel:+12128198504>    M +1 845 558 1024<tel:+18455581024>    E
azatz@whitecase.com<mailto:azatz@whitecase.com>

White & Case LLP | 1221 Avenue of the Americas | New York, NY 10020-1095

[cid:image003.png@01DC4A76.040783F0]


From: Johnson, Scott <Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>>

Date: Thursday, Sep 25, 2025 at 2:40 AM

To: Smith, Erin <erin.smith@whitecase.com<mailto:erin.smith@whitecase.com>>, Shore, Christopher
<cshore@whitecase.com<mailto:cshore@whitecase.com>>, Zakia, Jason
<jzakia@whitecase.com<mailto:jzakia@whitecase.com>>, Pesce, Gregory
<gregory.pesce@whitecase.com<mailto:gregory.pesce@whitecase.com>>, Zatz, Andrew

<azatz@whitecase.com<mailto:azatz@whitecase.com>>, Chase, Ashley
<ashley.chase@whitecase.com<mailto:ashley.chase@whitecase.com>>

Cc: Kiyosaki, David (External)
<David.Kiyosaki@fticonsulting.com<mailto:David.Kiyosaki@fticonsulting.com>>, Twohy, Emma
<Emma.Twohy@fticonsulting.com<mailto:Emma.Twohy@fticonsulting.com>>, Shapiro, Jill
<Jill.Shapiro@fticonsulting.com<mailto:Jill.Shapiro@fticonsulting.com>>, Project Mountains FTI WG
<FTIWG_ProjectMountains@fticonsulting.com<mailto:FTIWG_ProjectMountains@fticonsulting.com>>

Subject: MODV - Professional Escrow Funding


All,


Pursuant to see page 47, para 7(i) of the attached DIP Order, a segregated Escrow Account has been created to deposit funds for both Debtor and UCC professionals, to be paid out once fee applications are submitted and the applicable objection periods pass. FTI has been reaching out to all impacted professionals weekly to get fee estimates for past work done and instructing the Company to fund the Account.


To that end, please provide us with an estimate for fees and expenses incurred through end of week last Friday 9/19.


Best,


Scott Johnson

Director, Corporate Finance


FTI Consulting

+1 713.452.0523 T | +1.817.709.9592 M

Scott.Johnson@fticonsulting.com<mailto:Scott.Johnson@fticonsulting.com>


999 17th St | #700

Denver, CO 80202

www.fticonsulting.com<http://www.fticonsulting.com>


Confidentiality Notice:

13

This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.


========================================================================
=============
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


========================================================================
=============


========================================================================
=============
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


========================================================================
=============


========================================================================
=============
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.


========================================================================
=============


========================================================================
=============
This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===========================================================================

===========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===========================================================================

===========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available here<https://www.whitecase.com/privacy-policy>.

===========================================================================

===========================================================================

This email communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use or disclose the contents of this communication to others. Please notify the sender that you have received this email in error by replying to the email or by telephoning +1 212 819 8200. Please then delete the email and any copies of it. Thank you.

Our external privacy policy is available on https://www.whitecase.com/privacy-policy.

===========================================================================

**Attachments:**

| | |
|---|---|
| image001.png | (4 KB) |
| image002.png | (4 KB) |
| image003.png | (4 KB) |

15