To:
United States Bankruptcy Court for the Southern District of Texas,
Houston Division.
515 Rusk Ave.
Suite 5300
Houston, Texas, 77002

United States Courts
Southern District of Texas
FILED

MAY 0 4 2026

Nathan Ochsner, Clerk of Court

Case # 25-90309(ARP)

Response to ModivCare Inc.,et al., (Reorganized Debtor) and ModivCare Solutions LLC.
Objection Filing

The following information addresses ModivCare's objections:

1(a) Each of the claims listed in the attached spreadsheet identify a total 944 transports that
were 1) authorized by Modvicare with specific Authorization #'s, 2) were completed and 3)
properly submitted to ModivCare for payment. Each remains either fully or partially unpaid with
the unpaid amount shown for each individual transport.

1(b) The spreadsheet lists each individual claim with the patient's name, corresponding Run ID
and ModivCare Authorization # as well as the specific amount still unpaid.

1(c) The spreadsheet lists each claim amount still due and payable by ModivCare.

1(e) Each claim was properly billed to ModivCare operating as Modivcare Solutions, the same
entity that was paying other claims at the same time these were being ignored.

1(f) These unpaid claims are being asserted against the Reorganized Debtor ModivCare Inc., et
al., and ModivCare Solutions LLC.

Affordable Transport Inc
EIN 01-0776710
Represented by Richard Franklin Jensen Jr
116 14th Ave NE, St Petersburg, Fla. 33701
404-229-8845
Rickjensen10@gmail.com

Richard Jensen is the authirzed representative for Affordable Transport.

Affordable Transport asserts it has confirmed authorization numbers from Modivcare for the
claims that were and are being submitted for the court's consideration as proof that each trip
was properly authorized prior to running. Upon completing each trip, the proper documentation
was submitted to Modivcare. Our initial list of outstanding claims have been identified as short
pays which means Modivcare has acknowledged the trip but paid only a portion of the fully
authorized amount. That process had become a standard method by which Modivcare would
underpay, and request that each claim be submitted multile times before it would be
acknowledged and eventually paid. The balances shown in the attached spreadsheet remain
unpaid.
Further while investigating the initial filing of short paid claims representing $227,460, we have
uncovered additional outstanding claims were consisting of 1) $38,269 of full transport claims
still unpaid and in process when ModivCare stopped paying all claims, 2) $12,409 of transport

claims that had proper authorizations and the transport had been completed, but ModivCare was behind in placing the trip in the client portal so it could be billed, and 3) $1,893 of secondary claims awaiting payment. The total including these newly identified claims is $52,571. Affordable Transport requests the court to include these addition unpaid claims in the total amount owed by ModivCare, raising the unpaid balance to $280,031. (as shown on the attached spreadsheet). Each of these claims have been submitted properly with all required paperwork to ModivCare and remain unpaid by Modivcare."

Copy to Co-Counsel for Reorganized Debtors:

Hunton, Andrews and Kurth LLP
600 Travis Street, Suite 4200
Houston, Tx 77002

and

Latham & Watkins LLP
1271 Avenue or the Americas
New York, NY 10020

| Date | Run Number | Patient | Authorization Number | Current | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 to 180 | 181 to 546 | Over 546 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/23 | 6628-23 | MASON, DANA | 01-7019-A | $445.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $445.00 | states prev paid, need check number and date |
| 6/7/23 | 7396-23 | TOMLINSON, JOSIAH | 01-106936-B | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/10/24 |
| 6/21/23 | 8106-23 | CELESTRIN, HILARIO | 01-120767-A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $311.74 | $0.00 | $311.74 | uploaded 1/10/24 |
| 6/29/23 | 8486-23 | TAYLOR, JAMES | 01-114186-A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $433.00 | $0.00 | $433.00 | uploaded 1/10/24 |
| 9/25/23 | 12754-23 | DOMINGUEZ, ERICK | 89054A | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/10/24 |
| 11/22/23 | 15621-23 | MARTINEZ, BLESS | 60703A | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 11/22/23 | 15622-23 | MARTINEZ, BLESS | 60703B | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 11/22/23 | 15626-23 | PASCAL, ISABELLA | 6707B | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 11/29/23 | 15944-23 | CANO VAZQUEZ, NAOMI | 01-112099-B | $0.00 | $551.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $551.00 | uploaded 1/11/24 |
| 12/1/23 | 16079-23 | BRADBURY, DEBBIE | 108205A | $529.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $529.00 | UPLOADED 12/28/23 |
| 12/5/23 | 16201-23 | JONES, ANNIA | 50563-A | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | UPLOADED 12/28/23 |
| 12/22/23 | 17109-23 | PASCAL, ISABELLA | 65030A | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 12/22/23 | 17121-23 | PASCAL, ISABELLA | 65030B | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 12/26/23 | 17242-23 | GONZALEZ, YADIAN | 63331-A | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 12/26/23 | 17243-23 | GONZALEZ, YADIAN | 63331-B | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | UPPOADED 1/11/24 |
| 12/26/23 | 17249-23 | GOBBLES, GRACIE | 50239A | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 12/26/23 | 17250-23 | GOBBLES, GRACIE | 50239B | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | UPLoaded 1/11/24 |
| 1/2/24 | 30-24 | MARTINEZ, BLESS | 49343A | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 1/2/24 | 35-24 | MARTINEZ, BLESS | 49343B | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | UPLOADED 1/11/24 |
| 1/2/24 | 40-24 | BANDY, SAMARA | 49394A | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 1/2/24 | 41-24 | BANDY, SAMARA | 49394B | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 1/3/24 | 92-24 | FLEURIUS, JAY | 78048-A | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | uploaded 1/11/24 |
| 1/3/24 | 93-24 | FLEURIUS, JAY | 78048-B | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | UPLOADED 1/11/24 |
| | | | | $24,974.00 | $8,551.00 | $0.00 | $2,000.00 | $0.00 | $2,000.00 | $744.74 | $0.00 | $38,269.74 | |

Each claim listed below have been billed properly to the vendor multiple times and have continually been ignored for payment. The majority have documented trip authorization approval numbers and those with Authorization numbers have been included in this claim.

| Service date | Run Number | Patient | Authorization Number | Total |
|---|---|---|---|---|
| 11/11/22 | 7086-22 | GONZALEZ, YADIAN | 01-3201-B | $218.00 |
| 12/6/22 | 8164-22 | MADDRIE, FREDRICK | 01-100974-A | $575.00 |
| 1/19/23 | 806-23 | MANNING, SHERRY | 01-105706-A | $261.00 |
| 4/19/23 | 5020-23 | PRICE, INA | 01-115909-A | $207.00 |
| 4/26/23 | 5341-23 | TOMLINSON, JOSIAH | 01-110808-B | $1,810.00 |
| 4/27/23 | 5410-23 | JAIN, NIRUPAMA | 01-108559-A | $160.00 |
| 4/27/23 | 5413-23 | JAIN, NIRUPAMA | 01-108559-B | $160.00 |
| 5/17/23 | 6434-23 | WENDT, MARK | 01-120820-A | $363.00 |
| 5/26/23 | 6894-23 | BINNION, JAMES | 01-106961-A | $288.60 |
| 6/6/23 | 7337-23 | WALLER, SIERRA | 01-67323-A | $1,846.00 |
| 6/6/23 | 7338-23 | WALLER, SIERRA | 01-67323-B | $1,843.00 |
| 6/14/23 | 7715-23 | FLORVIL, KAVANA | 122448A | $1,960.00 |
| 6/14/23 | 7722-23 | KAISER, JETT | 122449A | $1,902.50 |
| 6/16/23 | 7815-23 | DOMINGUEZ, ERICK | 01-64315-B | $1,810.00 |
| 7/6/23 | 8827-23 | ROLLEN, JAMES | 95590-A | $816.60 |
| 7/6/23 | 8828-23 | ROLLEN, JAMES | 95590-B | $816.60 |
| 7/6/23 | 8803-23 | SALAZAR, ZAHIER | 01-66062-B | $511.00 |
| 7/6/23 | 8800-23 | SALAZAR, ZAHIER | 01-66062-A | $499.00 |
| 7/6/23 | 8849-23 | RANDOLPH, JULIUS | 01-106824-A | $288.60 |
| 7/7/23 | 8874-23 | TOMLINSON, JOSIAH | 01-90988-A | $1,810.00 |
| 7/7/23 | 8875-23 | TOMLINSON, JOSIAH | 01-90988-B | $1,810.00 |
| 7/7/23 | 8888-23 | WILSON, RONALD | 01-100146-A | $169.64 |
| 7/12/23 | 9077-23 | CEGLAREK, NEVAEH | 01-73734-B | $1,895.00 |
| 7/12/23 | 9076-23 | CEGLAREK, NEVAEH | 01-73734-A | $1,892.00 |
| 7/12/23 | 9080-23 | TOMLINSON, JOSIAH | 01-105537-A | $1,810.00 |
| 7/12/23 | 9081-23 | TOMLINSON, JOSIAH | 01-105537-B | $1,810.00 |
| 7/13/23 | 9118-23 | TOMLINSON, JOSIAH | 01-94460-A | $1,810.00 |
| 7/13/23 | 9123-23 | TOMLINSON, JOSIAH | 01-94460-B | $1,810.00 |
| 7/14/23 | 9178-23 | LEGRAND, JUDAH | 01-62303-A | $1,810.00 |

Each claim listed below have been billed properly to the vendor multiple times and have continually been ignored for payment. The majority have documented trip authorization approval numbers and those with Authorization numbers have been included in this claim.

| Date | Claim # | Name | Auth # | Amount |
|---|---|---|---|---|
| 7/14/23 | 9190-23 | TOMLINSON, JOSIAH | 01-99184-A | $1,810.00 |
| 7/17/23 | 9312-23 | FULWORD, CHRISTINA | 01-88419-A | $1,810.00 |
| 7/17/23 | 9313-23 | FULWORD, CHRISTINA | 01-88419-B | $1,810.00 |
| 7/17/23 | 9314-23 | FULWORD, CHRISTINA | 01-88419-C | $1,810.00 |
| 7/18/23 | 9369-23 | TOMLINSON, JOSIAH | 01-98963-A | $709.00 |
| 7/18/23 | 9373-23 | TOMLINSON, JOSIAH | 01-98963-B | $379.00 |
| 7/19/23 | 9435-23 | TOMLINSON, JOSIAH | 1-99767-A | $1,810.00 |
| 7/19/23 | 9438-23 | TOMLINSON, JOSIAH | 01-99767-B | $1,810.00 |
| 7/21/23 | 9533-23 | TOMLINSON, JOSIAH | 01-94863-A | $1,810.00 |
| 7/21/23 | 9534-23 | TOMLINSON, JOSIAH | 01-94863-B | $1,810.00 |
| 7/25/23 | 9689-23 | MARTINEZ, BLESS | 01-77313-A | $1,810.00 |
| 7/25/23 | 9690-23 | TOMLINSON, JOSIAH | 01-100492-A | $1,810.00 |
| 7/25/23 | 9693-23 | MARTINEZ, BLESS | 01-77313-B | $1,810.00 |
| 7/25/23 | 9694-23 | TOMLINSON, JOSIAH | 01-100492-B | $1,810.00 |
| 7/25/23 | 9700-23 | RUGGIERO, LAYLA | 01-77509-A | $1,810.00 |
| 7/25/23 | 9711-23 | RUGGIERO, LAYLA | 01-77509-B | $1,810.00 |
| 7/26/23 | 9748-23 | MARTINEZ, BLESS | 01-78038-A | $1,810.00 |
| 7/26/23 | 9753-23 | MARTINEZ, BLESS | 01-78038-B | $1,810.00 |
| 7/26/23 | 9759-23 | PASCAL, ISABELLA | 01-78325-A | $1,810.00 |
| 7/26/23 | 9760-23 | PASCAL, ISABELLA | 01-78325-B | $1,810.00 |
| 8/21/23 | 11029-23 | PASCAL, ISABELLA | 89041A | $1,810.00 |
| 8/21/23 | 11030-23 | PASCAL, ISABELLA | 89041B | $1,810.00 |
| 8/22/23 | 11093-23 | JONES, ANNIA | 01-77683-A | $1,810.00 |
| 8/22/23 | 11098-23 | JONES, ANNIA | 01-77683-B | $1,810.00 |
| 8/25/23 | 11273-23 | TOMLINSON, JOSIAH | 88036A | $1,810.00 |
| 8/25/23 | 11276-23 | TOMLINSON, JOSIAH | 88036B | $1,810.00 |
| 8/31/23 | 11541-23 | GONZALEZ, YADIAN | 117096865 | $1,741.00 |
| 9/1/23 | 11618-23 | TOMLINSON, JOSIAH | 01-97944-A | $1,810.00 |
| 9/1/23 | 11619-23 | TOMLINSON, JOSIAH | 01-97944-B | $1,810.00 |
| 9/5/23 | 11765-23 | JONES, ANNIA | 01-86807-A | $1,864.00 |
| 9/5/23 | 11766-23 | JONES, ANNIA | 01-86807-B | $1,864.00 |
| 9/5/23 | 11764-23 | GONZALEZ, YADIAN | 01-55660-A | $1,546.00 |

Each claim listed below have been billed properly to the vendor multiple times and have continually been ignored for payment. The majority have documented trip authorization approval numbers and those with Authorization numbers have been included in this claim.

| Date | Claim # | Name | Authorization | Amount |
|---|---|---|---|---|
| 9/5/23 | 11767-23 | GONZALEZ, YADIAN | 01-55660-B | $1,546.00 |
| 9/6/23 | 11847-23 | TOMLINSON, JOSIAH | 01-91471-A | $1,810.00 |
| 9/6/23 | 11851-23 | TOMLINSON, JOSIAH | 01-91471-B | $1,810.00 |
| 9/6/23 | 11826-23 | CEGLAREK, NEVAEH | 01-86257--A | $1,810.00 |
| 9/6/23 | 11852-23 | TOMLINSON, JOSIAH | 01-91471-C | $1,810.00 |
| 9/6/23 | 11827-23 | CEGLAREK, NEVAEH | 01-86257-B | $1,810.00 |
| 9/8/23 | 11956-23 | TOMLINSON, JOSIAH | 01-100202-A | $1,810.00 |
| 9/8/23 | 11957-23 | TOMLINSON, JOSIAH | 01-100202-B | $1,810.00 |
| 9/13/23 | 12184-23 | TOMLINSON, JOSIAH | 01-90319-A | $1,810.00 |
| 9/13/23 | 12186-23 | TOMLINSON, JOSIAH | 01-90319-B | $1,810.00 |
| 9/14/23 | 12237-23 | TOMLINSON, JOSIAH | 01-102961-A | $1,810.00 |
| 9/14/23 | 12238-23 | TOMLINSON, JOSIAH | 01-102961-B | $1,810.00 |
| 9/26/23 | 12803-23 | HENRY, ASHLI | 102850A | $1,855.00 |
| 10/9/23 | 13444-23 | JONES, ANNIA | 98134A | $1,861.00 |
| 10/9/23 | 13445-23 | JONES, ANNIA | 98134B | $1,861.00 |
| 10/10/23 | 13509-23 | MARTINEZ, BLESS | 89996b | $1,864.00 |
| 10/10/23 | 13508-23 | MARTINEZ, BLESS | 89996A | $1,861.00 |
| 10/10/23 | 13533-23 | SERRANO, JUSTIN | 108643A | $1,810.00 |
| 10/12/23 | 13633-23 | MARTINEZ, BLESS | 74413b | $1,864.00 |
| 10/12/23 | 13632-23 | MARTINEZ, BLESS | 74413a | $1,861.00 |
| 10/18/23 | 13889-23 | WEBB, ZIYDASHIA | 97035A | $1,810.00 |
| 10/18/23 | 13890-23 | WEBB, ZIYDASHIA | 97035B | $1,810.00 |
| 10/19/23 | 13967-23 | CANO VAZQUEZ, NAOMI | 111039A | $1,864.00 |
| 10/19/23 | 13968-23 | CANO VAZQUEZ, NAOMI | 111039B | $1,864.00 |
| 10/19/23 | 13938-23 | FULWORD, CHRISTINA | 81968A | $1,810.00 |
| 10/19/23 | 13942-23 | FULWORD, CHRISTINA | 81968B | $1,810.00 |
| 10/19/23 | 13953-23 | FULWORD, CHRISTINA | 82016A | $1,810.00 |
| 10/19/23 | 13964-23 | FULWORD, CHRISTINA | 82016B | $1,810.00 |
| 10/20/23 | 14006-23 | TOMLINSON, JOSIAH | 105713A | $1,864.00 |
| 10/20/23 | 14007-23 | TOMLINSON, JOSIAH | 105713B | $1,855.00 |
| 10/20/23 | 14008-23 | TOMLINSON, JOSIAH | 105713C | $1,849.00 |
| 10/20/23 | 13958-23 | DOMINGUEZ, ERICK | 73969A | $1,810.00 |

| | | | | | |
|---|---|---|---|---|---|
| Each claim listed below have been billed properly to the vendor multiple times and have continually been ignored for payment. The majority have documented trip authorization approval numbers and those with Authorization numbers have been included in this claim. | | | | | |
| 10/20/23 | 13998-23 | DOMINGUEZ, ERICK | 73969B | $1,810.00 | |
| 10/25/23 | 14255-23 | TOMLINSON, JOSIAH | 118226A | $1,864.00 | |
| 10/25/23 | 14258-23 | TOMLINSON, JOSIAH | 118226B | $1,864.00 | |
| 10/25/23 | 14261-23 | TOMLINSON, JOSIAH | 118226B | $1,849.00 | |
| 10/25/23 | 14256-23 | CANO VAZQUEZ, NAOMI | 118445A | $1,810.00 | |
| 10/25/23 | 14257-23 | CANO VAZQUEZ, NAOMI | 118445B | $1,810.00 | |
| 10/25/23 | 14263-23 | HILL, KINGDON | 112208A | $1,810.00 | |
| 10/25/23 | 14269-23 | HILL, KINGDON | 112208B | $1,810.00 | |
| 10/27/23 | 14375-23 | TOMLINSON, JOSIAH | 107203A | $1,864.00 | |
| 10/27/23 | 14376-23 | TOMLINSON, JOSIAH | 107203B | $1,864.00 | |
| 11/1/23 | 14576-23 | CANO VAZQUEZ, NAOMI | 103676A | $1,864.00 | |
| 11/1/23 | 14577-23 | CANO VAZQUEZ, NAOMI | 103676B | $1,864.00 | |
| 11/1/23 | 14585-23 | TOMLINSON, JOSIAH | 83199A | $1,864.00 | |
| 11/1/23 | 14615-23 | TOMLINSON, JOSIAH | 83199B | $1,864.00 | |
| 11/1/23 | 14578-23 | FLEURIUS, JAY | 11374A | $1,810.00 | |
| 11/1/23 | 14579-23 | FLEURIUS, JAY | 11374B | $1,810.00 | |
| 11/1/23 | 14587-23 | HILL, KINGDON | 66653A | $1,810.00 | |
| 11/1/23 | 14616-23 | HILL, KINGDON | 66653B | $1,810.00 | |
| 11/3/23 | 14679-23 | FLEURIUS, JAY | 72003A | $1,810.00 | |
| 11/3/23 | 14680-23 | FLEURIUS, JAY | 72003B | $1,810.00 | |
| 11/3/23 | 14681-23 | TOMLINSON, JOSIAH | 103023A | $1,810.00 | |
| 11/3/23 | 14682-23 | TOMLINSON, JOSIAH | 106023B | $1,810.00 | |
| 11/19/23 | 15495-23 | MEDSGER, CURTIS | 13149A | $289.80 | |
| 11/21/23 | 15571-23 | BONACASA, BRAYDEN | 55765-A | $1,810.00 | |
| 11/21/23 | 15572-23 | BONACASA, BRAYDEN | 55765B | $1,810.00 | |
| 11/22/23 | 15625-23 | PASCAL, ISABELLA | 60707A | $1,810.00 | |
| 11/27/23 | 15810-23 | MARTINEZ, BLESS | 88632A | $1,810.00 | |
| 11/27/23 | 15816-23 | MARTINEZ, BLESS | 88632B | $1,810.00 | |
| 11/28/23 | 15886-23 | ADAMS, REBECKA | 56857A | $1,810.00 | |
| 11/28/23 | 15888-23 | ADAMS, REBECKA | 56857B | $1,810.00 | |
| 11/29/23 | 15917-23 | FLEURIUS, JAY | 01-62210-A | $1,810.00 | |
| 11/29/23 | 15919-23 | FLEURIUS, JAY | 01-62210-B | $1,810.00 | |

Case 25-90309   Document 1515   Filed in TXSB on 05/06/26   Page 8 of 11

**Each claim listed below have been billed properly to the vendor multiple times and have continually been ignored for payment. The majority have documented trip authorization approval numbers and those with Authorization numbers have been included in this claim.**

| | | | | |
|---|---|---|---|---|
| 11/30/23 | 15980-23 | WALLER, SIERRA | 01-55138-A | $1,810.00 |
| 11/30/23 | 15981-23 | WALLER, SIERRA | 01-55138-B | $1,810.00 |
| 11/30/23 | 15996-23 | MATHEW, KAMILLA | 01-67846-A | $1,810.00 |
| 11/30/23 | 15997-23 | MATHEW, KAMILLA | 01-67846-B | $1,810.00 |
| 12/5/23 | 16202-23 | JONES, ANNIA | 50563B | $1,910.00 |
| 12/6/23 | 16274-23 | CEGLAREK, NEVAEH | 78725-A | $1,810.00 |
| 12/6/23 | 16273-23 | CEGLAREK, NEVAEH | 78725B | $1,810.00 |
| 12/8/23 | 16426-23 | JEAN LOUIS, ANDRE | 71067-A | $1,925.00 |
| 12/8/23 | 16428-23 | JEAN LOUIS, ANDRE | 71067-B | $1,925.00 |
| 12/20/23 | 17011-23 | CANO VAZQUEZ, NAOMI | 112916A | $1,810.00 |
| 12/20/23 | 17012-23 | CANO VAZQUEZ, NAOMI | 112916B | $1,810.00 |
| 12/21/23 | 17069-23 | WADE, JADAN | 88275A | $1,810.00 |
| 12/21/23 | 17070-23 | WADE, JADAN | 88275b | $1,810.00 |
| 12/21/23 | 17103-23 | TOOLE, MARY | 114160-A | $345.00 |
| | | | | $227,460.34 |

| Date | Run Number | Patient | Authorization Number | Current | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 to 180 | 181 to 546 | Over 546 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/23/23 | 6686-23 | HENRY, ASHLI | 01-24543-A | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | auth provided but not shown in portal |
| 5/23/23 | 6703-23 | HENRY, ASHLI | 01-24543-B | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | auth provided but not shown in portal |
| 5/29/23 | 6987-23 | TORRES, MILADIS | 65144A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $409.00 | $0.00 | $409.00 | auth provided but not shown in portal |
| 6/14/23 | 7723-23 | KAISER, JETT | 122449B | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | auth provided but not shown in portal |
| 7/18/23 | 9368-23 | DOMINGUEZ, ERICK | 01-76883-A | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $2,000.00 | auth provided but not shown in portal |
| 7/18/23 | 9372-23 | DOMINGUEZ, ERICK | 01-76883-B | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | auth provided but not shown in portal |
| 10/4/23 | 13235-23 | LEGRAND, JUDAH | 100068B | $0.00 | $0.00 | $0.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | auth provided but not shown in portal |
| | | | | $6,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 | $2,000.00 | $409.00 | $0.00 | $12,409.00 | |

| Date | Run Number | Patient | Authorization Number * | Current | 31 to 60 | 61 to 90 | 91 to 120 | 121 to 150 | 151 to 180 | 181 to 546 | Over 546 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/22 | 1252-22 | HASTING, MARK | | $0.00 | $0.00 | $0.00 | $0.00 | $94.19 | $0.00 | $0.00 | $0.00 | $94.19 |
| 9/24/22 | 5086-22 | PERAZA GONZALEZ, JUSTA | | $0.00 | $128.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $128.35 |
| 3/21/23 | 3611-23 | STICKEN, PATRICIA | | $78.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $78.03 |
| 3/21/23 | 3632-23 | ROSARIO, MARIA | | $76.11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $76.11 |
| 3/31/23 | 4095-23 | BROOKS, CHRISTY | | $0.00 | $0.00 | $0.00 | $0.00 | $58.35 | $0.00 | $0.00 | $0.00 | $58.35 |
| 4/3/23 | 4226-23 | FREDE, WALTER | | $0.00 | $0.00 | $0.00 | $55.04 | $0.00 | $0.00 | $0.00 | $0.00 | $55.04 |
| 5/2/23 | 5688-23 | HUNDLEY, THOMAS | | $53.47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $53.47 |
| 5/4/23 | 5796-23 | TWILLIE, WILLIE | | $0.00 | $64.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $64.79 |
| 5/12/23 | 6204-23 | NOVACK, JOHN | | $0.00 | $0.00 | $59.22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $59.22 |
| 5/29/23 | 6977-23 | BROWN, BESSIE | | $0.00 | $120.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.26 |
| 6/21/23 | 8067-23 | ADAMS, JERRY | | $0.00 | $0.00 | $59.74 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $59.74 |
| 6/29/23 | 8434-23 | KING, MICHAEL | | $0.00 | $0.00 | $0.00 | $64.27 | $0.00 | $0.00 | $0.00 | $0.00 | $64.27 |
| 7/9/23 | 8982-23 | GRZECH, VALERIE | | $0.00 | $0.00 | $93.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $93.00 |
| 8/12/23 | 10648-23 | CLIFTON, LONNIE | | $0.00 | $0.00 | $54.34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.34 |
| 9/2/23 | 11698-23 | PUIG DE JESUS, BEATRIZ | | $57.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57.13 |
| 9/9/23 | 12013-23 | BYNUM, SHERRY | | $0.00 | $0.00 | $271.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $271.90 |
| 9/12/23 | 12127-23 | GONZALEZ, RAFAEL | | $0.00 | $0.00 | $0.00 | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 |
| 9/15/23 | 12318-23 | HAGER, DON | | $0.00 | $0.00 | $61.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $61.83 |
| 9/18/23 | 12446-23 | GREGORY, GARY | | $0.00 | $57.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $57.13 |
| 9/19/23 | 12510-23 | VUONG, QUY VAN | | $0.00 | $55.56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.56 |
| 10/26/23 | 14366-23 | SCHMIDT, FERENC | | $0.00 | $124.98 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $124.98 |
| 11/20/23 | 15566-23 | BRESSET, ANNE | | $54.16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.16 |
| 11/22/23 | 15674-23 | DAVIS, EDWINA | | $62.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62.00 |
| 11/27/23 | 15840-23 | POE, JIMMIE | | $54.86 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.86 |
| | | | | $380.90 | $551.07 | $600.03 | $209.31 | $152.54 | $0.00 | $0.00 | $0.00 | $1,893.85 |

* authorization numbers are not required for secondary payors, only for the primary payor.

Affordable Transport Inc
EIN 01-0776710
Represented by Richard Franklin Jensen Jr
116 14th Ave NE, St Petersburg, Fla. 33701
404-229-8845
Rickjensen10@gmail.com



CERTIFIED MAIL

9589 0710 5270 3938 0779 43



*Retail*

UNITED STATES
POSTAL SERVICE®

77002

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
SAINT PETERSBURG
FL 33701
APR 29, 2026
**$7.47**
S2324M504040-3

United States Bankruptcy Court
for the Southern District of Texas,
Houston Division.
515 Rusk Ave.
Suite 5300
Houston, Texas, 77002

United States Courts
Southern District of Texas
FILED

MAY 04 2026

Nathan Ochsner, Clerk of Court